-07-151-

Page 1

## Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

Instructions

1.  To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2.  You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3.  Make sure the form is typed or neatly written.

4.  You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5.  Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6.  You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____, you must pay the filing fee.

7.  In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8.  When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

    Clerk, United States District Court for _DELAWARE_
    Address
    City, State Zip Code

9.  <u>CAUTION:</u> You must include in this petition <u>all</u> the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10  <u>CAPITAL CASES:</u> If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

① Foliss Impersonment

② Wrong full.

③ Malicious Prosecution

Amendment 1.



07cv151

FILED

MAR 14 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ❏        Judge only ❏

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ❏    No ☑

8.  Did you appeal from the judgment of conviction?

Yes ☑    No ❏

9.  If you did appeal, answer the following:

(a) Name of court: _Supreme Court, Kent County State of Delaware._

(b) Docket or case number (if you know): _505 2006._

(c) Result: _They went Along With Supreme Court, Because THE State of Delaw MAde A Mistake_

(d) Date of result (if you know): _ON CASE Number 0204015491, A List of Alias'_

(e) Citation to the case (if you know): _Exchange State To State NATion Wide_

(f) Grounds raised: _or World Wide's_

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    Yes ☑    No ❏

If yes, answer the following:

(1) Name of court: _United States District For Delaware_

(2) Docket or case number (if you know): _____

(3) Result: _Unless Guango Fitzgeld Correa can demonstrates False Identy By THE Police, Stolen, Identy._

(4) Date of result (if you know): _07/27/08 Violated of Probotion._

(5) Citation to the case (if you know): _____

(6) Grounds raised: _Criminal History Record, was Mass ctMot up! US Department of Justice, Federal Bureay of, Investigation, Has Remary ONother IN divisual OFF OF Correa Criminal History Records 505, 2006 AND New CAse Now pinning in Court, 654- 2006_

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☑    No ❏

If yes, answer the following:

(1) Docket or case number (if you know): _____

_AS I Speak, to you About THIS CAse, Now)_

_Delaware, don't want to Correct The/g Page 4_

(2) Result: WAS Dinila                                            miStake

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions,

applications, or motions concerning this judgment of conviction in any state court?

Yes ❑   No ❑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Kent County Suptior Court.

(2) Docket or case number (if you know): 02 0506/3/82  07/27/06  VK 0205078202

(3) Date of filing (if you know): 07/27/06

(4) Nature of the proceeding: QLTY.

(5) Grounds raised: FALSE INFormation By THE Probationw OFFIce
SAy mr Carroco Have WE 11 ALIAS and iT iS All over His
Criminal Court Doc.kgt ANY Criminl History Recoord
HAs A/K/A.

That was my term. of Probation To Be Violated
A LisT OF ALiAS

FAKE ImPresonmud CASE Number 02 0LE/49 EXCHANGE

(6) Did you receive a hearing where evidence was given on your petition, application, or

motion?        Yes ❑   No ❑

(7) Result: THE STATE UE A List OF ALIAS To Violetd

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Ruy 61 Post Conviction

(2) Docket or case number (if you know): CAN Rembom

(3) Date of filing (if you know): Dismiss

(4) Nature of the proceeding: _____

(5) Grounds raised: UnClean) Not Read it

The State OF Delaware did Not WANT To Read it

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❑    No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    Yes ❑    No ❑

(2) Second petition:    Yes ❑    No ❑

(3) Third petition:    Yes ❑    No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

(c) Direct Appeal of Ground One:

  (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ❑   No ❑

  (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) Post-Conviction Proceedings:

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?                 Yes ❑   No ❑

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

_____

Page 7

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

  Yes ☐    No ☐

(4) Did you appeal from the denial of your motion or petition?

  Yes ☐    No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

  Yes ☐    No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this

issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

GROUND TWO: _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

① UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU, OF INVESTIGATION

CRIMINAL JUSTICE INFORMATION SERVICE DIVISION

CLARKSBURG WV 26306

Remover ALL DAVID E, JONES CHArGE Off OF COrREN

Page 8

(b) If you did not exhaust your state remedies on Ground Two, explain why:

CRIMINAL History Record SO THE STATE OF DElaware CAN NOT Abuse COrrEN Like Any more)

THonk God I WrITTEN a Letter TO THE

(c) Direct Appeal of Ground Two: For Help) THE STATE OF Delaware GOT

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ❑   21 YeArs OUT OF COrREN Joil time And

(2) If you did not raise this issue in your direct appeal, explain why: _____

Probotiony time

THAT
dauny.

How THE STATE

Of DEl

CAN

MASS

SomE ONly

Life Up.

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a

state trial court?

Yes ❑   No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____


GROUND THREE: _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏ No ❏

(2) If you did nor raise this issue in your direct appeal, explain why: _____

_____

_____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☑    No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _04/21/03 Dendie_

Name and location of the court where the motion or petition was filed: _04/25/03 Dendie  07/14/03 Dendie  08/28/03 Dendie_

Docket or case number (if you know): _on the original Charges_

Date of the court's decision: _Dendie_

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐    No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑    No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

Demonstrate

Page 11

GROUND FOUR: _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Correa. 1 United State Constitution Civil Right WAS Violated By THE STATE OF Delaware! 1 Amendment 1 Freedom OF Speech my Relicion WAS Violated 2 THE XIV Amendment Violated And 4 and 5 Amendment 020461491 1 Malic Prosecution, 2 Malice 3 wrong Full Prosecution Criminal Impersonate Criminal History Record WAS Violated By THE STATE OF Del

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

I try to Exhaust But THE State of Delaware Made a Bad mistake THE truth Came Out

(c) Direct Appeal of Ground Four:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: _____

        Yes I did But keep denie it

(d) Post-Conviction Proceedings:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☑   No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: But IM A African American THE State dont care

    Name and location of the court where the motion or petition was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): 0205013182   VK 0205078202.

Date of the court's decision: Jail time) 30 days And one year Level 3 Probation

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

The US Department of Justice Federal Bureau of Investigation Gave me the right Justice As Remove Mr Jones off of My Criminal History Record, Jones Has Been telling The truth The Whole time. Fols Inpersonnel And Enter Identity

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ❑ No ❑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

Dendis

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

Denta

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ❑ No ❑

But Jones was Obange For Some Bodies else Obarger And Violate Jones Probation On Mrs Abces

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

THE STATE OF Delaware Kent County Superior Court

OZ 05013182 VK 0205078 202) 07/27/06

_____

_____

_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     Yes ☑     No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.     654, 2006 )

Pending in THE SUPREME Court, waiting For THey Completed Decision ) TO Come out

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ADMINISTRSTRATIVE, WARRANT, FILED By SAFE STREET, THEy Run a Notion with CHECK in THE State,

(b) At arraignment and plea: Computer System in found out Correa Have 11 ALIAS, on HiS Criminal History Record)

(c) At trial: _____

_____

(d) At sentencing: Ad THE Hearing, Correa did NOT Speak, THE Probation OFFice Judge did not Let me Say nothing

(e) On appeal: Robert B Young Was THE Sentencing Judi

(f) In any post-conviction proceeding: DENIED )

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☑     No ☐

DISMISS /

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: Kent County STATE OF Delawor Superior Court,

(b) Give the date the other sentence was imposed: 07/27/06  0205013182  VK0205078202

(c) Give the length of the other sentence: N/0

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ✓  No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition. *

This Should NOT Take one year For THis Legar Metter

IF Somg one is telling the truth like in my CASE

The United States Department OF Justice
Federal Bureau of, INVestigation.
    Criminal Justice INFormation Service Division
    Clorksburg WV 2(306

Comg through For me.

That was A Big Help From Dtem.

Thank God For Right Justig,

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: _____

_____

_____

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____

Signature of Petitioner

---

\*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____


## IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]


\* \* \* \* \*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

_____
Plaintiff


v.                                              _____  _____


_____
Defendant(s)


## ORDER

      IT IS HEREBY ORDERED, this _____ day of _____, 200_ that
the attached Motion for Extension of Time has been read and considered.
      IS IS ORDERED that the Motion is hereby GRANTED/DENIED.
      IT IS FURTHER ORDERED THAT

_____

_____

_____

_____


_____
Judge



IM: George Fitzgerald Correa
SBI# 00159360   UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
United States District Court
Lock Box 18, 844 King Street
Wilm, De, 19801

Message. Yes The US Department of Justice
Federal Bureau of Investigation
Had Power good Another Individual Charge off of
Correa Criminal History Record (OF ALIAS)
The State of Delaware VIOLATED THAT



① JONATHAN D. WEST
DEFENDANT
V.    APPELLANT
THE STATE OF DELA                    ‑ 0 7 ‑ 1 5 1 ‑        ‑ 0 7 ‑ 1 5 1 ‑

CORREA                  CASE NU: 654, 2006
V
THE STATE OF DELA

FILED

MAR 14 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ALL do RESPECT To my UNDERSTANDING AND To my KNOWLEDGE SO WHERE THE

Let's ARGUE → SUPREME COURT OF DELA-ARE CONFUSE WITH CASE NUMBER. ALL do RESPECT
THOSE ARE TWO DIFFERENCE CASE NU. THE ONE I WANT TO ARGUS Ps CASE
NU 0205013182 VK0205078202 UNDER SUPERIOR COURT JUDGE ROBERT B.
YOUNG ON 7/27/06 VIOLATED OF (PROB).

OPEN BRIEF FROM APPELLANT THAT CORREA BACK IN 2002 ON THE ORIG
CHARGE OF 0205013182, IK02050781 ROBB 1ST NOLP 11-18-02 020513182-
IK02050782R2 ASSAULT 2ND GLTY 11-18-02 du 24 MTS PRISON. AND 18
MTS LEVEL III (PROB). THE SENTENCED CARRY 0 TO 5 YRS IN STATE CUSTODY
QUESTION QUEST WHO WAS THE SENTENCEING JUDGE IN THIS CASE.

JUDGE RIDGELY → JUDGE RIDGELY. HE WAS FIRST JUDGE THATS HOW THIS CASE BACK IN 2002
THIS CASE WAS ACCEPTED IN SUPERIOR COURT ON ARREST DATE 5-21-02
ON THE ORIG CONVICTED AND WITH THIS NU 0205013182, IK02050782
CONSP 2ND NOLP 11-18-02 NAME PUBLIC DEFENSE. DEFENSE ATTORNEY
LLOYD A. SCHID ESQ HE WAS THE FIRST JUDGE IN KENT COUNTY STATE
OF DELA TO VIOLATION/PROB AND SENTENCED CORREA TO 24 MTS
PRISON TIME AND WELL (PROB). TIME AFTER 24 MTS JAIL TIME
ACCORDING TO THIS IN THE SUPERIOR COURT OF THE STATE OF DELA.
(VIOL %/PROB) SENTENCE ORDER CRIMINAL ACTION NU-VK02-05078601
(VIOL %/PROB) ORIG CHARGE ASSAULT 2ND AS TO VK02-05-078201
TIS 11 DEL C 061200 ALFD. (VIOL %/PROB) FOUND IN (VIOL) DEFENDANT
IS SENTENCED AS FOLLOWS EFFECTICE 4/11/05 NOW THIS DAY 22ND
DAY OF APRIL 22, 2005 IT IS THE ORDER OF THE COURT THAT
THE DEFENDANT IS FOUND IN (VIOL) DEFENDANT IS SENTENCED
AS FOLLOWS BY.

②

REAK down
TuaTion Found
re problem Hers.

As To VK0205078201 T9S 11 DEl @ 61200 ALfa (Viol %prob) Found in
Viol EFFECTIVE APRIL 2005 The DEFENDANT is SENTENCED as Follows.

HERE The problem of The ChALLENGING his 2002 ConvicTion ConTinuing
To do So diFFERENC diFFicult SituATion. STATEMENT By The STATE OF DELA
KENT COANTY SuperIoR CourT CASE NU AsTo VK0205078201. The ORiG ChARGE
ASSAULT 2ND. The DEFENDANT is placed iN The Custody of The D.O.C FoR
3 YRS AT SupERVISION LEVEL V suspENDED AFTER SERVING 1yR AT
SUPERVISION LEVEL V SUSPEND FOR 18 MTS AD SupERVISION LEVEL III
(prob).

Now the ConFusing diFFicult STuATion HERE THE (dEFENDANT) is
placed in The Custody of The D.O.C. FOR 3yRS AT supERVISION 5 Viol %prob
SENTENCED order APRIL 22,05

SupENDED FOR 18 MTS AT SupERVISION LEVEL3 ON This CASE NU VK025-0782
020513182 0 INFORMATION RELUST CORREA has did 24 MTS PRISON NOT
(prob) INVESTIGATION RELUST · ON Th SupERIOR CouRT CRIMINAL DOCKET AS
OF 10-10-06 ON PAGE 117-110 PROGRESS REPORT FROM (prob) AND
PAROLE FILE ModiFied SENTENCE To Home CONFINEMENT FoR The
BALANCE OF his LEVEL 4 TERM. QUESTION 11-08-04

③

To Clerk of the Supreme Court

date =

From: Edward F. Correa   00130309

Re: update on confusing difference difficult salvation Case No.
0205013182-VR0502078202 Sentence Judge Robert Young on 4/29/0?
MISTAKE MADE.

Explain the defendant is place in custody of the D.O.C. for 3yrs AT
Supervision Level IV

- Suspended AFTER Serving 1yr AT Level 3 (prob)
- Suspended For 18 mts AT Supervision (level prob)

"Now to to MY ATTENTION"

ON P9 105 4/16/04 A motion for modification or Correction of File at
Sentence File (pro se) Judge Ridgely Sentence denied do to this Legal
Matter on processing and also on 7/8/03 Defendant Letter that
INCORRECT Sentence was filed.

But the Court system made in Correct MISTAKES and this CASE 0205013182
VK0502078202 AFTER the investigation of this Completed Sentence.
Where the State of Del made a Confusing situation at this time do to
0205013182 VK0502078202 where is said that the defendant is
place in custody of the D.O.C. for 3yrs is AT Supervision levels
- Suspended For 18 mts AT Supervision Level 3 (prob).

Supervision Court Come Back and Said To Correa unless the
Appellant CAN demonstrate that the Failure to File A timely Notice
of Appeal is Attributable to Court Related personnel his
Appeal not Cannot Be Considered that Also, what the Federal
Court Respond in their Decision Now to the Federal Court
Docket sheet or they Decision that Also said on they Reject
that Runless the petitioner CAN demonstrate the problem.

④

WITH THE STATE OF DEL MADE A MISTAKE ON EXPLAINING THE INCORRECT MISTAKES.

O2OSO13182 - VK020578 202  11-19-02  MY QUESTION IS IF THE COURT VIOL YOUR (PROB)

Bishop is TALKING     ON LEVEL III IN STILL SENTENCED TO LEVEL III (PROB). HOW MANY TIME CAN A COURT

UP SENSE THE        SYSTEM CAN (VIOL ON LEVEL III PROB) AND DO LEVEL III INCARCERATED BEFORE SOME

STATE OF DEL        ONE CAN FIVE THAT OUT THE COURT CAN DO ANYTHING THEY WANT TO DO TO A PERSON

DENIED OF NAME      IF YOU DON'T HAVE LAWYER TO FIGHT FOR YOU LEAVING A SERIOUSLY QUESTION.

PETITION OF NAME                                            NO FURTHER QUESTIONS.

CHANGE BISHOP       TO MY ATTENTION AN KNOWLEDGE AS LONG AS YOU ARE LEVEL III (PROB) THE COURT SYSTEM

SPEAKING            CAN PLAY DIRTY AND VIOL ANYTIME THEY WANT TO JUST TO KEEP YOU IN THE SYSTEM

                    MESSAGE SENT. IF YOU DON'T LOOK IN YOUR FILE, YOU DON'T KNOW WHAT YOU ARE LOOKING

                    AT OR LOOKING FOR BUT, IN THIS SITUATION THE COURT LOOK AT ME.

this the QUESTION   THE SENTENCE WAS imposed AFTER A (VIOL %/PROB) HEARING WAS HELD AND THE COURT

did CORRECT (VIOL)  DETERMINED THE DEFENDANT HAD (VIOL) THE TERM (PROB) THAT DEFENDANT IS NOT

THE TERMS,       →  AMENABLE TO (PROB) AT THIS TIME.

                    QUESTION IS DID CORRECT HIS (VIOL) THE TERMS OF HIS (PROB) HOW

                    MANY TIMES CAN A COURT (VIOL) LEVEL III HOW MANY TIME.

MESSAGE SENT → LET TALK THE DEPUTY ATTORNEY GENERAL, this the MISTAKE THEY MADE A LONG INVESTIGATION with the U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION CRIMINAL JUSTICE INFORMATION SERVICES DIVISION CLARKSBURG, WV 26306.

MESSAGE SENT → EXPLAINING HOW THE STATE OF DEL. KEPTS (VIOL) GUANGO F. CORREA (prob) TERM BEYOND THE (prob) AFTER CORREA AND CASE NU: 0205013182, VK0205078201 11-18-06 WE WAS COMMUNINCATION BY STATE MAIL that I HAD A FIRST COUSIN WAS USING dIFFERENT Family MEMBERS names I HAD TRY TO EXPLAIN TO THE STATE ABOUT this SITUATION TO THE STATE DEPUTY ATTORNEY GENERAL, THEREFORE THEY MADE A STATEMENT THEY dON'T WANT TO HERE IF BUT, AS I PHONE MRS. KIMBERLY J. DEL PRECO FROM THE U.S. DEPARTMENT OF JUSTICE AND SHE IS THE SECTION CHIEF, SHE HAD UNDERSTAND the SITUATION ON STONE IDENTITY. this is why CORREA HAD TO GO OUT OF THE STATE JUST TO GET THE RIGHT JUSTICE dONE AND QUEST WHAT, IT HAD NOW BACK TO THIS (VIOL) OF (prob) this THE QUESTION WHAT (Viol) THE TERMS OF (prob) BACK TO THE DEPUTY ATTORNEY GENERAL WHEN IT COME TO THE COURT THE STATE OF DELA. DEPUTY ATTORNEY GENERAL will pull OUT A LIST OF ALIAS name OUT OF THEY FILE EXPLAINING TO THE JUDGE that CORREA USE (I) ALAIS NAME AND THE JUDGE ASKED THE (prob) OFFICE OF THE STATE OF DEL WHAT dO THEY CONSIDERED OR RECOMMENDATION BOTH of those speaks TO THE

AFTER RESEARCH the proper CAUSE → JUDGE, THERE YOU GO THE STATE OF DELA WIN ONCE MORE TIME ANOTHER (Viol % prob) TERMS BEEN (Viol) ON A LIST OF ALIAS NAME IN THE STATE NATION WIDE STATE COMPUTER SYSTEM CASE NU 0204015491 this (Viol) this (prob) TERMS CASE NU: 0205013182 ON 7/27/06 VK020170782 CORREA HAD BE AND IN OUT OF INCARCERATION SINCE 1985

Now one never found out what cause the (Viol % prob) to be (Viol) the Reason why the State made a mistake and won't fix it. This all started back in 1985 in Sussex County State of Del they thought that they have the right. How the State and Sussex County put in there Computer System, the wrong charges for the wrong person in that person name Paul T. Ryan State of Attorney or esq. They are the ones made a mistake. the Reason why I said this now the Court said unless the Appellant can demonstrate, no problem 2.

Guango F. Correa was at the D.O.C. on a (Viol % prob) the Department of Corr. said that Correa had another charge out of Sussex Court Superior Court. The D.O.C. has Transfer from D.O.C. to Sussex County Superior Court. Correa want in the Court Room and guest who Georgetown State police stand up and said who is this guy. The wrong identity the charge was a Shoplifter charge. State police Sussex Hold Identify that the State of Del had the wrong person, but what they had identify who the wanted the pull out a brown medium envelopes 9.5 x 1½ you need to contact the Sussex County prothentary office, they will give you more information about this the Judge Bradly will considered another petition for a expungement of Criminal Record (Case No ED 0204015H91 CO 3X-10--005 ES8) and Correa a file another petition for a expungement of criminal Record out of Sussex County have brought a civil action.

And Correa have brought a civil action law suit against the State of Dela for charge the wrong person the charge.

Greet,

Mr David E Jones #16227/8-13-63 that is his Right individual that should went under the State of De vs Jones Case N4: 0204015491 But he is not at the D.O.C. under that name. The name is under is A/K/A David E Jones or David E. Johnson He just got sentenced in 2006 on a Burglary Charges and He sentenced to 3 yrs under David E Jones or Johnson As A/K/A V-Building on the Compound Now Ask me How I Know About this problem where is he is I Been Researching this case for a Long Time Trying to 8 Let the State of Del Understand We are two difference people under the Case No. 0204015491-03510008 ESB Same Case 0205013182 VK0205078201 7/27/06 As I Can demonstrate the difficult situation,

I take this Situation Very Seriousness I'm sick in tie of Going to Jail for Another person Charges and Get my problem viol. Behind this. Let's Go Beyond the Terms of (probation)

① Wrongful

② punishment to much I Can't take it no more

③ 2006 WL 509541 De super/court Paul Sekscinski vs Compared Anthony Harris wilm/police

④ Malicious

⑤ Identity and Forgery

⑥ U.S. Const Right was violated By the State of Del under Case 0204015491 03V-065 ESB2

① Amendment

Congress shall make no law Respecting an establishment of Religion, my Religion was violated By the State of Del or prohibiting the Free exercise thereof or Abridging the Freedom of Speech or of the press or the Right of the people peaceably to Assemble and To petition the Government for Redress of Grievances.

## CHALLENGES FOR CAUSE

NOW EXPLAINED CASE NO MESS MY LIFE UP FROM GOING TO COLLEGE AND STOP CORREA FROM GETTING HIS RELIGION NAME CHANGE, NOW THIS PETITION WAS FILE ON R-2 US CORREA FILE A PETITION FOR A CHANGE OF NAME, THEY HAD OPPOSTION PETITION FOR CHANGE OF NAME, ONE REASON CORREA USE 11 ALIAS NAME THE FOR THE D.O.C. IS CONFUSE, THAT VIOL MY FREEDOM OF SPEECH OF SPEAK MY RELIGION WAS VIOL BY THE STATE OF DELA SO THE 14th AMENDMENT AND THE 4th AND THE 5st

US TO AGAIN, WHAT PROBABLE CAUSE A LIST OF ALAIS 020405491 03X-10-005 ESB I KNOW THE STATE OF DELA GOING TO BE PISS RE I WANT BEYOND THE PROBABLE CAUSE OF (prob) VIOL ⊙WHAT CASE THE TERM TO BE (VIOL)

CORREA A HANDWRITING ANSLIYSIA

SINCERAILY,
Bishop GUANGO E CORREA



INMATE CURTIS FELTON CORSA
SBI# 00180864    UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK

United States District Court

Lock Box 18, 844 King Street

Wilm, De, 19801

MESSAGE- Yes THE US Department of Justice

Federal Bureau of Investigation

Had Power Ahead Another Individual Charges off of

Corsa Criminal History Record (*If Alias).

THE State of Delaware Violated THAT.

