Judge JJ

① To CLERK, OF, OFFICE ① United State District Court)
date 04-10/07
From Bishops   George FitzGerald Correa
SBi 00180del)
Re up to date, on the Appellant. ① Unless, the Appellant Can, Demonstrate
on Court Related) How the Court make False error, on, A-mistake in State Computer
System, Nation wide or world wide) on, Case Number, VK 02050782 01 ② 205213182
(3 0205013182, VK02-05-078263) Both Viol of Probation on 07/27/06 And 04/22/05)

Key the term of, A Violated of, Probation ① A List of, Alias) ① 0204015491) How it Exchange
   over to, different township)

For All the reason Above, This Petition, For a ① Writ of, Habeas Corpus)
Shall Not, Be dismiss or denied) By the United State District Court)
844, N King Street. Lock, Box 18, Wilmington, Del 1980) under ① Judge Joseph J,
Farnan, Jr) on Granted, this motion, or ① Petition For a Writ of, Habeas Corpus
① And Remove the merit, For the following reasons All About. ① on These
Information By the Deputy Attorney General, Has put in the State Nation wide
Computer System To Convict, The wrong Individual on the Wrong Charge
And, ② And a List of Alias) was on the wrong ③ Criminal History Record By court
Related By of, List Demonstrate) ① Prothonotary Kent County Sept, Pm 103 File
Look At the Life Hand Corner, Where it Said, ① State of, Delaware) VS
George F, Correa) under Not, SBi Number, 00287/72) Compare it to the other one
the 2d, Aug 3 Am, 833, 2005, it was Correct, SBi 00 180802), I sent it Back to the
Superior, Court Kent, County, State of, Delaware, told them to re Correct the SBi
Number) There is no Demonstrate) on the court, Be hand Judge E Scott Bradley
Out of Sussex County Superior Court, State of Delaware) Look How He is
Exploring in Black In Write) this is Call ① Communication) ① with the State
Superior Court, ② The State Bureau, of, Identification) ③ And, Regarding
the ① George FitzGerald Correa) ④ How this State of, Delaware Has Remove the
List of Alias) Case Number ① 0204015491) And ② The Charge of Lones, Chance
OFF of George F, Correa) ① Criminal History Record) That What Violated
Correa Both Probation on Case 8 205013182 VK 0205-07 4201 on 04/22/05
The term of Probation / Violated Criminal History Record) was 11 Alias Name
All over Correa) Criminal Court Docket ② Criminal History Record

[left margin notes:] let court Demonstrate / let Look at Scott E ① George FitzGerald Correa) / The death

Not what the State of Delaware, Department of Justice, 820 N FRENCH STREET Wilmington Del 1980) ② The Deputy Attorney General, 102 West Water Street Dover State Delaware) what Abuse & unorganized Correa, Life) ② George F. Correa ③ Criminal History Record ④ Had Another Individual Charges And A List of A Lios of that violated Correa Both Probation they Are ⑤ 0205013182 VK02 05078 201 ⑥ 0205013182 VK02-05-0782-02) 07/27/06)              On 04/22/05

Question    D this is why. the State of. Delaware. Kent County Superior Court dont want to find the ② Motion For TRANSCRIPT) For Case. Number ③ 0205013182 IX020507 8801 on 04/22/05) Court Having A ④ Difficult. Situation, Finding That, ⑤ TRANSCRIPT

D the Kent County 38 the Green Dover Delaware.' Had, Confuse the Supreme Court Appeal From the Supreme Court CASE Number 654, 2006 ) Py Confuse the Highest Court With the Newest violated of Probation That Have A 100 pm Curfew) Correa did the time in Jail for Not ① Violation) That is Correct But For the Wrong Case Number) the Curfew, Belong to this Case. Number) 07/27/06 THAT is 0205013182. VK02-05-0782-02) on 07/27/06, Po Robert, Ivan) this or violated OF Probation ① Do not match what. the ② Administrative WARRANT By ① SAFE STREET, Have For They ② Charge. CASE 0205013182 - VK0205078 201) Repect Does NOT MATCH with the 07/27/06. ③ Violated OF, Probation) your Honor you Are Looking At TWO Violated, of Probation cases into one) Just to Cover up the Oldest violated) of Probation) To make the Newest violated on 07/27/06 the Legitimits Just to keep someone, in the System) and That is Elegale) Did to my knowlegel and attention ② Case Number ③ 300 20501318 - VK02050.8 201 on 04/22 05/ That Correa the defendant, is Placed in the Custody of, the Department of Corrections For (3) year(s) At. Supervising Level 5) suspended After Serving 1 year At Supervising Level (5) Correa did the one year At Level 5) now Ask to Criminal Action Number VK02-05-078201 violated OF Probation on 07/27/06) this, Sentenced ① the defendant is Placed in the Custody of the, Department of, Corrections For. 2 years at Supervision Level 5.

OK to this Case Number, VK02-05-0782-02, George Correa, did 24 month in Jail From 11/18/02) Serveil 2005, in Jail And Also did 30 day in Jail)
            Question is this ① Double Jeopardy
Question     Charges Someone TWO, Sentence That Correa from) Or What



IM GRANDO CORREA

SBI# _____ UNIT _22

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

$ 04.

U.S.M. Judge Joseph T Farnan Jr.

U.S.M.
X-RAY

message Pleae Contact Sussex Court

(Prothenotory)

Office of the clerk.

United States District Court

844 N King Street Lockbox 18

Wilmington Delaware 19801

We ASK THE ① United States District Court
Judge, Dname, Honor Joseph, Ji Farnan Jr.

CASE Number i07- 151 Correa vs Correily)

To Remover the Merit, For the ~~Feason~~ Following Reason)
THs Court of the State of, Oklonora For Kent County Superior Court
① Mode A Seriousness Mistoke) on Broth Case number) 0205013182
VKO2-05-0782-02, Violated of, Probation 07/27/06) and the other Violoted of
Probation) case number) ② 0205013182 — VKO2-05-0782-01) on 04/22/05
on the Orig Charge ASSault 2nd of 11/18/02) is this ① Double Jeopardy!
Are Not) Question this is Alot of time out of Broth ① Sentenced)
on 04/22/05 24 month, Sentenced, and one years Sentenced Awel 30 Day
Sentenced

Closti ) Let Look at the List of Alins THAT Played in the Event.) on
Correa Behalve) the state of Delaware Abuse this Situation to make
Gwanzo Correa Look Bad) to that is Wrong Judgement And Wrong Justice!
① Let Look at the Party that Play is this Event

① United State Deparment of, Justice
Federal Bureau, of, Investigation Criminal Justice Information Services
Division, CLonsburg WV, 26306

② State Bureau of Identification
PO Box#30, Dover Deloware
THe State Police Deparment

③ Sussex County Superior Court
Judge E, Scott, Bradley

THis Schedull As All Me

mistakes Here! From the District Court Judge

I,    Factual and Procedural Background

Supporting : On November, 18, 2002. Petitioner. Pled guilty in the Delaware
Superior, to one count of Second degree assault, the Superior court
Sentenced Petitioner to, (Five, years) in Prison, with Credit
For, time served, suspended, After two, years For Probation
                                    Here is a error

Correa did 24 month Sentences, in Prison and 1year in Prison and
30 day in Prison, and Never pick up a new charge set this new one
Correa got order Screen, on the Charge)

But this is the Judge Robate young Saw, in the computer System ① on the
Questions Here!  25 Felony on 7-12-06. By the Delaware State Police troop 3 ·
                    Unsecured ① Bail !
, so that when He thought He Could get His Jrity gams By Sine correa
to work Relass Saying that correa did not Pay His Fines)
But, it Came Back that correa was not Beening Paying any Fine) But it
Wont Under a List of alas) 0284015491 how it exchange over to differce
township) question who Charge F, Correa 00160KO 09-04-05, Have to go to work Release
To pay off His Fines! Just to keep Him out of Jail!© 205613182 VR02-05675266

your Honor, Joseph J Fornaw I need to get Surgery on my Right Legs)
① Hernia, reppiri, ② I need IM Vascular vain, surgery,

We Ask the Court to granted this Petition, For a wit of Habeas Corpes
For all the Reasons above, 2 may We pray in God name!
   your Honor yess, Know① Deputy Attorney General is our enemies
they will never led no one Win!

                    God Bless

# Glenn & Domenick, M.D., P.A.

**John F. Glenn, III, M.D., FACS**
**Michele A. Domenick, M.D.**
General, Thoracic and Vascular Surgery

737 South Queen St. Suite 2
Dover, Delaware 19904
Phone: (302) 735-8850
Fax: (302) 735-8851

September 18, 2006

Guango Correa
SBI# 0018087, Unit 23A
DE Correctional Ctr
1181 Paddock Rd
Smyrna, DE 19977

Dear Guango,

I received your letter about your need for surgery. When I looked through your records, the last surgery we had scheduled for hernia repair. Unfortunately, you are currently incarcerated. I will not be able to perform any surgery until you are released.

Please contact me when you are released, and I will re-schedule the hernia surgery.

Sincerely,

John F Glenn, III, MD

JFG/bg

# IN THE SUPERIOR COURT OF DELAWARE
## SUSSEX COUNTY

## NOTICE OF REJECTED PLEADING

DATE: *1-11-07*

TO: *Guango F Correa*

SUBJECT: **Non Conforming Document — Unacceptable for Filing**

CASE NUMBER: _____

CAPTION: *Correa v. SOD* _____

The Court has received the document indicated below. The document is being rejected and returned to you undocketed for the reasons checked. If you have any questions please contact: *Pat Thatcher* at (302) 856-5742. Pleadings may be returned to: Sussex County Prothonotary, 1 The Circle, Suite 2, Georgetown, DE 19947

| TYPE OF PLEADING | | |
|---|---|---|
| X NEW CASE *Expungement* | MOTION | |
| WRIT | RESPONSE TO MOTION | |
| PETITION FOR FORMA PAUPERIS | REQUEST FOR TRIAL DE NOVO | |
| OTHER: | | |

| REASON FOR REJECTION | | |
|---|---|---|
| WRONG COURT | NEEDS: CIVIL ACTION NUMBER | |
| X NEEDS: CHECK – AMT: *75⁰⁰ or forma Pauperis* | NEEDS: SIGNATURE ON CHECK | |
| NEEDS: PRAECIPE *w/ acct summary* X | NEEDS: ORIGINAL SIGNATURE ON PLEADING | |
| NEEDS: FORM 30 INTERROGATORIES | NEEDS: ADDITIONAL COPIES | |
| NEEDS: CASE INFORMATION STATEMENT – CIS | NEEDS: FINANCIAL STATEMENT | |
| NEEDS: PETITION AND ORDER FOR NEXT OF FRIEND | NEEDS: MOTION & ORDER FOR SPECIAL PROCESS SERVER | |
| NEEDS MOTION TIME & DATE | INCORRECT MOTION TIME & DATE | |
| * DEADLINE PASSED: MOTION REQUIRED TO BE FILED 10 DAYS PRIOR TO HEARING DATE | * DEADLINE PASSED: RESPONSE REQUIRED TO BE FILED 4 DAYS PRIOR TO HEARING DATE | |
| EXCEEDS 4 PAGE LIMIT | NO SERVICE OR AFFIDAVIT OF MAILING | |
| WRONG WRITS | DEADLINE PASSED: MAY FILE MOTION FOR EXTENSION OF TIME | |
| X OTHER: *Order must be filled out by petitioner; need disposition of charges; Notarized;* | | |

* YOUR PLEADING WAS REJECTED AFTER SERVICE WAS DONE ON THE OTHER PARTY. IT IS YOUR OBLIGATION TO INFORM OPPOSING COUNSEL THAT PLEADING WAS REJECTED.

COURT OF COMMON PLEAS
FOR THE STATE OF DELAWARE

COURT HOUSE
DOVER, DELAWARE
PHONE (302) 739-4618

MERRILL C. TRADER
JUDGE

December 2, 2005

Stuart B. Drowos, Esquire
Department of Justice
820 North French Street
Wilmington, Delaware 19801

     Re:   **Guango F. Correa**
           **SBI #180807**

Dear Mr. Drowos:

     The above named person is an inmate at the Delaware Correctional Center and has filed a petition for a change of name. The hearing is set for Friday, December 16, 2005 at 9:00 a.m.

     Please advise me if the Department of Corrections has any opposition to this Petition. Please find enclosed herewith a copy of the Petition for Change of Name.

                       Very truly yours,

                       Merrill C. Trader

MCT/lbw

pc:   Guango F. Correa

# IN THE SUPERIOR COURT OF DELAWARE
## SUSSEX COUNTY

## NOTICE OF REJECTED PLEADING

DATE: *1-11-07*

TO: *Guango Fitzgerald Correa*

SUBJECT: **Non Conforming Document — Unacceptable for Filing**

CASE NUMBER: _____

CAPTION: *Correa    V.    ?*

The Court has received the document indicated below. The document is being rejected and returned to you undocketed for the reasons checked. If you have any questions please contact: *Pat Thatcher* at (302) 856-5742. Pleadings may be returned to: Sussex County Prothonotary, 1 The Circle, Suite 2, Georgetown, DE 19947

| TYPE OF PLEADING | | | |
|---|---|---|---|
| X | NEW CASE | | MOTION |
| | WRIT | | RESPONSE TO MOTION |
| | PETITION FOR FORMA PAUPERIS | | REQUEST FOR TRIAL DE NOVO |
| | OTHER: | | |

| REASON FOR REJECTION | |
|---|---|
| WRONG COURT | NEEDS:  CIVIL ACTION NUMBER |
| NEEDS:  CHECK – AMT: | NEEDS:  SIGNATURE ON CHECK |
| NEEDS:  PRAECIPE | NEEDS:  ORIGINAL SIGNATURE ON PLEADING |
| NEEDS:  FORM 30 INTERROGATORIES | NEEDS:  ADDITIONAL COPIES |
| NEEDS:  CASE INFORMATION STATEMENT – CIS | NEEDS:  FINANCIAL STATEMENT |
| NEEDS:  PETITION AND ORDER FOR NEXT OF FRIEND | NEEDS:  MOTION & ORDER FOR SPECIAL PROCESS SERVER |
| NEEDS  MOTION TIME & DATE | INCORRECT MOTION TIME & DATE |
| * DEADLINE PASSED:  MOTION REQUIRED TO BE FILED 10 DAYS PRIOR TO HEARING DATE | * DEADLINE PASSED: RESPONSE REQUIRED TO BE FILED 4 DAYS PRIOR TO HEARING DATE |
| EXCEEDS 4 PAGE LIMIT | NO SERVICE OR AFFIDAVIT OF MAILING |
| WRONG WRITS | DEADLINE PASSED: MAY FILE MOTION FOR EXTENSION OF TIME |
| OTHER: *need: name of Defendants* | *Addresses of plaintiff and* |

*defendants; Complaint; Signatures + notary where required;*

* YOUR PLEADING WAS REJECTED AFTER SERVICE WAS DONE ON THE OTHER PARTY. IT IS YOUR OBLIGATION TO INFORM OPPOSING COUNSEL THAT PLEADING WAS REJECTED.

*inmate summary account w/ forma pauperis; must be written to be legible.*

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

000000Z                                    ICN ISIS00020000Q3877681

This is A Completed. Proceeding) For you To Keep. in your File

I will Appreciate) if you would look into your Computer System in See That if THE

State of Delaware Had Remove. The List of, Alias Name. off of Guongo E, Correa

D. Criminal History Record) (2) and Remover the List of Alias)

Thank you)

Sincly. By Guongo CB

~ What violated Correa) Probation on 04/22/05.

was the trem, of vop) Dwas A list of Alias) on correa)

Criminal History Record, Case Number. 0205013782, VK02-05-0782-01.    04/22/05

DC000000Z
DO 556-73 REQ
FBI-CJIS-WV
1000 CUSTER HOLLOW RD
CLARKSBURG, WV 26306



UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                                    ICN ISIS0002000003877681

THE FOLLOWING FBI IDENTIFICATION RECORD FOR 441067CA6 IS FURNISHED FOR
OFFICIAL USE ONLY.

DESCRIPTORS ON FILE ARE AS FOLLOWS:

NAME CORREA,GUANGO F

SEX        RACE        BIRTH DATE     HEIGHT    WEIGHT    EYES      HAIR
M          B           1965/03/04     509       160       BROWN     BLACK

BIRTH CITY        BIRTH PLACE
MILFORD           DELAWARE

CITIZENSHIP
UNITED STATES

PATTERN CLASS
RS RS RS RS RS LS LS LS LS LS
   AU         AU    RS AU    AU
                    AU

OTHER BIRTH                    *Not Correct*                SOCIAL
DATES              SCARS-MARKS (TATTOOS)                    SECURITY    MISC NUMBERS

(1968)/03/04            SC R EYE                            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 NONE
                   (DISC L CHK) *Done*                      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
                       SC R ARM

ALIAS NAME(S)
CORREA,BOBBY                          CORREA,GUANGO
CORREA,GUANGO FISH                    CORREA,GUANGO FITZGERALD
CORREA,GUONGO FITZGERALD              CORREA,ROBERT
(CORREAN,GUANGO) FITZGERALD           (CORRERA)GUANGO
(CORRERA,GUANGO) FITZGERALD           (GORRIEA) GUANGO F
WILLIAMS,ROBERT

*MS AMALFITANO, messages, Guango Correa is Still trying to Clear His Name up) There Are*
*Three names need to Be Cleared up) These Three Here. is From Milford Police Department made A error.*
*on spilling my Last NAME!*

END OF COVER SHEET

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                              ICN ISIS0002000003877681

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                    - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                          FBI NO.         DATE REQUESTED
CORREA,GUANGO F               441067CA6       2006/09/07

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES    HAIR
M     B      1965/03/04   509      160      BRO     BLK

BIRTH PLACE
DELAWARE

FINGERPRINT CLASS   PATTERN CLASS                    CITIZENSHIP
09 05 10 10 TT      RS RS RS RS RS LS LS LS LS LS    UNITED STATES
09 TT TT 07 TT         AU        AU     RS AU    AU
                                     AU

1-ARRESTED OR RECEIVED 1983/11/17  SID- DE00180807
    AGENCY-DELAWARE SPOL HDQS DOVER (DEDSP0000)
        AGENCY CASE-0383
        CHARGE 1-BURGLARY 2ND
        CHARGE 2-THEFT
        CHARGE 3-CRIMINAL TRESPASS 2 COUNTS
        CHARGE 4-CRIMINAL MISCHIEF

    COURT-
        DISPOSITION-CHARGE DISMISSED-
        CHARGE-THEFT
        SENTENCE-
        BOND
        DISPOSITION-CHARGE DISMISSED-
        CHARGE-BURGLARY
        SENTENCE-
        NOLLE PROSEQUI

END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                           ICN ISIS0002000003877681
PART 2

- FBI IDENTIFICATION RECORD - FBI NO-441067CA6 2

2-ARRESTED OR RECEIVED 1986/07/29  SID- DE00180807
  AGENCY-POLICE DEPARTMENT SMYRNA (DE0010300)
    AGENCY CASE-58-4265 NAME USED-CORREA,GUANGO FITZGERALD
    CHARGE 1-RECKLESS ENDANGERING
    CHARGE 2-CRIMINAL MISCHIEF

    COURT-
    DISPOSITION-
    CHARGE-RECKLESS ENDANGERING
    SENTENCE-
    $50 AND 60 DAYS-SUSPENDED PLUS RESTRICTION
    DISPOSITION-
    CHARGE-CRIMINAL MISCHIEF
    SENTENCE-
    $50 AND 60 DAYS-SUSPENDED PLUS RESTITUTION

3-ARRESTED OR RECEIVED 1987/06/25  SID- DE00180807
  AGENCY-DELAWARE SPOL HDQS DOVER (DEDSP0000)
    AGENCY CASE-03-N0NE-87 NAME USED-CORREA,GUONGO FITZGERALD
    CHARGE 1-FORGERY
    CHARGE 2-CONSPIRACY
    CHARGE 3-THEFT

4-ARRESTED OR RECEIVED 1993/04/04  SID- DE00180807
  AGENCY-POLICE DEPARTMENT DOVER (DE0010100)
    AGENCY CASE-50-93-5465 NAME USED-CORRERA,GUANGO FITZGERALD
    CHARGE 1-OFFENSIVE TOUCHING

5-ARRESTED OR RECEIVED 1993/04/22  SID- DE00180807
  AGENCY-POLICE DEPARTMENT DOVER (DE0010100)
    AGENCY CASE-50936491 NAME USED-CORREA,GUANGO FITZGERALD
    CHARGE 1-POSSESSION OF DEADLY WEAPON BY PERSON PROH
    CHARGE 2-CONSPIRACY II

6-ARRESTED OR RECEIVED 1993/05/11  SID- DE00180807
  AGENCY-POLICE DEPARTMENT DOVER (DE0010100)
    AGENCY CASE-50937582 NAME USED-CORREA,GUANGO FITZGERALD
    CHARGE 1-OFFENSIVE TOUCHING

7-ARRESTED OR RECEIVED 1993/05/17  SID- DE00180807
  AGENCY-POLICE DEPARTMENT DOVER (DE0010100)
    AGENCY CASE-50937984 NAME USED-CORREA,GUANGO FITZGERALD
    CHARGE 1-THEFT OF SERVICE

END OF PART 2 - PART 3 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                                    ICN ISIS0002000003877681
PART 3

- FBI IDENTIFICATION RECORD - FBI NO-441067CA6

8-ARRESTED OR RECEIVED 1993/08/04  SID- DE00180807 *Correa*
    AGENCY-POLICE DEPARTMENT DOVER (DE0010100)
        AGENCY CASE-5093-12879 NAME USED-CORREA,GUANGO FITZGERALD
        CHARGE 1-BURGLARY 2ND
        CHARGE 2-THEFT
        CHARGE 3-CONSPIRACY 2ND

    COURT-POLICE DEPARTMENT DOVER (DE0010100)
        CHARGE-THEFT UNDER  500
        SENTENCE-
        DISMISSED
        CHARGE-BURGLARY SECOND DEGREE DWELLING     *Convicted*  *6 David Jones*
        SENTENCE-
        DISMISSED
        CHARGE-CONSPIRACY  SECOND DEGREE AGREEMENT TO ENGAG
        SENTENCE-
        DISMISSED

9-ARRESTED OR RECEIVED 1994/10/03  SID- DE00180807 *Correa*
    AGENCY-STATE POLICE TROOP 3 DOVER (DEDSP0300)
        NAME USED-CORREA,GUANGO FITZGERALD
        CHARGE 1-CRIMINAL IMPERSONATION

END OF PART 3 - PART 4 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                              ICN ISIS0002000003877681
PART 4

- FBI IDENTIFICATION RECORD - FBI NO-441067CA6

10-ARRESTED OR RECEIVED 1994/10/23  SID- DE00180807
    AGENCY-STATE POLICE TROOP 3 DOVER (DEDSP0300)
        CHARGE 1-BURGLARY 2ND
        CHARGE 2-THEFT
        CHARGE 3-CRIMINAL MISCHIEF

    COURT-STATE POLICE TROOP 3 DOVER (DEDSP0300)
        CHARGE-CRIMINAL MISCHIEF UNDER  500 DAMAGE PROPERTY
        SENTENCE-
        NOLLE PROSEQUI                        N
        CHARGE-THEFT UNDER  500
        SENTENCE-
        PLED GUILTY ORIGINAL CHARGE           Y CONFINEMENT 6M SUSP TO
        SUPERVISED PROBATION 1Y
        CHARGE-THEFT OVER  500
        SENTENCE-
        NOLLE PROSEQUI                        N
        CHARGE-BURGLARY SECOND DEGREE DWELLING
        SENTENCE-
        NOLLE PROSEQUI                        N
        CHARGE-BURGLARY SECOND DEGREE DWELLING
        SENTENCE-
        NOLLE PROSEQUI                        N
        CHARGE-BURGLARY SECOND DEGREE DWELLING REDUCED TO BUR
        SENTENCE-
        PLED GUILTY LESS INC OFF  OF SEC      Y
        CHARGE-BURGLARY SECOND DEGREE DWELLING REDUCED TO BUR
        SENTENCE-
        PLED GUILTY LESS INC OFF  OF SEC      Y CONFINEMENT 6M SUSP TO
        INTENSE SUPERVISION 6M
        CHARGE-BURGLARY SECOND DEGREE DWELLING REDUCED TO BUR
        SENTENCE-
        PLED GUILTY LESS INC OFF  OF SEC      Y CONFINEMENT 1Y SUSP AFTER
        6M
        CHARGE-THEFT UNDER  500
        SENTENCE-
        NOLLE PROSEQUI                        N
        CHARGE-THEFT UNDER  500
        SENTENCE-
        NOLLE PROSEQUI                        N

END OF PART 4 - PART 5 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                                ICN ISIS0002000003877681
PART 5

          - FBI IDENTIFICATION RECORD - FBI NO-441067CA6

11-ARRESTED OR RECEIVED 1997/06/03A SID- MD1824559
   AGENCY-HOWARD CO POL DEPT ELLICOTT CITY (MD0140100)
      AGENCY CASE-140107 NAME USED-CORREA,GUANGO FISH
      CHARGE 1-THEFT $300 LESS

12-ARRESTED OR RECEIVED 1998/06/30  SID- DE00180807
   AGENCY-STATE POLICE TROOP 3 DOVER (DEDSP0300)
      NAME USED-CORREA,GUANGO FITZGERALD
      CHARGE 1-FALSELY REPORTING INCIDENT   M/A
      CHARGE 2-THFT OF RENTAL PROP  F/G
      CHARGE 3-CONSP 2ND  F/G-X2
      CHARGE 4-THFT  F/G

   COURT-STATE POLICE TROOP 3 DOVER (DEDSP0300)
      CHARGE-THEFT  1000 OR GREATER
      SENTENCE- X
      NOLLE PROSEQUI                       N
      CHARGE-CONSPIRACY SECOND DEGREE AGREEMENT TO AID ANOT
      SENTENCE-
      NOLLE PROSEQUI                       N
      CHARGE-CONSPIRACY SECOND DEGREE AGREEMENT TO AID ANOT
      SENTENCE-
      PLED GUILTY LESS INC OFF  OF SEC      Y
      CHARGE-THEFT OF RENTAL PROPERTY OVER  1000 BY FRAUDUL
      SENTENCE-
      NOLLE PROSEQUI                       N
      CHARGE-FALSELY REPORTING AN INCIDENT  REPORT TO LAW O
      SENTENCE-
      PLED GUILTY ORIGINAL CHARGE           Y

13-ARRESTED OR RECEIVED 1998/09/28  SID- DE00180807
   AGENCY-STATE POLICE TROOP 3 DOVER (DEDSP0300)
      NAME USED-GORRIEA,GUANGO F
      CHARGE 1-THEFT OF SERVICES
      CHARGE 2-CONSPIRACY
      CHARGE 3-CRIMINAL MISCHIEF

END OF PART 5 - PART 6 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                                ICN ISIS0002000003877681
PART 6

- FBI IDENTIFICATION RECORD - FBI NO-441067CA6

14-ARRESTED OR RECEIVED 1999/01/29  SID- DE00180807
   AGENCY-POLICE DEPARTMENT DOVER (DE0010100)
      AGENCY CASE-50991411 NAME USED-CORREAN,GUANGO FITZGERALD
      CHARGE 1-BAD CHECK
      CHARGE 2-BAD CHECK

   COURT-POLICE DEPARTMENT DOVER (DE0010100)
      CHARGE-ISSUING A BAD CHECK LESS THAN  1000 INSUFFICIE
      SENTENCE-
      PLED GUILTY ORIGINAL CHARGE            Y CONFINEMENT 90D
      SUPERVISED PROBATION 6M UNSUPERVISED PROBATION 6M
      CHARGE-ISSUING A BAD CHECK LESS THAN  1000 INSUFFICIE
      SENTENCE-
      NOLLE PROSEQUI                    N

15-ARRESTED OR RECEIVED 1999/10/30  SID- DE00180807
   AGENCY-POLICE DEPARTMENT DOVER (DE0010100)
      AGENCY CASE-509920643 NAME USED-CORREA,GUANGO FITZGERALD
      CHARGE 1-ISSUING A BAD CHECK T-11-5-09002 A M

16-ARRESTED OR RECEIVED 1999/12/20  SID- DE00180807
   AGENCY-POLICE DEPARTMENT MILFORD (DE0030500)
      AGENCY CASE-51992983
      CHARGE 1-WORTHLESS CHECK (M) 11/900 1

17-ARRESTED OR RECEIVED 2000/01/04  SID- DE00180807
   AGENCY-POLICE DEPARTMENT FELTON (DE0010700)
      NAME USED-CORREA,GUANGO
      CHARGE 1-ISSUING BAD CHECK

18-ARRESTED OR RECEIVED 2000/09/23  SID- DE00180807
   AGENCY-STATE POLICE TROOP 3 DOVER (DEDSP0300)
      AGENCY CASE-0300233136
      CHARGE 1-CRIMINAL MISCHIEF DE:11:811:00A1:M:U

19-ARRESTED OR RECEIVED 2001/01/10  SID- DE00180807
   AGENCY-STATE POLICE TROOP 3 DOVER (DEDSP0300)
      AGENCY CASE-0301372
      CHARGE 1-HARASSMENT DE:11:1311:00A2:B:M

END OF PART 6 - PART 7 TO FOLLOW

Correa Guangic F                    2006090805-01-01    SIN

George F. Correa

DC0000002
CJIS-WV-SCU-D2
CLARKSBURG, WV

3  4  65

1/3/06 Timothy M Griffis

M  B  5'11  220  BRO GREY MILFORD  DE



IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

STATE OF DELAWARE

        VS.

GUANGO F CORREA

Alias: See attached list of alias names.

DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:                    CRIMINAL ACTION NUMBER:
0205013182                          VK02-05-0782-01
                                    VIOL O/PROBATN
                                    ORIG. CHARGE:
                                    ASSAULT 2ND(F)

COMMITMENT

VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 22ND DAY OF APRIL, 2005, IT IS THE ORDER OF THE
COURT THAT: The defendant is found  in violation.
Defendant is sentenced as follows:

AS TO VK02-05-0782-01 : TIS 11 Del.C.061200A1FD
VIOL O/PROBATN - FOUND IN VIOLATION

Effective April 11, 2005  the defendant is sentenced
as follows:

- The defendant is placed in the custody of the Department
of Correction for 3 year(s) at supervision level 5

- Suspended after serving 1 year(s)  at supervision level 5

- Suspended for 18 month(s)  at supervision  level 3

**APPROVED ORDER**     1     April 22, 2005 11:04

SUPERIOR COURT
OF THE
STATE OF DELAWARE

E. SCOTT BRADLEY
JUDGE

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5256

January 8, 2007

Guango F. Correa
SBI# 00180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re:     Def. ID# 0204015491
        Letter filed January 4, 2007

Dear Mr. Correa:

You are not incarcerated pursuant to an order of this Court. You were sentenced on August 19, 2002 to two (2) years at level V with credit for ninety (90) days previously served, suspended for two (2) years at level III probation, consecutive to any probation now serving.

You continue to write to the Court regarding the identity of David E. Jones. The Court has advised you to contact the State Bureau of Identification regarding this matter. Likewise, the State Bureau of Identification has confirmed that in 2005 all references to David E. Jones on your criminal record were deleted. Additionally, the State Bureau of Identification verified that the fingerprints for all of the offenses on your criminal record matched you.

Future correspondence to this Court regarding this issue will be docketed and placed in your file with no response from the Court. IT IS SO ORDERED.

Very truly yours,

E. Scott Bradley

ESB:tll

cc:     Prothonotary's Office
        Department of Justice

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

STATE OF DELAWARE

     VS.

GUANGO F CORREA

Alias: See attached list of alias names.

DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:                   CRIMINAL ACTION NUMBER:
0205013182                    VK02-05-0782-02
                                   VIOL O/PROBATN
                                     ORIG. CHARGE:
                                     ASSAULT 2ND(F)

COMMITMENT

VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 27TH DAY OF JULY, 2006, IT IS THE ORDER OF THE
COURT THAT: The defendant is found  in violation.
Defendant is sentenced as follows:

  AS TO VK02-05-0782-02 : TIS 11 Del.C.061200A1FD
  VIOL O/PROBATN - FOUND IN VIOLATION

Effective July 27, 2006  the defendant is sentenced
as follows:

 - The defendant is placed in the custody of the Department
of Correction for 2 year(s) at supervision level 5

 - Suspended after serving 30 day(s)  at supervision level 5

 - Followed by 6 month(s)  at supervision level 4 **WORK
RELEASE**

 - Followed by 1 year(s)  at supervision level 3

 - Hold at supervision level 5

 - For  supervision level 4 **WORK RELEASE**

**APPROVED ORDER**    1     February 14, 2007 14:02

STATE OF DELAWARE
        VS.
GUANGO F CORREA
DOB: 03/04/1965
SBI: 00180807

Probation is concurrent to any probation now serving.

<u>SPECIAL CONDITIONS BY ORDER</u>

STATE OF DELAWARE
     VS.
GUANGO F CORREA
DOB: 03/04/1965
SBI: 00180807

                        CASE NUMBER:
                             0205013182


All previous terms and conditions are reimposed.


See Notes


                           <u>NOTES</u>
The defendant is to be given credit for Level 4 time while
being held at Level 5 for the Level 4 sentence.


                              _____

                              JUDGE ROBERT B YOUNG

<u>LIST OF ALIAS NAMES</u>

STATE OF DELAWARE
     VS.
GUANGO F CORREA
DOB: 03/04/1965
SBI: 00180807

                     CASE NUMBER:
                       0205013182

DAVID E JONES
JUAN F CORREA
DAVID E JOHNSON
DAVID SMITH
DAVID E JACKSON
GUANGO CORREA
CORREA GUANGO
WALTER J JONES
ROBERT F CORREA
ROBERT WILLIAMS
JUAN CORREA
GUANGO F CORREAN
GUANGO F GORRIEA
BOBBY CORREA

STATE OF DELAWARE - PROBATION AND PAROLE     3-23-06

## SUPERIOR COURT - OPERATION SAFE STREETS VIOLATION NOTICE

TO: <u>The Hon.</u> ROBERT B. YOUNG

FROM: JERRY L. HOUSE 7-27-06

REF: GUANGO FITZGERALD CORREA

(VOP) ASSAULT 2nd

CASE # ~~0205013102~~     CRA# VK ~~02-05-0782-01~~

The above listed probationer was ~~sentenced~~ ~~_____~~ and has failed to comply:

3. Failed to keep the following probation appointment: 7-19-06

1 DSP 3  7-12-06 — 25 FELONY          THIS IS III
                                      (Burg) AFTER
                        A-23-06        DOING 2YRS V
                        START →              VOP

7. Submitted a dirty urine on:

3. Fail to abide by established ~~_____~~ on: 7-26-06 @ 1041 PM

Other violation:          July 19- Failed to report

9 ~~_____~~ any of $826.00 ordered
Since 1998 conviction  P& #50.11   | BALANCE 5214.13
                                    | on 3

COMMENTS/RECOMMENDATIONS:          REVOKE

'K ~~_____~~ -01 ~~_____~~ effective
   ~~_____~~ for
7-27-06 ~~_____~~
                        ~~X~~ 6mths WK RELEASE IV
                        f/b 1YR III ~ Time for placement
                              Counts for IV if 4 wants —

CAN'T RECOMMEND LYWRP or LYHC due to DOC Policy

                                Jerry L. House

                    Exhibit D

____ APPROVED  ____ NOT APPROVED

**STATE OF DELAWARE**
           **VS.**
**GUANGO F CORREA**
**DOB: 03/04/1965**
**SBI: 00180807**

Probation is concurrent to any probation now serving.



**APPROVED ORDER**     2     July 27, 2006 15:07

## SPECIAL CONDITIONS BY ORDER

**STATE OF DELAWARE**
              **VS.**
**GUANGO F CORREA**
**DOB: 03/04/1965**
**SBI: 00180807**

                              **CASE NUMBER:**
                                 **0205013182**


All previous terms and conditions are reimposed.

See Notes

### NOTES

The defendant is to be given credit for Level 4 time while
being held at Level 5 for the Level 4 sentence.


                         _[signature]_
                         _____
                    JUDGE ROBERT B YOUNG

                         7-31-06

## LIST OF ALIAS NAMES

**STATE OF DELAWARE**
      **VS.**
**GUANGO F CORREA**
**DOB: 03/04/1965**
**SBI: 00180807**

               **CASE NUMBER:**
                  **0205013182**



DAVID E JONES
JUAN F CORREA
DAVID E JOHNSON
DAVID SMITH
DAVID E JACKSON
GUANGO CORREA
CORREA GUANGO
WALTER J JONES
ROBERT F CORREA
ROBERT WILLIAMS
JUAN CORREA
GUANGO F CORREAN
GUANGO F GORRIEA
BOBBY CORREA

**APPROVED ORDER**    4    July 27, 2006 15:07

WARRANT#
47835

Ms MARIA

Charge Please read Charge

Date: 07/26/2006

DO53 Dover Probation and Parole
511 Maple Parkway
DOVER, DE 19901
Phone No. 302-739-5387 Fax No. 302-739-5198

**ADMINISTRATIVE WARRANT - Safe street/GTF**

Warrant Date: 07/28/2006

RE: Correa, Guango F    04/22/05 VioCated    SBI#: 00180807    R/S: B / M    DOB: 03/04/1965

Judge/Court: The Honorable ROBERT B YOUNG / Kent County Superior Court

Charge(s) : 0205013182 - VK0205078201 - VIOL O/PROBATN

The above named offender is under Level III supervision by the Department of Correction and is alleged to be in violation of their conditions of supervision.

I, **Kobets, Ivan J Jr.** , a Probation/Parole Officer of the Department of Correction, do hereby deputize any Sheriff, Constable, or Peace Officer of the State of Delaware to arrest and detain:

**Correa, Guango F** , persuant to 11 Del. Code, 4334(b) and/or 4352(a).

Warrant Comments: N/A

**IT IS ALLEGED THAT THE FOLLOWING CONDITION(S) OF SUPERVISION HAS (HAVE) BEEN VIOLATED:**

Condition # : 13    You Must Abide By A Curfew Established By Your Supervising Officer.

On 7/26/06 at 2241hrs, Mr. Correa was contacted in a vehicle by GTF as he pulled into the driveway of his reported address. Mr. Correa admitted he was coming from the store. Mr. Correa has a 2200-0800 curfew.

A VOP HAS BEEN SUBMITTED REQUESTING A CAPIAS BE ISSUED . (Circle One) YES    (NO)

Administrative Warrant must be faxed to the sentencing judge and the Pre-Sentence office upon arrest.

SIGNED: _Larry Willard_ FOR    DATE: 7/26/06

Kobets, Ivan J Jr.

This is not No Violated Probation, on 07-27-06
Case Number 0205013182 VK0205078201

Not case belongs to 04/22/05 Violated of Probation
0205013182 VK0205078201

Not is a old case / Po Brain Smith

Court Made A Mistake

**Page 1 of 2**

*MS MARIA*
*17 Here it is*

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

STATE OF DELAWARE

       VS.       *Mistake in Correct.*

GUANGO F. CORREA

Alias: See attached list of alias names.

DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:
0205013182

*They Has disturb the original Reader*

CRIMINAL ACTION NUMBER:
VK02-05-0782-01
VIOL O/PROBATN
  ORIG. CHARGE:
  ASSAULT 2ND(F)

*RECEIVED AND FILED*
*05 APR 25 AM 8:49*
*PROTHONOTARY KENT COUNTY*

COMMITMENT

VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 22ND DAY OF APRIL, 2005, IT IS THE ORDER OF THE
COURT THAT: The defendant is found  in violation.
Defendant is sentenced as follows:

AS TO VK02-05-0782-01 : TIS 11 Del.C.061200A1FD
VIOL O/PROBATN - FOUND IN VIOLATION

Effective April 11, 2005  the defendant is sentenced
as follows:

- The defendant is placed in the custody of the Department
of Correction for 3 year(s) at supervision level 5

- Suspended after serving 1 year(s)  at supervision level 5

- Suspended for 18 month(s)  at supervision  level 3

*If the court don't Look at it Right, they will go Pass it)*

*Confuseing Situation Here The Court, Made A Serouly mistake*

**APPROVED ORDER**    1    April 22, 2005 11:04

SENTAL STATEMENT OF, POLICY:

28

① WHERE A defendant is directly ① sentenced, To Level IV work Relese, Center. residential treatment, or Home confinement, And Has awaited, placement Pending slot Availability at Level V For a Period of 90 days or one-Half of THE Level IV sentence, (which ever is less ① THE department may Place THE individual at Level III Day Reporting Center. evaluation PHase or Another Comparable Alternative iF THE DRC is not Available, and THE department shall MAKE Appropriate SENtence, modification, recommendations To THE. SENTencing Judge, ① in THIS CASE Number 0205013182 ② VK0205078202 on February 10 2006, To May 11, OF 2007 will Be Guang Fir geild Corres 90 day at Level S) awaited Placement pending slot, Availability at Level V For a Period of 90 days.

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

STATE OF DELAWARE

     VS.

GUANGO F CORREA

Alias: See attached list of alias names.

DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:              CRIMINAL ACTION NUMBER:
0205013182                VK02-05-0782-02
                            VIOL O/PROBATN
                              ORIG. CHARGE:
                              ASSAULT 2ND(F)

COMMITMENT

## VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 27TH DAY OF JULY, 2006, IT IS THE ORDER OF THE
COURT THAT: The defendant is found  in violation.
Defendant is sentenced as follows:


AS TO VK02-05-0782-02 : TIS 11 Del.C.061200A1FD
VIOL O/PROBATN - FOUND IN VIOLATION

Effective July 27, 2006  the defendant is sentenced
as follows:

 - The defendant is placed in the custody of the Department
of Correction for 2 year(s) at supervision level 5


 - Suspended after serving 30 day(s)  at supervision level 5


 - Followed by 6 month(s)  at supervision level 4 **WORK
RELEASE**

 - Followed by 1 year(s)  at supervision level 3


 - Hold at supervision level 5

 - For  supervision level 4 **WORK RELEASE**

```
                    SUPERIOR COURT CRIMINAL DOCKET          Page    1
                        ( as of  10/10/2006 )
```

State of Delaware v.  GUANGO F CORREA                    DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.        AKA: DAVID E JONES
Defense Atty: LLOYD A SCHMID , Esq.              DAVID E JONES
                                                 GUANGO CORREA
                                                 GUANGO R CORREA
                                                 ROBERT WILLIAMS
                                                 ROBERT F CORREA
                                                 JUAN CORREA
                                                 GUANGO F CORREAN
                                                 GUANGO F GORRIEA
                                                 BOBBY CORREA



Assigned Judge:

Charges:
| Count | DUC# | Crim.Action# | Description | Dispo. | Dispo. Date |
|-------|------|--------------|-------------|--------|-------------|
| 001 | 0205013182 | IK02050781 | ROBBERY 1ST | NOLP | 11/18/2002 |
| 002 | 0205013182 | IK02050782R2 | ASSAULT 2ND | GLTY | 11/18/2002 |
| | 0205013182 | VK0205078201 | VIOL O/PROBATN | VF | 04/22/2005 |
| | 0205013182 | VK0205078202 | VIOL O/PROBATN | VF | 07/27/2006 |
| 003 | 0205013182 | IK02050783 | CONSP 2ND | NOLP | 11/18/2002 |

```
      Event
No.   Date          Event                         Judge
------------------------------------------------------------------------
1     05/29/2002
      CASE ACCEPTED IN SUPERIOR COURT.
      ARREST DATE: 05/21/2002
      PRELIMINARY HEARING DATE: 05/24/2002
      BAIL:  SECURED BAIL-HELD              21,000.00
2     06/11/2002
      NOTICE OF SERVICE - DISCOVERY RESPONSE.
3     07/01/2002
      INDICTMENT, TRUE BILL FILED.
5     07/02/2002
      SUMMONS MAILED TO DEFENDANT AND BONDSPERSON FOR APPEARANCE IN COURT
      ON 07/11/2002 FOR ARRAIGNMENT.
4     07/08/2002                              VAUGHN JAMES T. JR.
      NOTICE FOR PETITION FOR WRIT OF HABEAS CORPUS FILED.
      SENT TO CHAMBERS ON 07/08/02 - JTV
6     07/10/2002                              VAUGHN JAMES T. JR.
      ORDER: THE PETITION FOR WRIT OF HABEAS CORPUS IS DISMISSED
7     07/11/2002                              FREUD ANDREA MAYBEE
      ARRAIGNMENT CALENDAR - 10-B BY VIDEO - DEFENDANT WAIVED READING, PLEAD
      NOT GUILTY, JURY TRIAL DEMANDED
8     07/12/2002
```

①

To Counselors, Kramer. MHU, 23)

date

From Guargo Fitzgerld Correa.

SBI 00180AO.

RS.You) uptodate, on Legal matter) question By MHU, Law, Library) SENTAC, STATEMENT POLICY

Page 28, ① WHERE A defendant Guargo F, Correa, is ② directly SENTENCED, to Level IV work Release Centers

ID Number. 020501 3182. VK 02-05-0782 residential, treatment, or Home Confinement

and HAS ① Awaited PLACEMENT Pending SbT AVAILABILITY AT V For A Period OF, 90 days

or ONE-HALF OF THE Level IV Sentence. (whichever is less) Correa is in THE

middle OF THE Level 4 Sentence on Level 5 sentence) THE department MAY

PLACE, THE individual, at. Level III DAY Reporting Center evaluation) PHASE

or Another comparable alternative iF, THE DRC is NOT AVAILABLE)

and THE department SHALL MAKE appropriate Sentence modification)

recommendation. to the, Sentencing Judge. upon, Completed of imur.

Kramer, Correa. is in THE middle, of, HIS Level 4 time at Level 5 time

and still waiting to go to Work Release) I only Have A Six month

SENTENCIEY — with good time

Look into your Computer)

CASE number ① 020501 3182, V K 02-05-0782.

(6 month, Sentence) with Credited)

Please Repend to THIS

Letter of MESSAGE

Send)

**SENTENCING WORKSHEET**

**DEFT.**

| DEFENDANT NAME: | SBI: |
| AKA: | Date: |
| | Time: |
| ID NUMBER: | DOB: | Judge: |

**CHARGE**

CHARGE:

LIO:

☐ No Injury or Death Pursuant to 21 Del. C. § 4205A. Defendants convicted under §4177B(e)(1)a-d; the terms of imprisonment defined in this title may be served at Level 4 as defined in 11 Del. C. §4204(c)(4).

Cr.A. ___    BAC: ___    ☑ 4214(a)   ☐ 4214(b)

**FINANCIAL**

☐ Pay Costs
☐ Costs Suspended

☐ PD Fee/Conflict
☐ Surcharges
☐ Diversion Fee
☐ SARTEP

☐ 15%  ☐ 18%
☐ Pay Fine:
$___
☐ Amount Suspended
$___

☐ Civil Penalty
☐ Civil Judgment:

☐ OSCCE to collect
☐ Deemed uncollectible
☐ Transferred to:
Cr.A. ___

**IMPRISONMENT / PROBATION**

☐ VOP/Contempt  ☑ Revoked  ☐ Not Found  ☐ Continued  ☐ Modified  ☐ Discharged  ☐ Withdrawn  ☐ Dismissed

☐ Resent/Review  ☐ Boot Camp Diversion  ☐ Boot Camp  ☐ 4177(d)(5)  ☐ GSP

Effective: ___    Deferred DATE: ___    Facility ___

Be imprisoned for ___ years ___ months ___ days ___ At level 5 ___

Level 5 Treatment: ___

☐ Min. Mandatory time: ___    ☐ Credit For: ___
Title/Sec: ___    ☐ No Credit Time Due

*(CIRCLE ONE)*

**COMMITMENT**

**RELEASE**

**DEFERRED COMMITTMENT**

☐ Suspended Immediately    ☐ Suspended Time Served
☑ Suspended After ___    ☐ for ___ at level 4    Crest / Work Rel / Home conf / VOP center
☐ Suspended After ___    ☐ for ___ at level 3    Crest / Work Rel / Home conf / VOP center
☐ Suspended After ___    ☐ for ___ at level ___    Crest / Work Rel / Home conf / VOP center

Followed by: ___    at level ___    Balance at level ___

☐ Consecutive to: ___    ☐ Concurrent with: ___

☑ Level 4 Sentence. Hold at:
3    4    5

☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

**RESTIT.**

☐ TBD by AG ___ Days
☐ Determined by ISO
☐ Joint & Several w/co-deft.
ID No. ___

(Victim)
1. ___    AMOUNT: ___
2. ___    AMOUNT: ___
3. ___    AMOUNT: ___

**CONDITIONS**

☐ All Terms and Conditions Re-imposed
☐ Pay costs, fines, restitution
  Ⓞ Previously Ordered
  ○ During Probation
  ○ During / Within ___
☐ No Contact with: ___
___
☐ Drug Court Standard Conditions
☐ Comm Serv: ___ Hrs
☐ No Driving Per Statute: ___

☐ Residential Drug/Alcohol
☐ Outpatient Drug/Alcohol
☐ 4177 DUI Program
☐ Alcohol Treatment
☐ Random Urinalysis
☐ Zero Tolerance
☐ Mental Health Eval.
☐ Sub. Abuse Eval.
☐ No Drugs/Alcohol Unless Medically Prescribed.

☐ Parenting
☐ TASC Eval / Monit
☐ DVCC
☐ DHSS Conditions
☐ Anger Management
☐ Obtain GED
☐ Job Training
☐ Fully Employed
☐ Forfeit: ___

Other Conditions: ___

☐ **TIER LEVEL:**

☐ **SEX OFFENDER**:
Registration per
11 Del C. § 4120-4122;
11 Del. C. § 4336.
☐ 21 Del.C. § 2718
*(Felony Only)*
☐ DNA Testing
☐ HIV Testing

Mitigating/Aggravating:    **SB 50:**

☐ Nolle Prosses entered on remaining charges.
☐ Nolle Prosses entered on Criminal Action Number(s):

February 22, 2006

DEFENSE: ___    DAG: ___    CLERK: ___    CT. REPORTER/FTR: ___    PROBATION: ___    TASC: ___



*CASUrey*

# Offender Status Sheet

P

Date: 07/28/2006

| 00180807 | Name: GUANGO F CORREA | | |
|---|---|---|---|
| ): DCC,DO53 | Level(s): 3,5 | Race: BLACK | DOB: 03/04/1965 |

ROBERT WILLIAMS; ROBERT F CORREA; GUANGO F CORREA; JUAN CORREA; GUANGO E CORREAN; JUAN F CORREA; GUANGO F

ype: Sentenced,Sentenced Probationer          Officer(s): Kobets, Ivan J. Jr. (53)

| Level 5 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| te: 07/27/2006 | MED: 08/25/2006 | STRD: 08/23/2006 | ADJ: 08/23/2006 | | PED: | | | Statutory Days Earned: | 2.00 | | | |

| e | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length | | | Start Dt | MED | STRD | Adj.Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Y | M | D | | | | | | |
| 2 | VK0205078202 | VIOL O/PROBATN | Current | | | | | | | | | |
| | Robert B Young | STANDARD   07/27/2006 | 07/27/2006 | 0 | | 30 | 07/27/2006 | 08/25/2006 | 08/23/2006 | 08/23/2006 | | |

nditions:

| 8202 | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| | 5 | CRT1 | Other Conditions: | AS TO VK02-05-0782 (VOP = ASSAULT 2ND)  SENTENCED TO 2 YEARS LEVEL 5, SUSPENDED AFTER 30 DAYS LEVEL 5, FOR 1 YEAR LEVEL 4 WORK RELEASE. FOLLOWED BY 1 YEAR LEVEL 3. HOLD AT LEVEL 5 UNTIL SPACE IS AVAILABLE AT LEVEL 4 WORK RELEASE. DH |

**SENTENCING WORKSHEET**

DEFENDANT NAME:
AKA: George F. Conner

SBI: _____
Date: 7-27-06
Time: 9:03
Judge: Young

ID NUMBER: 020501318 a    DOB: _____    826.00

**CHARGE** — CHARGE: Assault 2nd

☐ No Injury or Death Pursuant to 21 Del. C. § 4205A: Defendants convicted under §4177B(e)(1)a-d; the terms of imprisonment defined in this title may be served at Level 4 as defined in 11 Del. C. §4204(c)(4).

LIO: _____

Cr.A: VK 02-05-0782    BAC: _____    ☐ 4214(a)    ☐ 4214(b)

**FINANCIAL**

☐ Pay Costs
☐ Costs Suspended
☐ PD Fee/Conflict
☐ Surcharges
☐ Diversion Fee
☐ SARTEP
☐ 15%  ☐ 18%
☐ Pay Fine: $
☐ Amount Suspended $
☐ Civil Penalty
☐ Civil Judgment:
☐ OSCCE to collect
☐ Deemed uncollectible
☐ Transferred to: Cr.A

☒ VOP/Contempt  ☒ Revoked  ☐ Not Found  ☐ Continued  ☐ Modified  ☐ Discharged  ☐ Withdrawn  ☐ Dismissed

☐ Resent/Review  ☐ Boot Camp/Diversion  ☐ Boot Camp  ☐ 4177(d)(5)  ☐ GSP

**IMPRISONMENT / PROBATION**

Effective: 7-27-06    Deferred DATE: _____    Facility: _____    At level 5    (CIRCLE ONE)  **COMMITMENT**

Be imprisoned for 2 years ___ months ___ days    At level 5    RELEASE

Level 5 Treatment: _____    DEFERRED COMMITMENT

☐ Min. Mandatory time: Title/Sec. _____    ☐ Credit For: _____    ☐ No Credit Time Due

☐ Suspended Immediately    ☐ Suspended Time Served
☒ Suspended After 30 days for 6m at level 4    Crest / Work Rel / Home conf / VOP center
☐ Suspended After ___ for ☐ 1 yr at level 3    Crest / Work Rel / Home conf / VOP center
☐ Suspended After ___ for ___ at level ___    Crest / Work Rel / Home conf / VOP center
Followed by: _____ at level ___    Balance at level ___

☐ Consecutive to: _____    ☐ Concurrent with: _____

☒ Level 4 Sentence. Hold at:    3  4  (5)    ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

**RESTITUTION**

☐ TBD by AG ___ Days
☐ Determined by ISO
☐ Joint & Several w/co-deft.
ID No. _____

1. _____    AMOUNT: _____
2. _____    AMOUNT: _____
3. _____    AMOUNT: _____

**CONDITIONS**

☐ All Terms and Conditions Re-imposed
☐ Pay costs, fines, restitution
☒ Previously Ordered
  ○ During Probation
  ○ During / Within
☐ No Contact with: _____
☐ Drug Court Standard Conditions
☐ Comm Serv ___ Hrs
☐ No Driving Per Statute.
Mitigating/Aggravating:

☐ Residential Drug/Alcohol
☐ Outpatient Drug/Alcohol
☐ 4177 DUI Program
☐ Alcohol Treatment
☒ Random Urinalysis
☐ Zero Tolerance
☐ Mental Health Eval.
☐ Sub. Abuse Eval.
☐ No Drugs/Alcohol Unless Medically Prescribed.

☐ Parenting
☐ TASC Eval / Monit
☐ DVCC
☐ DHSS Conditions
☐ Anger Management
☐ Obtain GED
☐ Job Training
☐ Fully Employed
☐ Forfeit:
Other Conditions:

**TIER LEVEL:** _____

☐ SEX OFFENDER: Registration per 11 Del. C. § 4120-4122; 11 Del. C. § 4336. ☐ 21 Del.C. § 2718 (Felony Only)
☐ DNA Testing
☐ HIV Testing

SB 50: _____

☐ Nolle Prosses entered on remaining charges.
☐ Nolle Prosses entered on Criminal Action Number(s):

February 22, 2006

DEFENSE: _____    DAG: _____    CLERK: _____    CT. REPORTER/FTR: _____    PROBATION: (Amalfitano)    TASC: _____

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

STATE OF DELAWARE

    VS.

GUANGO F CORREA

Alias: See attached list of alias names.

DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:                    CRIMINAL ACTION NUMBER:
0205013182                      VK02-05-0782-01
                                VIOL O/PROBATN
                                ORIG. CHARGE:
                                ASSAULT 2ND(F)

COMMITMENT

### VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 22ND DAY OF APRIL, 2005, IT IS THE ORDER OF THE
COURT THAT: The defendant is found  in violation.
Defendant is sentenced as follows:

AS TO VK02-05-0782-01 : TIS 11 Del.C.061200A1FD
VIOL O/PROBATN - FOUND IN VIOLATION

Effective April 11, 2005  the defendant is sentenced
as follows:

- The defendant is placed in the custody of the Department
of Correction for 3 year(s) at supervision level 5

- Suspended after serving 1 year(s)  at supervision level 5

- Suspended for 18 month(s)  at supervision  level 3

**APPROVED ORDER**     1     April 22, 2005 11:04

M. JANE BRADY
ATTORNEY GENERAL

**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

NEW CASTLE COUNTY
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

KENT COUNTY
102 West Water Street
Dover, DE 19901
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

SUSSEX COUNTY
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-4698

PLEASE REPLY TO : **KENT COUNTY**

September 6, 2005

*NAtion wide STAte Computer*

Prothonotary
Superior Court
Kent County Courthouse
Dover, Delaware

*Criminal Impersonal criminal History Records*
*NAtion wide state computer Vilated Probation.*

RE:     Guango F. Correa vs. State
        Application for Expungement     *#060500B182* *Exchange*

*0 2040 [8 49]*

Dear Prothonotary:

       The State opposes the Petition for Expungement of Criminal Record and Destruction of
Indicia of Arrest of the above-named defendant. Mr. Correa has conviction data on his record
and pursuant to 11 *Del. C.* 4372, the State must oppose.

       *THE STATE OF DELAWARE*

                                        Very truly yours,

                                        STEPHEN R. WELCH
                                        Deputy Attorney General

/sn
cc:     Guango F. Correa
        110 Cherry Drive
        Magnolia, Delaware  19962

        *error*

        *1738 Ishh. Hill*
        *Road Felten Del*
        *L 9943*
        *new address*

*Petition NNCR*



# Office of Treatment Services
## Maximum Housing Unit - Medium High Unit
### Delaware Correctional Center
### Smyrna, Delaware 19977

To:     Guango Correa 180807
        MHU 23 A U 9

From:   Todd Kramer
        MHU 23 Counselor

Date:   February 15, 2007

---

I have received your letter through in-house mail. You are currently serving a level IV sentence for a VOP Case # 02-05-013182 CRA # VK 0205078202.

Thank you for your patience.

Cc:     File

0205078202

To MS. opHelia m, Watey   and to. Stuart B, Drowan Esquire.

date 3-16-07

From, Guonzo Fitzgeald, Correa.

SBI 00180807

Re up to date, on, THIS Legal matter or Confusing diFFiCULT Situation
① on a List Call ALias, @ How THE STOTE OF Delaware Had reimburse
Guongo F, Correa, 03-04-65, saying NoT. He USE 11 ALias And His NAME
is ALL over Correa CRIMiNal History Record! And on Court Docketment.

② Statment, By stuart, B Drowas, on, DECEMBER, 8, 2005,
Spoken, For THE Depotment OF, Correctional Center, in Court OF
Common, PLEAS, STATE OF Delaware Kent County. Judge, merrill C Trader.

Petition for, A CHANGE OF, NAME  THE Hearing is Set, For, Friday December 16
2005 AT 9:00 AM) ② THis guy Here Had got, THis Woman, to Speack up For
THE Depotment of Correctional Her NAME is "opHelia m, Wohen") Told THE
Court, THat Correa USE 11 ALias, And wHen #s is Comitted TO THE
Depotment of Correctional Correa USE His Legitimate NAME THerefore
THs Depotment OF Correctional is Confuse, iF THE court Add anddition, NAME
Court,   THey for THE Depotment, OF, Correctioned Center Agree WiTH THE STATE TO
② opposition THE. To THis Petition For, CHANGE OF, NAME ! ! ! !
AMENDMENT. 1

ited States Congress SHALL MAKE No Law respecting as establisHment oF religion or Prohibiting
nstitution   THE Free Exercise thereof or Abridging THE Freedom oF Speech or oF THE Press or THE
ght WAS Violated Right of THE People PeaceAbly to Assemble And to Petition THE Government
THE STOTE of for A redress oF, grievances)  THat THE Question WHat THE STATE OF
Delawors! Delaware Have Violated on December 16, 07 Freedom oF Speech

And To Respond, To This Situation, ① THE United STATES Department OF JUSTICE. FEDERAL BUREAU, OF INVESTIGATION, CRIMINAL JUSTICE INFORMATION, SERVICES, DIVISION)
                    CLARKSBURG WV, 26306'
②Had Send THE United STATES MARSHAL, Come To THE Department OF Correctional, And ONE Took Guongo Fitzgeald Correa, 00180500 03-04-G5-A SET, OF, FINGER PRINT, A Completed SET, ② And did A Completed INVESTIGATION, ON Guongo Fingeald Correa HAND PRINT) And guess wHAT, THE United Stated Department, Discovery THAT THERE WAS TWO INDividual, ON ONE ① CRIMINAL HISTORY Record, A NAME AND CHARGER ①Alias NAME ② David, EUGENE JONES, SBI 162271, 08/13/63 ) ②After THE United STATE Department OF Justice found THAT MISTAKE. And Had remove David E Jones CHARGE OFF OF, Guongo F, Correa, ① CRIMINAL HiStory Record! After THE STATE, Department OT, Justice HAd) SEPArated THE Completed CHharge, THey ALL Confirmed THAT IN, 2005 ALL reference to David E Jones ON Correa Crim ANL History Record Were ① deleted, in 2005 By THE STATE Bureau OF Identification, Po Box, 430, Dover Delaware 19903 THey Were. Confirmed By THE United Department. OF, Justice, Confirmed TO SUSSEX County Prothonotary Superior Court, to Judge E Scott Bradley) HE WILL BE THE ① Expungment, OF, AduLT, Criminal History Record, And THE CIS CIV! Action, complaint) Against THE STATE OF Deloware'. Correa. VS. THE STATE, oo Now I HAVE Provided ALL THE Right Legal InFormation, TO SUSSEX County Superior Court, And THE Prothonotary OFFICE! ACcording To THIS EVENT, ON A LiST CALL Alias CASE numbers 0 204015481, How it EXCHANGER Over! To diffeten Town SHIP) And How THE STATE OF Deloware Abuse it ON Guongo Fingald Correa 11 ON THA System, iS So Cazy No ONE WouLD UNder Stand it But AK. deFender' And THAT CASE)

My question, is Why THE ① STATE OF Delaware. STATE OFFICE
Building. 820 N. FRENCH St. Wilmington Delaware. 19801

③

① Have not deleted Anyone Name OF THE LIST OF ALISE
Since GuanpoFitzguld Correa, Name is NOT on THAT List But THE
question, is ②yes His Name is on it, ③ But NoT His Initial or Correa
Singnature, ④ This is Where, THE. Handwriting Analysis Cem in it. Correa
Has Request ⑤ Handwriting Analysis) But noThing From THE court of
Kent County Superior court, On THE. MoTion, For THE HANDwriTing ANALYSIS
it WAS transfer. To Superior Court Kent County STATE of Delaware ⑥ Commissioner
And EA Maybee. Freud, ⑦ For Proposed Findings And Recommendations)

And Will File Another PETITION, For A Kent county court STATE of Delaware
TRANSCRIPTS For Case Number   April 22, 2005 CASE Numbe 0205013182.
I Ko205078201.

`Iosting
)

rongfull Prosecution
licious Prosecution
ntity.

bable
ause.

mirual
npersenation.

Guanpo Fitzgulel Correa
0015080

# DOVER POST Co.

## (302) 678-3616

Office:
609 E. Division St., Dover, DE
Mailing Address:
P.O. Box 664
Dover, DE 19903

Guango Correa
P.O. Box 500
Georgetown, De  19947

This is to certify that the following legal advertisement:

Name Change: Guango Fitzgerald Correa TO: Bishop Moses Fitzgerald Black

was carried in the Dover Post , a weekly newspaper,
on the following dates:

July 13th, July 20th, and July 27th, 2005

A copy of that advertisement is attached.

For the Dover Post

Sworn to and subscribed before me this 27th
Day of July, 2005

_____
Notary Public

INVOICE:

Inches:
Times Run:
Rate:

TOTAL DUE  $45.00ppd

COURT OF COMMON PLEAS
FOR THE STATE OF DELAWARE

MERRILL C. TRADER
JUDGE

COURT HOUSE
DOVER, DELAWARE
PHONE: (302) 739-4618

December 2, 2005

Stuart B. Drowos, Esquire
Department of Justice
820 North French Street
Wilmington, Delaware 19801

Re:   **Guango F. Correa**
       **SBI #180807**

Dear Mr. Drowos:

The above named person is an inmate at the Delaware Correctional Center and has filed a petition for a change of name. The hearing is set for Friday, December 16, 2005 at 9:00 a.m.

Please advise me if the Department of Corrections has any opposition to this Petition. Please find enclosed herewith a copy of the Petition for Change of Name.

Very truly yours,

Merrill C. Trader

MCT/lbw

pc:   Guango F. Correa

Court of Common Pleas of Delaware
    State of Delaware
          V

To Deputy Attorney General Ms. Opthelia, m, Waters'
dak

From Guango Correa,                    Memorandum
SB: 00 (8080)

Re, I Respect your Position, Any your Hospitality.

First the All let me represented my Self, I'm A Bishop, A real man of God,
what I belive In my Bible teach us; to Speak the whole truth And the truth
will set you Free. This what I was belive In' you Ms Opthelia m Waters Suppost
To Be A Prosecution For the State of Delaware, Starment, From Deputy Attorny General
Ms Opthelia m Waters who Suppost to Be Represented For the State of Delaware LAW, office,
① Statement Ms Opthelia m Waters, Has made A False Estant In the Court of Common
Pleg, on Dec 16, 2005 In Kent county Court House, She Statement that Guango Fitzeall ②
Correa Has 11 Alias Names that mr Guango Fitzeall Correa Has Been, Used Using ③ that ther
is A False Statement or A False Report, From the Deputy Attorny General Ms Opthelia m Water
made in Judge Merrill C. Trader Court Room, Ms Opthelia m Water does Not Know who
mr Guango Fitzgeald Correa, is And don't Know Any Back Ground on Him) But By Looking At ④
This List of Alias Name, they go by that list and what the Department of Correction
Staff, says to them, In the Institution Report, For the Department of Correction be Haid,
they is Con Fusion, on this difficult Situation, to my Knowledge And Attention)
That, to the State And Court of the Law when you Are Conviction, you supost to
Approveregin to you Are guilty State of Delaware Has Used False Information In the State of
Deputy Attorny General Ms Opthelia m Waters she Has Used In then Appropriate step
was Not Correct it And illegal Information, In State Court of Delaware. After
Guango Fitzgelad Correa, Will Provides this difficult Situation under OaK, that
List of Alias Name And List uder Legal CHargers Are Not Guango Correa

SUPERIOR COURT
OF THE
STATE OF DELAWARE

E. SCOTT BRADLEY
JUDGE

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5256

January 8, 2007

Guango F. Correa
SBI# 00180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    Re:    Def. ID# 0204015491
           Letter filed January 4, 2007

Dear Mr. Correa:

    You are not incarcerated pursuant to an order of this Court. You were sentenced on August 19, 2002 to two (2) years at level V with credit for ninety (90) days previously served, suspended for two (2) years at level III probation, consecutive to any probation now serving.

    You continue to write to the Court regarding the identity of David E. Jones. The Court has advised you to contact the State Bureau of Identification regarding this matter. Likewise, the State Bureau of Identification has confirmed that in 2005 all references to David E. Jones on your criminal record were deleted. Additionally, the State Bureau of Identification verified that the fingerprints for all of the offenses on your criminal record matched you.

    Future correspondence to this Court regarding this issue will be docketed and placed in your file with no response from the Court. IT IS SO ORDERED.

                                Very truly yours,

                                E. Scott Bradley

ESB:tll

cc:    Prothonotary's Office
       Department of Justice

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

STATE OF DELAWARE,                    :
                                      :
            v.                        :
                                      :
GUANGO F. CORREA,                     :
ID: 0205013182                        :
                                      :
            Defendant.                :

## <u>ORDER OF REFERENCE</u>

This 11th day of January, 2007,

**IT IS ORDERED** that the Petition for Handwriting Expert in the above

~~matter is referred to Superior Court Commissioner Andrea M. Freud for proposed~~

findings and recommendation pursuant to 10 *Del. C.* § 512(b) and Superior Court

Criminal Rule 62.

_____
Judge

oc:   Prothonotary
cc:   Hon. Andrea M. Freud
      Attorney General's Office
      Petitioner
      File

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

STATE OF DELAWARE,                    :
                                      :
              v.                      :
                                      :
GUANGO F. CORREA,                     :
ID: 0205013182                        :
                                      :
              Defendant.              :

## O R D E R

This is the Court's decision on Defendant's "Motions for Postconviction Relief."

~~This indeterminate application by Defendant appears to take primary issue with~~ the perceived inaccuracy by the State regarding alias names attributed to Defendant. This grievance is asserted in reference to the July 27, 2006, sentence for Defendant's violation of probation.

Whether or not the State's understanding of alternate names by which Defendant has gone is correct is a matter for another day.

The issue of present concern is the violation of probation sentence of Defendant, Guango F. Correa, on July 27, 2006. At this hearing, the only name referred to was Guango F. Correa; the individual before the Court was Guango F. Correa; the violation alleged was of a probation put in place on April 22, 2005, which concerned only Guango F. Correa; that 2005 violation was of a sentence of February 25, 2003 issued to Guango F. Correa; and, of course, this application is by Guango F. Correa.

Accordingly, every aspect of every matter involved with Defendant's present application concerned Guango F. Correa and only Guango F. Correa. Any mistake by the State, if any there be, as to other names by which Defendant has held himself out is utterly irrelevant to Defendant's present probationary sentence, and is entirely moot for these purposes at least.

Therefore, Defendant's Motion is **DENIED.**

SO ORDERED this 11th day of January, 2007.

oc:    Prothonotary
cc:    Counsel
       Petititioner

---

ON 04/22/05 Correa was in Court. with Broin Smith STaTamerT out OF His mouth Correa use. il'%ns and it all over His Criminal History Record ThoT WHaT violat Correa Probation

ASk THe Court To Get a Court. TRANSCRipts you will See MHot WHoT iNas SAid, iN Court.

THe truth will Come out.

God Bless
You'.

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR _____ _Kent_ _____ COUNTY

_Guongo Fingeald Correa_ _____
Plaintiff

)
)
)
v.                                   )
)    Crim. I.D. No. _020S013182_ _____
_STATE OF Delaware_ _____          )
Defendant                            )    Case No.    _IX020507802_
)

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that the enclosed Motion for _Guongo early Relass For Surgery_
_Need To Be done IMed itAts,ly_
will be presented to this Honorable Court at the earliest possible convenience.

Date: _3-15-07_ _____

_Guongo Fingeld Correa_ _____
Name _Guorg fry Cor_  SBI# _00180807_
Delaware Correction Center
1181 Paddock Road
Smyrna, DE 19977

WHoT ViolATed MHG term oF Kent County  ProbAticn
WAS A CRimiNAl HisTory Record)

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR ___Kent___ COUNTY

| | |
|---|---|
| State of Delaware | ) |
| | ) |
| vs. | ) ID No. 0205018182 |
| | ) |
| Geaup Firzquel Corras | ) Crim. Action Nos. VK 0205078202 |
| Correct full name of Movant | ) |
| | ) |
| _____ | ) |
| Movant's Alias(es), if any | ) |
| | ) |
| DOB: 03-04-65 | ) |
| | ) |
| SBI: 00168080 | ) |

Motion for ___Sentence / modification___

(Sentence Reduction/Modification)

1. The Court imposed Movant's sentence on the following date: __07-27-06__

2. The judge who imposed the sentence was: __Robert B Young__

3. Offenses for which Movant was sentenced and length of sentence(s):

_____Requistion,_____

I Need ~~dated~~ ~~can~~ immediate Surgery_____

_____

_____

_____

_____

Early Release To Level 3, Probation   Need Immediate Surgery

4.    State the grounds upon which you believe that the Court should modify or reduce
your sentence.  You must state the relevant facts in support of the grounds you
raise:

Ground one: Guoygo T, Corria need to get Imeditae Surgery do oa Right
Leg.                                                                                   my
Supporting facts: And A Hernia repair!  I Had All THE INFormation

you Need to see From THE Doctor Him Self.  my Life is in a very
Seriousness Situation to Have THE Surgery As Soon As poible

② VARicose Veins Surgery Need Imelitoly By a Doctor'

Ground two: THE United STAtes Deportment OF, JustIes
Federal BUREAU OF. INVESTIg Ation
Supporting facts:
CRiminAL JustICe INFormAtion, SERvices. Division
CLARKSBURG WV, 26306

THey did remove Jones CHouse And A List OF Alias OFF OF

Guoygo FiNgudd CRiminol History Record!

Ground three: After THot By THE FBI, INVESTICAtion
Supporting facts:
Guoygo Corra.  Brought And Action Lawsuit Agast THE Still OF Delowar
Faa for THE reason, WHy ①   ②.  MAicously CriminAL IM personation wrongful)
ProSEcution, ④ Stolen, Identity ⑤      ③ AggRanavated HARASSment.

insititutional
right Was
violated By
THE STATE OF
Delowara     ① Fouth and Fourtheeth AmENdment. Was violated By THE STATe
False Arrest, By Police officer
Ground four:

Supporting facts: After RESEARHing THis Legal mattor THE STATe oF
Delaware got 22 year. out OF Guoygo FiNgudd Currea
For THE Wrong reason, in THis CASe. Number. 0205013182
For A List OF Alios 0204015491 ) And THE STATe OF Delawar.

will violated your Probation on Accound oF your CriminAL History Record
was violated THis time THE STOR MADe A Seriousness mistoke

                                                        ⑦ ⑦⑦

My Leg is Black and Blue

Wherefore, in light of the above, Movant asks that the Court modify/reduce his/her sentence as follows: I need this modify To Be gront By The Kent county Superior Court Case. 0205013182 VK0205078202 07/27/06 Wrong Judgement Because A List call Slais. ① with out A Hand writing Expert To clear

George F Correa Name up) ➞ So I can get Imedidats surgery done

I Have one question, ① if you Have A Son or A daughter, incarcerated what you you do if They Need This Tpy of surgery like I do what would you do About That, That This question,

George Corr
_____
Signature of attorney (if any)

I declare the truth of the above under penalty of perjury.

3-15-07
_____
Date signed

George FIDgald Corr
_____
Signature of Movant (Notarization not required)

The United States Department of Justice
        Federal Bureau of INVESTigATION
Criminal Justice Information Services Division
    Clarksburg WV 26306, Has completed This INVestigate.
on George FiTzgeald Correa, 0018080) 03-04-65. 222-584412. Del Driver license.
908 984801, 2 city cop)

So The State of Delaware can not Violated Correa proobation on 04/22/05
① 0205013182. VK0205078201 And VK0205078202

Can not Abuse Correa ①

## Certificate of Service

I, _George Fitzgerald Correa_ ,hereby certify that I have served a true

And correct cop(ies) of the attached:_____

_____ upon the following

parties/person (s):

TO: _Attorney General_                    TO: _____

_102 West Water STREET_                   _____

_Dover Del, 19901_                        _____

_____                   _____

_____                   _____

TO:_____                TO: _____

_____                   _____

_____                   _____

_____                   _____

_____                   _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _15_ day of _March_ _____ ,2007

_Bishop George Fitzgerald Correa_

_Speaking up!_

MESSAG FEBRUARY 10, 07, Level 4, Storted

SENTAC. STATEMENT, OF <u>Policy</u>

Number.<u>28</u>) where A defendant is directly Sentenced To Level IV WorkRewse Center Residential treatment CASE Number. 02-05013182 VK 0205078202 or Home Confinement. and Has awaited Placement Pending Slot Availability At Level V For a Period OF, 90 days GUONGO FitzGold correa. OR one-HALF oF Vevel IV SENTence (whichever is less) THE department may Place THis individual at Level <u>III</u> Day Reporting Center evaluation PHASE or Another Comprabls alternative iF THis DRC is not Available and THE department SHall MAKE Appropriate Sentence Modification, recommendations to THE Sentencing Judge.

Upon. Completion, oF THai Evaluation

Guongo Correa
Para Legal <u>III</u>
00 180 SED. 03-04-65

THE United STate Department oF JustiCe
FEderal Bureau oF Investigation
CRiminal JustiCe. INformation SERvices Division
CLarksBurg WV 26306

THANK God I Correa Have written A letter TD THem And Explanating THem. WHat was going in My CASE THE State oF Delaware CAN NOT Abuse Guongo FitzGold corre. CRIMINAL History Record Anymors)

WHat even Happying to THis HandWritten Expert was Guongo FitzGold Correa was Telling the truth THE who writt Wote time About THE List of ALIAS ON CASE 0204019415

IN THE SUPERIOR COURT OF THE STATE OF
DELAWARE IN AND FOR KENT COUNTY

GUANBO F. CORREA

v.

STATE OF DELAWARE

ACTION NO. 505, 2006
CASE NO. 0205013182
         VK0205078202

RE: PETITION TO SUPPORT

MOTION OF RESPONSE TO STATE ATTORNEY
AND TO CORRECT SENTENCE

NOW COMES GUANBO F. CORREA, DEFENDANT IN THE
ABOVE CASE. KENT COUNTY LAW ENFORCEMENT AGENCIES
RAN NAMES THAT BELONG TO A DAVID JONES. THESE
ALAIS ARE NOT MINE AND EVERY TIME I GET STOPPED
BY DIFFERENT POLICE AGENCIES FOR TRIFFIC VIOLATIONS
THESE ALAIS COMES UP AND MY PROBATION GET
VIOLATED. ONLY BECAUSE DAVID JONES KEEPS USING
MY NAME. THE ALAIS CASE NO. IS 0204014951, OTHER
VIOLATION UNDER THESE ALAIS ARE 0205013182
VK0205075202, VK0205078201. I'M ASKING THIS
HONORABLE COURT TO FIX THIS PROBLEM BECAUSE I'M
ABOUT TO BE RELEASE AGAIN FEB 10, 2007.

WRONG ACCOUNT. CORREA HAS PAID THESE FEES OF COURTS
COSTS AND FINES. IF IT WASN'T SO, PROBATION AND
PAROLE WOULD HAVE BEEN VIOLATED CORREA PROBATION ON
THESE MISTAKE BY THE PRONOTHORY OFFICE.

CASE NUMBERS 0205013182, VK0205078202. UNDER THE HONOR-
ABLE JUDGE ROBERT B. YOUNG. KENT COUNTY. UP TO THE
DATE ON DEFENDANT STATUS SHEET D.O.C. HAS CONFUSE
THE LISTED ALIAS NU. 0204015491 ON HOW THE STATE
OF DELAWARE D.O.C. BY USING THIS ALIAS, MY NAME
IS COMING UP ON THE NATIONS COMPUTER SYSTEM.
AND THE STATE ALONG WITH THE COURTS, D.O.C. WILL
NOT CHANGE IT OR FIX THIS PROBLEM. DEFENDANT CORREA
D.O.B. 3-4-65. DEFENDANT COUSIN NAME IS DAVID E. JONES
D.O.B. 8-13-68 WHO USES GUANGO F. CORREA NAME IN
OTHER CRIMES WITHIN THE STATE OF DELAWARE AND IN
OTHER STATES. 0104003936, IK01040308. SCH NOLP 8/30/01
0104003936, IK01040310. POSS USE CONSP N NOLP,
0104003936, IK01040311 POSS DRUG PAROP GLTY. THE ABOVE
CHARGES ARE UNDER A ALIAS THAT DEFENDANT COUSIN USE
AND THIS IS THE MISTAKE THAT THE LOCAL POLICE AND
PROBATION/PAROLE, COURTS, D.O.C USES TO KEEP
VIOLATING MY PROBATION. DEFENDANT CORREA SHOULDN'T
HAVE TO PAY FINES, COURTS COSTS ON SOMEONE ELI-
RESPONSIBLE ACCOUNTS. INSIDE IS A COPY FROM THE
U.S. DEPARTMENT OF JUSTICE F.B.I. REPORT. ALSO, HERE
A COPY OF A REPORT OF CORREA NAME CHANGE FROM
THE DOVER POST.

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

GUANGO F, CORREA
        PLAINTIFF

                                }
                                }   ACTION NO, 505, 2006
                                }   CASE NO, 0205013182
        V,                      }         VK 0205078202
                                }
STATE OF DELA                   }


ORDER


    IT IS HEREBY ORDERED, this _____ day of _____
200__ that the attached Motion For _____
has been read and considered.
    IT is ordered that the motion is hereby granted/denied
As is further ordered that _____
_____
_____
_____
_____

I'm THANKING THIS HONORABLE COURT FOR ITS
TIME AND CONSIDERATION.

GUANGO F, CORREA
SBI # 00180308
D.C.C,
1181 PADDOCK Rd
SMYRNA, DELA
                    19977

DEFENDANT CORREA KINDLY ENTER CORRECTIONS IN REPORT OF SENTENCE WITH THESE CONDITIONS.

1)- CORREA IS ENTITLE TO A PETITION FOR EXPUNGEMENT OF CRIMINAL RECORD.

2)- NO PROBATION TO FOLLOW.

3)- NO LEVEL IV WORK RELEASE

S.B.I. 00180800

D.C.C.

1181 PADDOCK RD

SMYRNA, DE,

19977

IN THE STATE OF DELAWARE AND IN THE COUNTY OF
KENT, FOR THE STATE OF DELAWARE

①

CORREA                    } VIOL OF PROB
V.                         } 0205013182
STATE OF DELAWARE          } VK0205078202
                           } ROBERT B. YOUNG - JUDGE

A LIST OF ALIAS                              GUANGO F, CORREA
CASE NU 0204015491                           00180807  3-4-65
EXCHANGE OVER                                STATE FIDENTITY WHAT VIOLATED
TO KENT COUNTY                               CORREA, KENT COUNTY SUPERIOR
0205013182                                   COURT (PROB) ON 7-27-06
VS VK02078-01                                A LIST OF ALIAS CASE NU
VIOL V PROB          PROPER NOTIFIED         0204015491 EXCHANGE OVER TO
ORIG CHARGE                                  0205013182
ASSAULT 2ND
A LIST OF ALIAS
0204015491
THE TERMS OF VIOLATED
PROBATION CONDITION

THE SENTENCE WAS IMPOSED AFTER (VIOL V PROB) HEARING WAS HELD AND THE
COURT DETERMINED THE DEFENDANT HAS (VIOL) THE TERMS. WHAT TERM DID THE
DEFENDANT VIOLATE THE (PROB). THE DEFENDANT IS NOT AMENABLE TO (PROB) AT THIS
TIME. THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME OF
SENTENCING. NO ADDITIONAL INFORMATION HAS BEEN PROVIDED TO THE COURT WHICH
WOULD WARRANT A REDUCTION OR MODIFICATION OF THIS SENTENCE. CORREA WILL BE
VIOLATED AGAIN ON THIS CASE NU 0204015491 BECAUSE OF THE LIST OF ALIAS. DID
INVESTIGATION AND DID FOUND OUT THAT IT WAS ANOTHER INDIVIDUAL WAS ON HIS
CRIMINAL RECORD. NOW HOW THE STATE OF DELAWARE RUN THEY LITTLE ~~DIRTY GAMES~~
DIRTY GAMES WAS IF I WOULDN'T FIND OUT. THEY MADE A SERIOUS MISTAKE AND DON'T WANT
TO CORRECT. THEY MISTAKE THEY MADE. NOW, ON THE NATION WIDE COMPUTER SYSTEM IS
CONFUSE ON THE LIST OF ALAIS. THE STATE OF DELAWARE THOUGHT THAT CORREA WOULD NOT
WANT THOUGH THIS AND FINISHING IT OUT. BUT THEY ARE WRONG SINCE OF AGE 19 YRS
OLD CORREA HAS BEEN IN THE SYSTEM AND ON (PROB), SERVED PRISON TIME. AND STILL ON
(PROB) AND PAYING FINES. AND STILL SERVETING PRISON TIME FOR NOW, AS I STATED THAT
THE NATION WIDE SYSTEM. HOW IT EXCHANGE OVER THE DIFFENSE TOWNSHIP. I WAS
INCARCERATED ALL 3 ~~PLACES~~ PLACES. SUSSES, KENT, AND NEW CASTLE COUNTIES. MY LIFE
HAVE BEEN THOUGH SOMETHING. IT IS A TEST BY BEING A BISHOP. BISHOP PASS THE
TEST AS A BISHOP. I HAVE SOMETHING TO PREACHED ABOUT. I HAVE ON FINE IN
SUSSEX, NEW CASTLE COUNTY TO PAY IN THAT IS SPEEDY TICKET OUT SUSSEX
COUNTY, NEW CASTLE COUNTY FROM HAVING LEGAL EXPERIENCE ON THE DEPUTY ATTORNEY
GENERAL DEPARTMENT OF JUSTICE, DOES WHEN THEY GO TO COURT TO FIGHT
AGAINST THE DEFENDANT.

they will use Your Criminal History Record to Conviction you, Question-
Guango F. Correa Case Number 0204015491 you will Have the package with you
saying that Mr. Correa use (10 Alias names in its All over his Criminal
History Record And his Court Docket, therefore his petition for name of
Change is Denied, Disapproved. the petition. When they Run, they Complete, In-
vestigation in they State Nation wide or wide world State system, And had Remover
Mr. David E. Jones Charger off of Guango F. Correa Criminal History Record so to
my Attention, that Tell me that the State of Delaware knew his Chargers was all
over my Record. But one the State of Delaware Still Conviction Guango F. Correa on
those same Changers And Violated his (prob), And pay Fine!! for Someone Elso Fined, The
Question is that Legal or False information from the State of Delaware Computer
System, let to the State of Delaware Computer System. As I Statement Before
Sussex County, Kent County, and New Castle County. How some one put in they
Computer, the wrong person under False precint And Change with Legal Changers
against that person 0204015491 exchange to 0205013182 VK0205-0182. orig Charge
A List of Alias name case nu 0204015491 exchange over to difference township
Criminal Law Lock of evidence prior proceeding. My name is Guango F. Correa
00180807 SS# 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 D.O.B 3/4/65 Correa is the Right Legitime. Correa
Has Delaware Lic 2 City cabl 994801 and Legal In the U.S. David E. Jones 162271
8/13/63 is not the Legitime Mr. Jones Get Stop by Law Agences, gave False
Identification to the Law Agences Run a nation wide Check in they police system
the Jones Gave to Come Back that He is the Right Legitime So the Law
Agences them let the wrong, Individual Go on a False Identity Question,
And now Guango F. Correa thanking He is the Right Legitime, car Insure
proper Driver Lic and Tranportioning with a single on his Truck. Correa
Landscaping Business, Correa, Get Stop by police for A Legal Triffice Stop
Viol) now Correa support to the proper Legitime the Law Enforcement
Run Correa Drive Lic through police Computer System. The System Come
Back that Guango F. Correa is wanted by the police for the Reason Because
someone Gave False Identity to the Law Enforcement. In the State Nation wide
Computer System. the police came Back to Guango F. Correa Say that A List of Alias Came
up on Correa name Case nu 0204015491 now the Court System Have it. the State of
Delaware VS Guango F. Correa 00180807 3-4-65 VS A List of Alias 0204015491
But As I Stated, Someone in the Sussex County prothonotary office and Kent County
New Castle Counties prothonotary office make A seriousness mistakes for the
Reason why Guango F. Correa Have A Set of Delaware Dr. Lic. And, make
the Chargers. By Low that is Legal wrongful prosecution, malicious prosecution
False Inpersonation, Criminal Impersonation, Stolen Identity. what Violated the
Term of (prob). Deputy Attorney General Stand up in Kent County Superior
Court on Case nu 0205013182 VK0Z-05-6782 And Statement that
Guango F. Correa Criminal History Record is mess up and Have Alot of
Alias name on over it. (prob) officer Brain Smith, stood up in superior Court
N 4-22-05 And the Court Room And said that Guango F. Correa Has used (11)
Alias name, And it is All over Correa Record And there Judge Young Have
Viol) the Term of (prob) on 4-22-05 Case nu 0205013182 VK0205078201
Viol) % prob) VF 4-22-05 0205013182 VK0205078201 (Viol % prob) VF 7-27-06

② Page

AND This is why WE CAN NOT GET A TRANSCRITS, From The SUPERIOR COURT, ON CASE NU 4-22-05 0205013182 VK020507801 (Viol %/ prob) VF 04-22-05 This has BEEN GOING ON SINCE 1985 (Viol) CORREA (prob), BECAUSE CORREA CRIMINAL history RECORD have A lot of A.K.A, ON his RECORD and This is why The STATE OF DELAWARE IS doing ABUSE ITS, IF IT DON'T GET CORRECT IN Time! This is why. GUANGOF, CORREA WENT TO The UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION CriMIANL JUSTICE inFORMATiON SERViCE DiVISON ClarksbuRG, WV 26306 DC0060002 DO-556-73 REA FBI-CJ'S WV 1060 CUSTER HOLLOW Rd ClARKSbuRG WV, 26306 ATT: Kimberly J. DEl GRECO SECTION ChiEF. The RIGHT NAME NEED To Go IN The STATE NATION WIDE COMPUTER SYSTEM UNDER A LIST COST ALIAS CASE NU: 0204015491 The STATE OF DELAWARE V. DAVID E, JONES #162271, D.O.B, 8/13-63. Mr. DAVID E, JONES iS hERE UNDER DAViD E, JOHNSON, AT The DEPARTMENT OF CORRECTIONAL CENTER ON 1181 paddock Rd Smyrna, DELA 19977

NO PROBATION IN The STATE OF DELAWARE

① UNDER CASE NU 0205013182 VK0205078201 ViOL 4-22-05
② 0205013182 VK0205078202 7-27-06
① WRONGFUL PROSECUTION
② MALICIOUS PROSECUTION
③ WRONGFULLY PROSECUTION

AMENDMENT #1
The FOURTH AMEDMENT
FREEDOM OF, SPEECH WAS ViOLATED

Guango J. Correa
# 00180807

3 page

TO: MRS. Judy Smith
FROM: Guango Field cen
RE:
DATE:
_____

"NOTIFIED"

MRS. SMITH,

BRING YOU UP TO DATE ON THIS DIFFICULT SITUATION. PLEASE DON'T GET
CONFUSE ON THIS CRIMINAL CASE. THAT WHAT THEY WANT YOU TO GET "CONFUSE".
BE STRONG MY SISTER. THIS IS A TEST FOR BISHOP. A BISHOP CAN NOT BE CONFUSE.
THIS IS A CONFUSE SITUATION ON HOW THE STATE OF DELAWARE DID CASE NU
0205013182, UK0205078202 7-27-06 ON A FINE. ANT THE SUPERIOR COURT
JUDGE ROBERT B. YOUNG TO PAY $826,00,00 UNDER A LIST OF ALAIS
0204015491 CORREA WAS PAYING ON FINES, BUT UNDER WHAT NAME. AND GUANGO
CORREA HAS BEEN on, (PROB) AND SERVED JAIL TIME. 1985-2007. IN AND OUT
OF JAIL AND ON (PROB). CORREA HAS PAYED ON THE FINES IN SUSSEX AND KENTY
COUNTIES. AGAIN UNDER WHAT NAME MRS. SMITH. LET ME WALK YOU THROUGH THIS
I HAVE NOTICE THAT YOU HAVE WANTED THE COURT DOCKET SHEET. THAT IS OIK.
TO, BUT IN MY CASE I NEEDED YOU TO LOOK AT THE U.S. DEPARTMENT OF JUSTICE
F.B.I INFORMATION. CLARKSBURG WV 26306.

4)Poga

LAWSUIT
AGAINST THE
STATE OF
DELAWARE

1)

To Clerk, of THE SUPREME COURT.
date 04/19/07:
From George Guy                              CASE Number 654, 2006
SBI00180800.

A's uptodate, on case number 654, 2006

a) I Just want THE SUPREME court, to give me, THE Right Justice,
in THIS CASE. Number. 654, 2006 ①THE STATE OF Delaware Attorney
General, Deputy Had Play THE Both OF US] THE Deputy Attorney
General, THEy are good, But IN THIS CASE THEy are So wrong About
THIS difficult, Situation, ①OU, List OF, ALias, But THE US Department of
Federal Bureau, OF INvestigation, Has Remove DAVID EUGENE JONES OFFOF

Correm     my CriminoI History Record, BACK IN 2005, ③ THE Deputy Attorney General Had
went Back To THE Oldest Violoted From 04/22/05, and made it look like THAT
04/22/05 VioLoted OF Probation and put THAT Probation WITH THE Probation
ON THE 07/28/06, Violoted, To Broin Both Vilated, on To ONE Violoted To make

4       it look like THE 07/28/06, THE Legitimate To Confuse THE Court System
THE Jelly THE Probation and Parole, made ANOTHER on THEy Behalf,) STATEMENT
by THE Probation, and Parole, NAME case Broin Smithy, Correo use 11 ALias in it
is All over Correo ①CriminAL History Record. ⑤And it is All over Correo Court
docket THEy For, THE term OF Probation on 04/22/05 Is in Violoted on
CASE Number V K02-05-0782-01, 0205013182] if THE SUPREME court Look
at Both Case Number, IN THIS   Demonstrate Situation THEy will See Both Case
is Almost THE SAME ②V K02-05-0782-01 THE LAST TWO Number is differe
0205013182 V K0205078202 on 07/27/06, Violoted OF Probation regarding
To Both SENtence ①V K0205078202- ③0205013182 and ② 04/22/05 and THE
OTHEer 0205013182 V K02-05-078201) Both OF THE SentencG Come From THE

② THE other SENTENCING on ① 0205013182 VK0205078202, 07/27/006

Effecticdive, VK02-05-078201, April 11.2005,

OF Correction 1 THE defendant. is PLACED, in THE Custody OF THE Department.

OF Correcting For 3 year (S). Ot Supervision, Level 5.

Correr did 24 month For THAT Sentenced From 11/18/02 To Some Wher In 2005,

But my Question. THE CHARGER Corrie 5 year) ISNT THAT ① double Jeopard CHARGE Someone TWO time on THE original CHARGE From Nov, 18/02 Indictmet in THE STATE OF Deloware LAW) Come on SUPREME COURT WRAE-AP COURT System)

ANd THE other, Indictment 07/27/06 Viol O/Probation ① VK02-05-0782 ① SENTENCed

To 2 YEARS Level 5, suspended After 30 Day Level 5, For Six month Level 4

Work Relase Hold AT Level 5, until space is AVAILABLE AT Level 4 work Relase.

Both Case VK02-05 078201, 0205013182) April, 4 005. 24 mouTj I
                                                                    30 days
                                                                    1 year)

THAT is Right 09-13 63 INFer donts 016227!

On Both CASE)

Now CAN Change) UNLESS THE APPELLANT CAN; ① Demonstrate)

①, I HAVE A Cousing BXN USE different member NAme) ② WHEN Mr DAVID Eugers donsi get stop By THE Police offic. ② THE Police ASK Mr Jones For ① Identification ① A SET OF Driver license ② Proof OF INSURE, Right THey, THAT WHEN Jones gave FALE IN Formation to THE Polce offic. maybe He Said THAT He Lift it Home so THE Police OFFIC. ASK Him ④ WHAT is your NAme And date OF Boith) THAT When THE STATE MADA THEy mistak Right THey since Mr DAVID Eugene Jones Know THE Whole Family THAT He CAMN From RGt He Know THAT THE Correr Hoes A Set OF Driver license) From THE State OF Deloware Euany F Courea 03-04-65 Deloware, 99U801 Z Cithy CON) Mr Jone GAR THAT INFormation To MHe Police OFFic. And THE Police Muni THAT NAME in THEy State

This Legitimits. and this Police officer Let down go with a unlegal ticket, in Someone else name) and that is State Identity[2] and Criminal Impersonal) Now if Correa get Stop fix a [FR] TRIFFic Vilation by a Police officer, question is Hot Correa Has a out Standing WARRANT by the State of Delaware ① Driver license Suspended But Correa Supost to Be the Legitimk) with ① a set of Delaware Driver license ② is Car Insurer 994801 Yes, Guango Fingeild Correa, is Etitle to a ① Petition For Relief. From a Conviction, or Sentence, By a Person, in State Custody ② Petition under 28 USC, 2254, For ① a Writ of Habeas Corpus)

① Abuse From the State of Delaware ② Deputy Attorney General what they Abuse was when, the Deputy Attorney Crime saw a List of, Alias and they took that at and run it, Just Because there was my name Written, on the List of Alias, name use Guango F Correa) 08-04-65, SBi: 00150501) ② With out Take In. Appropriated Stey ① What I mean, in appropriated Step 2 was the Court Should HaVE Order a Handwritten Analysis (EXPERT) and that is Still Pinning in the Court of Superior Court, matter is referred to Superior court Commissioner Audrea, m, Freud for Proposed, Finding and recommendation Pursant, to 10 Del, C 512(b) and Superior court Criminal Rul 62) Now the Supreme Court, Saying Can Correa Can Demonstrate the situation About the List of Alias was remover From the State erroy the ① United, States Department of Justice, Federal Bureau of Investigation Criminal Justice In For mation Services Division CLARKSBURG, WV, 26306 in they Letter Stated that they Had remover DaVid E Jons Charge and a List of Alias off of Guango F, Correa ① Criminal History Record) Right there Correa name Should Bi Clear-up By the United, State Department of Justice Federal Bureau, of, Investigation) Criminal Justice. In Formation, Services

my question After ① THE United STOTES Department oF Justice
Federol BUREAU OF, INvestigotion, CRIMinol Justice InFormotion SERVEs
Division, CLORKSBURG WV, 2306) Had remover THE CHarger that
did not Belong TO Guongo Fitzguld, Correa ② AND THE LiST OF ALiAs where
Also Remove. By THE United, STOTES Department oF Justice) Now my
Concern is WHY THE STOTE OF Delaware HAVEing A Serious Problem With
Remove. THE LiST OF ALiAs From Guongo Fitzguld correa 00150807, 09/04/65
① CRIMinol History Record) ② WHOT iS THE STATE OF Delaware
Problem ③ THE STATE OF Delaware MAKe A Seriousenss MiSToke. in dont
WANT To Correct it ) on AFRicAn American ① Guongo Fitzguld correa STond
up For THE Right Justice, and THE WHOLE truth ) But, in THIS CASE NUMBER
iF THE SUPREME Court, Request THE right ① TRANSCRiPT. From THE Old
( ViLol oF Probation, ① THAT CASE NUMBER iS 0205G13182 V K0205078201 ) THAt
WAS on 04/22/005, AND THE Probation OFFiCE. NOME Brain Smith) THAt THE
TRANSCRiPT Guongo Fitzguld Correa WANTed ) But THE Deputy Attorney
Generol, HAs Confuse THE SUPREME Court. With THE NEWesT ViLoted OF
Probation, With THE CASE NUMBER ② 0205013182 V K0205078202 ViCoted OF Probation
on 07/27/2006) Almost THE SAME TWi NUMBER My QUESTION iS WHy
SUPREME Court Agree With THE SUPERior COURT, Decision, After THE
Superior court mode A Seriousness Mistolle in dont wont to
Correct it) And Feimburse BACK TO THE right Individuol ① THAT
gove Flass InFORMATion TO THE LAWEnForce ment, Agenciey Or Any Agencie
① THAt iS FALSE IN ____ Prisonment) When THE Attorney General CHarges SAmeone
else CHarge) And THE Other PERson get THE END OF TiLLe ① Probation and Jail
time. and PAY Fine, tille in Guongo F, Correa, Cosi, ON THE Other CHarge
WAS ON Guongo F, correa ① CRIMinol, History Record) Correa Had NEVER SAW
A Judge THAT HAd SENtenced THAT Individuol For THAT CHarger, But
_____ Had _____ Joil time. For it. And Remove it WAs on Correa CRIMinol History Record

AND THE STATE OF Delaware ① Deputy Attorney General Took That List OF ALias) case number) 0204015491 AND Abuse For 21 year) IN AND out OF INCarcerated ON Guango Fitzgeald, Correa 00180803 05-04-65 From Age 18 year old, Guango F, Correa. Had Been iN THE System) IN THE Court System Toke THEy little gAME dirty game ① By reimburse or Abuse THE System, with THE LIST OF, ALias) Now TO my ATTENtion, THE T SUPREME Court, Po Box 476, Dever Delaware) 19903, is AWARE OF THE LIST OF ALias ON THE hard Page OF ① February 14, 2007 time 14.02 Approved order ① List OF ALias NAME. CASS. Number. 0205013182, But THE SUPREME said in THEy Unless THE Appellant. Con ① demonstrate THAT THE Failure To File a timely Notice of Appeal is attributable to Court-Related

ample.

Demonstrate Here

① Let Talk About. Court OF Common Pleas KENT County STATE OF Delaware) Guango F, Correa, went TO THE Probation OFFicer) Po Look into His Computer System, And ② SAw A WARRANT, For Arrest out OF Court OF Common Pleas iN Dover Delaware! Kobets Ivan, is THE Probation OFFicer ON THIS case Number 0205013182. ①7/27/06. VK02-05-0782-02. 30 days SENtenced) ① Kobets Ivan, is a Witness, OF How THE. Prothonotary made a mistake) ① my MotHer. MRS Doris ANN Correa, took Correa From THE Probation And Parole, TO THE Court of Common Pleas at 38th Green Dover Delaware TO Take Care OF THAT Situation about THE ① WARRANT, ② THE Lady WHo put THE ③ WARRANT or A CAPias, in THE Computer System) Mrs Doris Correa told THAT woman THAT SHe pay every month $25.00 dallas A month) THAT Lady THAT put THE WORRANT or CApins iN THE Computer) SHe Look Into Her Computer System And did Saw A money order OF $25.00 dullas From MRS Doris Correa For Guango F, Correa SHe Toke Mrs Doris Correa, And Guango F, Correa TO THEy Face SHe WILL toke THAT out OF THE Computer System, And put IN to THE right ACCount) AND THE WARRANT Con go out OF THE NAtion with or world wide Computer System ON Guango F Correa

So as you can see that the ① Prothonotary office maks mistoke) But the court
of common Pleas, mode they mistoke) and ReCorrect it, ② now my question why
this Kent County Superior Court, 38the Green Dover Delaware 19901) Prothonotary office
mode a mistoke, why don they Fix, they mistoke) Correct ④ ③ For the Reason
(all above) they thought no one would find out, About the mistoke they mode iald
that is a. Demonstrate) if you Need more Information ① call the
Probation office and he will tell you, that the court of common Pleas mode a
mistoke, and the woman, or lady took that warrdont or capias out the
Computer) System) and Put the Account in the Right Individual Account)

Now the question now What if the Probation office. was a dirty Probation office Had Arrested
me on the Account of wrong Information and went to Jail for this) what would
the court do them, when that Account went somewhere else) Level A question)
after Correc, was paying on Fine Anyway But Into someone else Account
this is why Guoguju Correa, got de got work Relose Now) To Pay His Fine
Because someone in the prothonotary office. mode a mistoke and the
defender, Have to, go thing aloit, For the wrong Judgement! ① and that is
call Fab Imporsant) ~ with out any question Answer) if you need
To call For Information on that mataka call the the Probation officer And
ask For Him Kobets Ivan, ① Dover Probation and Parole 511 mapk Parkway
Dovery De, 1990) Phoverno, (302)-739-5387. Fox, no (302) 739-5198) and the Payeox
Doris Correa (304) 284-8808) 302-284-3853) Irish Road Felton Del. 19943) we
Are that the ① Court System and the)(②, Prothonotary is our) eneties) But in this
Cass Number ① O205013182 V (O2 050 8202) Caught, the mistoke) ① a List of Alias
What this court wills vilated your Criminal History Record) on 04/22/05
O205013182 V KO205 07 8201) this is why the Superior Court Kent Count
will Not Pull up out they Computer System they is A mistoke
on H) on that Cass Number O205013182 V KO205008201) Brain Smith State that

(7)

And
Colsting.

Correa Has 11 Alias Name, and it is All over His Criminal History Record and Court Docket, And THE STATE OF, Delaware STILL SAYING THAT IS STILL Continue to use that, After, THE United States Department of Justice Federal Bureau of, Investigation Criminal Justice Information SERVICES Division, CLARKSBURG WV, 26306 D Had Move mr Jones Charge and His List of ALias Off of Guango Fingerald Correa Criminal History Record, And that Procced Will Be long with the Court Docket)

: Almost Lift
His out,

Back When Guango Fingeald Correa was 18 year old, THE SAW Correa THE Street, and detoin Guango F, Correa, While THE Police Run a Nation wide CHeck in THy little work Toller, or CB, D And it Came Correa is wanted the By THE State of Delaware, Been going Since 1985, Now Guango, Correa is now 42 year old, Correa Had Been in THe System, Sent 1985,) get THis) From April 17, 2001, THE State of Delaware made Guango Correa go Backward to April 17 2002, and THE State Custody, on THe Original Charges From May 21 of ATTest, of Nov 18, 2002, Just Because THE Court System pull out of THere Computer D list of ALias) at one, Back i early 99, THE Sussex County Work Release, run a Nation, wide CHeck in they Computer System And question What they did, to Guango Correa took Guango Correa to THE Sussex Correctional Center and list Correa there) THAT call

July 17 2002

(1) Fals Iperisoment (2) Without Take any Further Apprsprate Step Abuse in Guango Correa Personal Life, Beyond, the Criminal History Record) Acdity one THE State of Delaware took in Abuse it) And with out Further, Notifice) By THE STATE OF Delaware Guango F, Correa, was in Custody at (1) Now Castle, County Jail (2) Department of Correction in Smyra Delaw. DCc. (3) Sussex County Georgetown Delaware Good question I Never Knew Why THAt Guango F, Correa, was going to Jail for what reason) I member time THe State Police Call my Name out of His mouth I told Him Im not DAVID E Jones, But Guango Correa Still got Arrest By THE State of, Delaware Police department

and THE City OF Dover 480 BANK LONE Dover Police department Had Also
Arrest Guango Correa, According A List of, Alias) ② and THE Captail Police
Department, Police, and SUSSEX County STATE Police Department A) so Arrest
Guango Fitzgerald Correa, and THE N.J. STATE Police Arrested Guango
Correa, on Account of A List Call Alias) case number 0204015491) How it
ExChange over to difference Town Ship) and your Driver license will Be
Suspended, After you did not Know why one like THAT) Leveling ⓟ Stress
② Lost of, Employment ③ embarrassment ④ emotion ⑤ distress ⑥ ExChange of Heat.
About THE STATE of Delaware's question if THE United States Department of Justice
Federal Bureau, of, Investigation CRiminal Justice Information Services
Division
ClarksBurg, WV, 26306 ② if THEY Never, Investigation, THIS Situation About
A List of, Alias, case number 020401491, And remove Alot of legal Charge
off of ⓞ Guango Fitzgerald Correa, 00180887 04-03-65 ③ CRiminal History Record
will THE STATE of Delaware. Still Abuse THE System By Arresting
Guango F Correa CRiminal History Record ③ By USE A List of Alias Said
THAT Correa use 11 Alias) which is not true) But To my under Stand is
Guango Fitzgerald Correa Had gotten older. Now He Know How THE System work)
THANK God we got THE right Justice THAT Guango F Correa is Looking Ford
Guango Fitzgerald Correa Had to go out THE STATE of, Delaware Just To
get THE right. Information, on THIS case number, 0204015491) In Justice
is done or Completed, By THE United States Department of Justice
Federal Bureau of Investigation, (CRiminal Justice Information
Services, Division ClarksBurg, WV, 26306) THANK God THEY did THEY
Job well, on Completed question what THE STATE of Delaware going
To do when, THIS Law Suit Hit THem) when THEY get ⓘ Correa
Lost Going To College and Lost of Property) Lost of
transportation) By Beyond THIS List of Alias And Lost

STOK OF Delaware, AND I LOST my wife, Byoud THIS Problem)
OF Stolen, Identity) AND ① driven license is A, Privilege! ! ! ! !
AND Correa HAS gottoN, A Violeted OF Probation, ON April 22 05
~disturbed~ A LIST OF Alias) Viloted THE term OF Probation, PO OFFICE USE THAT
Against Correa) ② Criminal History Record) WAS put out Front iN Court
OF THE Superior Court, ON 04/22/05 CASE number 020503182 VK020507820 l
THIS is THE Correctt. Violoted D)

ⓐ But INSToDS. THIS STATE OF Delaware ② Deputy Attorney General, or THE Depordment
of Justice HAD ④ pull out THE 07/27/06 Violation, to moke THE 07/27/06 CASE
Look liKS THE, Legitimits, DAnd THAT CASE Number is ③ 020503182 VK020507820z
VF, 07/27/2006) To Confuse THE SUPREME Court, ① So THy wont Hove to reCorrect THY
mistokes) oN THIS CASE, 07/27/06 020503182 VK020507820z (yes) I Agree
(NOT, I, BrOKENING THE Curfew) IM ok with, THAT) IM NOT ① Augment About THIS
~I did THE~ (CASE Number ① 020503182 VK020507820z] WHOT IM Augment about THIS
~THIS For~ Number HSt) 020503182, ~ VK020507820 l. Viol -OProbation ON 04/22/05
~THAT All~
~Reasd~ But To my understanding iN Review ① THE ADMISTRATIVE WARRANT From THE
SAFE Street, WarRANT Dote 07/26/06 Look WHERE it Said CHARGE, 020503182
~VK020507820l, THIS CHarge is From THE 04/22/05, Violot- OF Probation
① THE Probation, OFFICE ON THIS CASE is Brain Smithy) NOT, ④ Kobets Ivan
② Kobets Ivon, is oN CASE Number ③ 020503182 VK020507820z. THE System OF
STATE OF Delaware moke A lot, OF mistake From ⓐ Kent County Prothonotary
OFFICE) ② THE STATE OF Delaware Probation OFFICE Made mistoke) ③ THE STATE Police
department, MADe mistoke) ④ THE Court made mistoke And dont want to
Fid it) why MAnKNg No one would fine out) But Now GURANge Correa
Know How THE System, Work Now) THE System MADe me From 21 year
in And out of doi), And THAt is dirity) How THE System treatment ↑
People) And THAt is Call THE Wrong Justic iN THE STATE OF

IM Confuse Here...

① ACCording to the District Court.

FACTUAL and Procedural Background

On November 18, 2002. Petitioner, Pled Guilty in the Delaware Superior Court. to one Count of 612, ① Second degress ASSAULT the Superior Court. SENTENced ② Petitioner) THAT GUONYO FitzGeld Corria To A tatal oF, Five years, in, with (Credit for time Served) suspended After Tw years for Probation)

② Now Continue THIS Legal difficult Situation THE Court System Is Confuse① Leveing A question ② WHAT IS THE Right. SENTinced IN THIS CASE Number ③ 0205013182 VK 0205 078201 ON THE Orig CHarge ASSAULT 2, on April 22,05 A Violated OF Probation) 0205013182 and on 07/26/06 ① 0205013182 VII 0205078202

question    IS THIS ① double Jeopardy

Corring out Two differec SENTinces or Two differec CHarge ON Two diffrence time and date on the Orignal CHarge!

① Low Double Jeopardy Come end at in the Court of Law ① THE A Court SENTinced, the defendant A CHarge ② THEN go BAck And recharge the defendant the Some CHarge ③ THAT Is Call double Jeopardy

Now    Now in Correa CASE THE Court Kent County STATE OF Delaware 2 Explain    Super-ior CHarge Guonyo FitzGeld Corria ① IN TWo diffrec Sentenced AS Follow) AS To ① Criminal Action Number VK02-05-0782-01 Viol o/PROBATN ② Orig CHARG ASSAULT 2



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306

December 5, 2006

Mr. Guango F. Correa, 00180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Dear Mr. Correa:

    We are in receipt of two packages of your
correspondence.  Attached please find your Delaware Department
of Correction photo identification card which is returned to
you.

    Please refer to our previous letter dated
September 11, 2006.  Enclosed with that letter was a copy of
your current FBI identification record.  The letter advised
you that my staff had contacted the various contributors to
obtain the most updated data for your record.  The letter also
advised that, if you wish to challenge the current record, you
need to specifically identify the alleged deficiency and
provide any available documentation to support the challenge.

    We are taking no action upon your record at this
time, as it is difficult to determine whether a valid
challenge is contained within your voluminous correspondence.
Particularly since we recently conducted a thorough review of
your FBI identification record, we will not repeat the entire
review.  If you have a specific challenge to the current
record, please be specific as to what data you are challenging
and why.  It would be to your advantage to submit your
challenge as a brief letter instead of a large stack of
documents.

    All entries on your FBI identification record are
supported by fingerprints and are thus assured to pertain to
you, not any other individual.  All descriptors pertaining to
David E. Jones were removed from your record in 2005.

    You may wish to carefully review your FBI
identification record and determine whether the disputed

*Sample*

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

STATE OF DELAWARE,         §
        Plaintiff,          §
                            §
                            §   Cr.A.No.
  v.                        §
                            §   Del.Supr. ~~IK02050782 01~~
                            §
        Defendant.          §

*[handwritten: VK0205098201, 0205013182]*

*[handwritten: 04/22/05.]*

<u>MOTION FOR TRANSCRIPTS</u>  *[handwritten: Brain Smith was the PD. on this situation]*

COMES NOW, *[handwritten: Guany Fitzgeald Corea.]*   , the indigent,
incarcerated <u>pro se</u> defendant, who moves this Honorable Court for
an Order directing that he receive one (1) photocopy of the
previously prepared transcript(s) of the following proceedings
before the Court, at no cost to him:

        (a)   The Trial Transcripts, including Opening and
        Closing Statements, all sidebar conferences or
        statements, and the Court's charge to the jury.

        (b) The Sentencing Transcripts.

In support of the instant Motion, defendant states:

        (1) That he is indigent and cannot afford the cost of
either transcription or photocopying. The Office of The Public
Defender found him to be indigent at the trial level and, more
recently, The Delaware Supreme Court has found such.
argues that any doubt as to his indigency must be made as a
matter of record so that determination is reviewable, as such a
hearing on the matter is necessary, see <u>Stacey v. State</u>,
Del.Supr., 358 A.2d 380.

        (2) The transcripts are necessary for defendant to

proceed with his post-conviction remedies which are guaranteed by both the Delaware and United States Constitutions.

(3) Defendant has asked Public Defender Paul Swierzbinski in both letter and by phone calls placed by Pete Horvath, Correctional Legal Assistant at DCC, for copies of the transcripts which the Public Defender's Office has in its possession. Mr. Swierbinski refused these requests and has denied defendant the tools he needs to pursue post-conviction relief. It has been the policy of the Public Defender's Office to furnish a copy of transcripts to inmates by sending the transcripts to the DCC Law Library which makes a copy and then returns the original transcripts to the Public Defenders Office.



(4) Pursuant to Rule 26 (e and f) of the Supreme Court, it is possible for Defendant to obtain one (1) copy, free of charge, for appellate purposes, of the requested transcripts, provided that a Judge of this Court certifies the need for same.

(5) Defendant argues that he has (a) Constitutional Right(s) to free transcript(s). He does have a right to gain a meaningful review of all proceedings leading to judgement of conviction, Griffin v. Illinois, 351 U.S. 12(1956), as well as to "open an inquiry into the intrinsic fairness" of those proceedings, Carter v. Illinois, 329 U.S. 173,175(1946). See also Curran v. Wolley, Del.Supr., 104 A.2d 177, 179 (1962) (applying Carter); Jones v. Anderson, Del.Supr., 183 A.2d 177, 179 (1962) (applying Curran). Griffin ruled that "destitute defendant's must be afforded as adequate appellate review as

2

defendant's who have money enough to buy transcripts" Id. 351 U.S. at __11__ (76 S.Ct. at 591).

Moreover, in an "access to the Courts" context, the United States Supreme Court ruled the "States must... expend funds for transcripts." <u>Bounds v. Smith</u>, 430 U.S. 817,___(97 S.Ct. at 1497).

WHEREFORE, the defendant respectfully requests the Court to grant his Motion For Transcripts, or in the alternative to order the Public Defender's Office to either furnish a copy of all the transcripts or to forward the transcripts to the Law Library at DCC for them to copy and then return the originals to the Public Defender's Office,.

Respectfully submitted,

DATE: _____                _____, Pro-Se
                                           Delaware Corr. Center
                                           Smyrna, DE 19977


O R D E R

HAVING CONSIDERED defendant Motion for Transcripts, as well as any response served and filed thereto, if any,

IT IS ORDERED this _____ day of _____, 1993

_____

3

LIST OF ALIAS O2040IS491 Prothonotary O3X-10-005

Your Honor E. Scott Bradley   Sussex County Superior Court   (ESB)

He Investigation is complete, with the Person Name Kimberly J. Del Greco

United States Department of Justice · Federal Bureau of Investigation

Criminal Justice Information Services Division, Clarksburg, WV 26306

JCNISIS000 20090038 7768/

COGOOOO2, DO 556-73 REQ FBI-C.JIS-WV 1000 Custer Hollow Rd   Package Completed
Clarksburg, WV, 26306'

September 11 2006'

imberly J. Del Greco' Section, Chief, Identification And Investigative

Services Section Criminal Justice Information

Services Division   Enclosures, Identify The Alleged deficiency and

Provide Any Available documentation to Support This Challenge.

Our Honor Now This Petition, is ready For you Considered or your

Recommendation, For This Petition For A Expungement of criminal of Record!

United State Constitution Right was Vilated The 14th Amendment And The

Amendment I

WAS Vilated Because Of A List Call Alias O 2040/3 491   ID

3X-10-005 (ESB) Vilated My

FILED PROTHONOTARY SUSSEX COUNTY
2007 JAN -3 PM 12:42

By George Fingell Corree
00180807

3-04-65 222-58402

FILED
PROTHONOTARY
SUSSEX COUNTY
2007 JAN -3 PH12: 43

To mrs Judy Smith      Secretary of, State office

date

From Bishop George Fitzgeald Correa

SBi 00160801

Re: I Respect your Position, and your Hospitality

Ms Smith I Had Sent you some Legal Docket, For you to
Look at. I Know THay you Had floand some Serieus thing on
my Criminal History Record That dont belong to me. But THE
State of Delaware made in a Big mistake' IN dout wont
to Correct, THS situation THey made, even do to my Repect the
State of Delaware will not reimburss THE Right Situation
to THE other INdividual.) I Need you to Responde to
This So I Know What To File

question   THE Court of Commonen Pleas
~~Suspo Sup~~ Suspost to Have a   Traffic Traffice Tickets
In my Name But THS question, I Have Been paying
on this Fins sinxe, 1985, in Still dont Have my
Drivers license THen is still Suspended For what reason
my Drivers license is  Delaware 984801 2 City Cab' Delaware

THis is THE Ease Number, Kent County'
011001 9805  Delaware Kent County Court of Common Plea $306.00

And Then I will Have to Pay to get my  Drivers license Back
After I Pay THE Court 306.00 And Then  I will Have to
Go To DMV, And Pay 174.00 Cash Just To ReStatement
Thot Crazey'

To Kimberly J. Del Greco,

date

From George Fitzger corres. In o. Bishop!

SBI: 00180807

Re I'll respect, your Position! But I Have A question
For you! I need to Notified THE Kent County STATE OF Delaware
court system, on How you Have Remover Mr David E, Jones CHarges
off oF My Criminal Docked, when you Remover His Completed NAME.
And Remover His CHarges, did THat List oF ALins was also Remover
To, Do I Know What I Have to work with? To your STaff Tell
Him or Her I Appreciate what she or He did, you Just don't understand
what This has done to my Life! Now this is almost done completed
do I Have To do This same thing To THE Dover Delaware oFFicer
Department oF Public SaFety, Division OF STate Police PO Box 430
Dover Del. 19903 do They also Have To Envestigation THis Situation
So it Can Clear up For THe STate oF Delaware System! ! ! ! !
and THe Kent county and Sussex County And Also New CASTLe County
What The STate oF Delaware did was to put my Name in THe STATE
Nation With STate Computers system To MaKe George Correa look
Bad, After all Those year. went By From. 1985, THe Court system did
THis to my Life! I also got to THe Notified THE Board oF PARDONS
mrs Judy smith in the Secretary oF State oFFice At (302) 739-4111

So THE List oF ALins Should Be Back To Mr DAVid E Jons
David E, Jones vs THe STate oF Delaware A List oF ALias
Not George F Correa vs THE STate oF Delaware!

         STate Identity
① Malicious Prosecution,
②   STATe Identity.
③

②

question, What should I do about a List of ALias on How THE State Have my NaME, on A List OF ALias And THey are Violated my Probation, With That)

question, What do I tell THE State oF Delaware, THey Been Charging THis wrong PErson wrong CHarge

question, Should Guongo Fitzgerald Correa ETITLE For A Petition, For Expungement oF CRiminal Record IN THE ~~2 Release~~

question, WILL THe State oF U.S. Department oF Justice reimburse THE List oF ALias Back to Mr David E Jonse 162271 08/13/63, But THe real question, is Mr DAvid E Jonse is Not AT THe Department oF Correctional Center, 1181 paddock Road SmyRNa, Del 19977 He is under A/K/A DAvid E Johnson

THis Department of Correctional Should Be Confuse AT Him No Guongo F. Corea Corea did Nothing Wrong.

THiS Stop GuongoFitzgerald Correa Stop From gowig to Collages

Can you send me Something So I Can see That His Charge is off my Record, And then, I Can Start From There

iF you work with me I Work with you

Thank you. Alot. For What you did God Aswen my Pray...

God Bless Yes



*A A*



*1 Acq - HARASSment Ti 1 S 1312*

**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306

September 11, 2006

Mr. Guango F. Correa, 00180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Dear Mr. Correa:

This responds to your letter dated February 22, with enclosures to include a letter of request for your FBI identification record; your correspondence postmarked January 6, enclosing a set of your fingerprints; and your correspondence postmarked January 30 enclosing, among other items, your inmate account statements showing indigence. Reference is additionally made to your letter postmarked March 10, inquiring about the status of your request.

U.S. Department of Justice Order 556-73 requires an individual's submission of a written request, a set of fingerprints, and the $18 fee or claim and proof of indigence. Once my staff confirmed that you had submitted all three required items, they processed your fingerprints under Order 556-73. The fingerprint search yielded the FBI identification record which is enclosed for your review. The record contains updated data, based on my staff's contacts with the various contributors of the record data.

Section 16.34 of Order 556-73 sets forth that if, after reviewing your current FBI identification record, you believe that it is incorrect or incomplete in any respect, you may challenge the record. Any challenge should specifically



Mr. Guango F. Correa, 00180807

identify the alleged deficiency and provide any available
documentation to support the challenge.

Your unused enclosures are returned.

Sincerely yours,

*Kimberly J. Del Greco,/mes*

Kimberly J. Del Greco
Section Chief
Identification and Investigative
    Services Section
Criminal Justice Information
    Services Division

Enclosures (23)

-2-



# PUBLIC DEFENDER OF THE STATE OF DELAWARE
## SUSSEX COUNTY OFFICE
### 14 THE CIRCLE, 2nd FLOOR
### GEORGETOWN, DELAWARE 19947

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

BRIAN J. BARTLEY
CHIEF DEPUTY

E. STEPHEN CALLAWAY
ASSISTANT PUBLIC DEFENDER

TELEPHONE
(302) 856-5310

January 25, 2006

Mr. Guango Correa
SBI# 00180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware, 19977

          Re: Information

Dear Mr. Correa,

    I have reviewed your letter of January 13, 2006. As I understand your letter and the attached material, you claim that there are criminal convictions on your record under the name of David E. Jones as an alias.

    My office does not represent people to get your record expunged or to resolve this matter. Our office only represents people who have been charged with a crime.

    As Judge Bradley indicated in his letter of November 24, 2004, you must make contact with the State Bureau of Identification in Dover to correct your criminal record. I am sure they will need a certified birth certificate, social security card and any other documentation to prove who you are. They will then research your record to make sure you are the person who committed the offenses listed on your record. They will remove those convictions that are not yours.

    I am returning the material you sent me.

                    Very Truly Yours,


                    E. Stephen Callaway

To Central vop Building

date

From IMATE GUANGO Fitzgeald correa

SBi 00180807

RE, I will Appreciate your Position,   ON This Confussing Situation
Jo behalt of The Superior court, Prothonatary office Kent County STATE of
Delaware! THE Prothonatary said That no one was paid any Fins. From
Central vop Building Guango F, Correa 00180807 03-04-65 222584992
was Relase on January 9, OF 2005, Correa was on THE special ProJacke
I have some ISSUE, with Superior court Kent county STATE of Delaware
under this CASE Number. 020 5013182, ON ORig O/PR.o bation
V K02-05-0782-ol

I will appreciate if you would Check on what Fine you paid
And Kent County STATE of Delaware. Im having a Big Problem with THE
Court System THE court is say THAT no Fine was paid by THE
Central vop Building. Mere are Trying To say my Work Release.
To paid That Fine, But I know you paid $30,00 before Jan, 9, 05
(I will Appreciate if you would send me a recciept)
so I CAN, show THE court some of it was Pay out)

My cousin Has Been useing My Name For a ALIAS some of
Money Went into His Accoung THE Prothonatary office.
MIstalks and dont want To Correct THEy Mistake!
And THIS WHot Viloted my Probation, a list OF ALIAS. CASE Numbe
020401 5491,

I need your help Record Department:

Mr. Guango F. Correa, 00180807

information appears there or whether it actually appears on another agency's record, in which case you should direct your questions to the pertinent agency. Your identification record and fingerprints are returned to you, along with your other enclosures.

Sincerely yours,

*Kimberly J. Del Greco/mms*

Kimberly J. Del Greco
Section Chief
Identification and Investigative
    Services Section
Criminal Justice Information
    Services Division

Enclosures

CASE Number. 0205013182  VK0205078202

To Ms, Kimberly J. Del Greco.
data 4/30/07
From Guango Fitzgeuld Correa
SBi 00 180807
RE uptodate on, the Relase, on February 10, 2007
And responds your data march 9, 2007, Guango Fitzgeuld Correa
Had not yet Been Relase on February 10 2007, NOW THE State of
Delaware, speaker, From THE Department of Correctional center
1181 paddock Road, Smyrna De, 19977 Regarding THE List of Alias
0204015491, How it Exchange, to diffren. Town, ship) But make A Long Stive
Shart, THE State of Delaware' Department of Justice State Building
820 N FRENCH St, Wilmington Delaware/19801 THey Are Still USE THE
List of Alias, Saying THAT Correa USS 11 old Alias) But THey Had No Legal
paper work yet to Show THAT THE List of Alias was Rmoved I will
Aso Apprenate. If you Would Fax Something to THE Wilmington Delaware
Department of Justice on 820 N FRENCH St 19801 Fax Number
(302)577 2496) Civil Division (302)577-8500 Fax (302)5776630 Attentice
Ms Ophelia. m Water. is THey away con you Fox Something To THem. neen
Im gonvig To Woall Relase To pay on my find, Afta I was PAYING on
My other, Individual.

                    Tonuf yell
Tell you Staff I ready do Appre cate what THy did For me Now I con get
My Kotygrany name I Call to peach the Word of God At Age 10 year old
But THE State of Delaware is Abusing That Agianst THat.

religious



Posting   To, U.S. Department, of Justice.

① Federal Bureau of Investigation
Clarksburg WV, 26306

March 9, 2007

Continuing of Communication, D THE STATE of Delaware For Kent County
Superior Court, dont WANT to Communicate. With me Because they made
A, Seriousness mistake)

NOTICE, TO.

Kimberly J. Del Greco
Section, Chief.

Identification, and Investigative
Services, Section
Criminal Justice, Information
Services ②② Division

I repeat that

God Bless
You

Bishop



## Charge Summary Inquiry On: CORREA, GUANGO F



**INCORRI**

If there is
this recor
is not cor
here Tech

Date: **1/29/2007**    Last Update Date: **09/06/2006**
Token: **A0004240**

**IDENTIFICATION INFORMATION:**

LiveScan/Mugshot(s) Available - Click To View
Click to View Enlarged DMV Photo and Signature

Click to compare DMV Photo And AFIS LiveScan Photo

SBI Number:        Driver's License(s):                Social Security Number(s):
00180807          **DE 0994801** - Click to View          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
                                                         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

Name(s) Used:                        Date(s) of Birth:        *Guango Correa*
01 CORREA , GUANGO  F                03/04/1965    *As well*
02 WILLIAMS , ROBERT                 03/30/1961                *8/13/63, David. Eugene Jones*
06 CORREA , JUAN                     08/13/1963    *8/13/63,*
09 GORRIEA , GUANGO  F               12/11/1965    *Guango F Correa*
10 CORREA , BOBBY                    08/16/1961
11 CORREAN , GUANGO  F               03/04/1968
                                     03/03/1965    *Guongo F Correa*

*Mixed up*
*Police Stations*
*in Correct*

Sex: **Male**    Race: **Black**  Height: **5'11**    Weight: **210lbs**
Eye Color: **Brown**  Hair Color: **Gray**    Place of Birth:

Non-Amenable: **No**

Current DOC Status: **SENTENCED INMATE**
Current DOC Agency/Institution: **DELAWARE CORR INSTITUTION**
Click to view DOC History

Click to view Address History

Address: **59 WOODVILLE**

        **MAGNOLIA , DE 19962**  County:

**SCARS, MARKS AND TATTOOS:**

SUPERIOR COURT
OF THE
STATE OF DELAWARE

E. SCOTT BRADLEY
JUDGE

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5256

January 8, 2007

Guango F. Correa
SBI# 00180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re:     Def. ID# 0204015491
        Letter filed January 4, 2007

Dear Mr. Correa:

You are not incarcerated pursuant to an order of this Court. You were sentenced on August 19, 2002 to two (2) years at level V with credit for ninety (90) days previously served, suspended for two (2) years at level III probation, consecutive to any probation now serving.

You continue to write to the Court regarding the identity of David E. Jones. The Court has advised you to contact the State Bureau of Identification regarding this matter. Likewise, the State Bureau of Identification has confirmed that in 2005 all references to David E. Jones on your criminal record were deleted. Additionally, the State Bureau of Identification verified that the fingerprints for all of the offenses on your criminal record matched you.

Future correspondence to this Court regarding this issue will be docketed and placed in your file with no response from the Court. IT IS SO ORDERED.

Very truly yours,

E. Scott Bradley

ESB:tll

cc:     Prothonotary's Office
        Department of Justice

0104063936   IK0104030? POSS w/ IloqSCH NoLp 08/30/ 2001
0104063936   IK0104030?
0104063936   IK0104030310 POSS USE CONS.N   NoLp 08/30/2001

SUPERIOR COURT CRIMINAL DOCKET                    Page     1
( as of   10/10/2006 )

State of Delaware v.  GUANGO F CORREA                 DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.        AKA: DAVID E JONES
Defense Atty: LLOYD A SCHMID , Esq.              DAVID E JONES

0104003936  IK0104031|Poss Drug PARAP            GUANGO CORREA /
                                                 GUANGO R CORREA
296.00      GLTY 08/30/2001                      ROBERT WILLIAMS
                                                 ROBERT F CORREA
                                                 JUAN CORREA /        NO
              STATE OF Delawar put to more    →  GUANGO F CORREAN     NO
              New Nome that in it   →            GUANGO F GORRIEA
                                                 BOBBY CORREA

                ① GuAngo R CORREA    BoBBy CORREA
                ② GuAngo F CORREAN
Assigned Judge: ③ Guango F GORRIEA

Charges:
Count    DUC#         Crim.Action#      Description      Dispo.    Dispo. Date
-----    ----         ------------      -----------      ------    -----------
001    0205013182     IK02050781        ROBBERY 1ST      NOLP      11/18/2002
002    0205013182     IK02050782R2      ASSAULT 2ND      GLTY      11/18/2002
       0205013182     VK0205078201      VIOL O/PROBATN   VF        04/22/2005
       0205013182  →  VK0205078202      VIOL O/PROBATN   VF        07/27/2006
003    0205013182     IK02050783        CONSP 2ND        NOLP      11/18/2002

       Event
No.    Date              Event                           Judge
---    ----              -----                           -----
1      05/29/2002
       CASE ACCEPTED IN SUPERIOR COURT.
       ARREST DATE: 05/21/2002
       PRELIMINARY HEARING DATE: 05/24/2002
       BAIL:  SECURED BAIL-HELD             21,000.00
2      06/11/2002
       NOTICE OF SERVICE - DISCOVERY RESPONSE.
3      07/01/2002
       INDICTMENT, TRUE BILL FILED.
5      07/02/2002
       SUMMONS MAILED TO DEFENDANT AND BONDSPERSON FOR APPEARANCE IN COURT
       ON 07/11/2002 FOR ARRAIGNMENT.
4      07/08/2002                          VAUGHN JAMES T. JR.
       NOTICE FOR PETITION FOR WRIT OF HABEAS CORPUS FILED.
       SENT TO CHAMBERS ON 07/08/02 - JTV
5      07/10/2002                          VAUGHN JAMES T. JR.
       ORDER: THE PETITION FOR WRIT OF HABEAS CORPUS IS DISMISSED
7      07/11/2002                          FREUD ANDREA MAYBEE
       ARRAIGNMENT CALENDAR - 10-B BY VIDEO - DEFENDANT WAIVED READING, PLEAD
       NOT GUILTY, JURY TRIAL DEMANDED
8      07/12/2002

SUPERIOR COURT CRIMINAL DOCKET                Page    1
( as of  09/20/2006 )

State of Delaware v.  GUANGO F CORREA                    DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.          AKA: DAVID E JONES
Defense Atty: , Esq.                                DAVID E JONES
                                                   GUANGO CORREA
                                                   GUANGO R CORREA
                                                   ROBERT WILLIAMS
                                                   ROBERT F CORREA
                                                   JUAN CORREA
                                                   GUANGO F CORREAN
                                                   GUANGO F GORRIEA
                                                   BOBBY CORREA


Assigned Judge:

Charges:
| Count | DUC# | Crim.Action# | Description | Dispo. | Dispo. Date |
|-------|------|--------------|-------------|--------|-------------|
| 001 | 0104003936 | IK01040309 | POSSW/I1000'SCH | NOLP | 08/30/2001 |
| 002 | 0104003936 | IK01040310 | POSS,USE,CONS.N | NOLP | 08/30/2001 |
| 003 | 0104003936 | IK01040311 | POSS DRUG PARAP | GLTY | 08/30/2001 |

| No. | Event Date | Event | Judge |
|-----|------------|-------|-------|

1    04/23/2001
     CASE ACCEPTED IN SUPERIOR COURT.
     ARREST DATE: 04/05/2001
     PRELIMINARY HEARING DATE:
     BAIL:
     RELEASED ON UNSECURED BOND          1100.00
2    04/25/2001
     ENTRY OF APPEARANCE BY DAVID JONES,ESQ.
3    05/07/2001
     INDICTMENT, TRUE BILL FILED.
4    05/08/2001
     DISCOVERY RESPONSE SERVED ON DAVID JONES.
5    05/08/2001
     SUMMONS MAILED TO DEFENDANT AND BONDSPERSON FOR APPEARANCE IN COURT
     ON 5/16/01 FOR ARRAIGNMENT.
6    05/16/2001                                  FREUD ANDREA MAYBEE
     ARRAIGNMENT CALENDAR - 10-C FILED BY DAVID JONES
7    05/22/2001
     SUMMONS MAILED TO DEFENDANT AND BONDSPERSON FOR APPEARANCE IN COURT
     ON 5/30/01 FOR CASE REVIEW
8    05/29/2001                                  BABIARZ JOHN E. JR.
     CONTINUANCE REQUEST FILED BY DAVID JONES, ESQ; GRANTED BY JUDGE
     BABIARZ; ATTY IN MURDER TRIAL; CASE REVIEW 7/11/01

SUPERIOR COURT CRIMINAL DOCKET                Page    2
( as of   10/10/2006 )

State of Delaware v.  GUANGO F CORREA                          DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.        AKA: DAVID E JONES
Defense Atty:                                    BOBBY CORREA

```
        Event
No.     Date        Event                              Judge
-----------------------------------------------------------------------------
        SUBPOENA(S) MAILED TO DEFENDANT AND BONDSPERSON FOR APPEARANCE IN
        COURT ON 07/24/2002 FOR CASE REVIEW.
9       07/15/2002
        NOTICE OF SERVICE - DISCOVERY RESPONSE.
10      07/18/2002
        LETTER FROM PARALEGAL OFFICE TO LLOYD SCHMID, ESQUIRE
        RE:ATTACHED IS CORRESPONDENCE THE COURT RECIEVED FROM DEFENDANT.
11      07/24/2002                             WITHAM WILLIAM L. JR.
        CASE REVIEW CALENDAR:  SET FOR FINAL CASE REVIEW 9/11, T 9/17/02
12      07/26/2002                             VAUGHN JAMES T. JR.
        NOTICE FOR PETITION FOR WRIT OF HABEAS CORPUS FILED.
        SENT TO CHAMBERS ON 07/26/02 - JTV
13      07/29/2002                             VAUGHN JAMES T. JR.
        ORDER: THE PETITION FOR WRIT OF HABEAS CORPUS IS DISMISSED.
14      07/30/2002
        COPY OF DOCKET REQUESTED AND SENT.
15      08/21/2002
        SUBPOENA(S) ISSUED.
16      09/11/2002                             CARPENTER WILLIAM C. JR.
        FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL 9/17/02
17      09/17/2002                             RIDGELY HENRY DUPONT
        JURY TRIAL:  CHARGES AGAINST THE DEFENDANT DISMISSED
18      09/27/2002
        LETTER FROM PARALEGAL OFFICE TO LLOYD SCHMID, ESQUIRE
        RE: CORRESPONDENCE THE COURT RECEIVED FROM THE DEFENDANT.
19      10/07/2002                             RIDGELY HENRY DUPONT
        ORAL MOTION MADE BY STATE (D. KELLEHER) TO VACATE RULE 48B DISMISSAL
        WAS GRANTED. FINAL CASE REVIEW 11/12/02 AND TRIAL 11/18/02.
20      10/18/2002
        DEFENDANT'S LETTER FILED.
        RE: STATUS OF CASE.
21      10/30/2002
        SUBPOENA(S) ISSUED.
22      10/31/2002
        LETTER FROM PARALEGAL OFFICE TO LLOYD SCHMID, ESQUIRE
        RE: ATTACHED IS CORRESPONDENCE THE COURT RECEIVED FROM THE DEFENDANT.
23      11/12/2002                             VAUGHN JAMES T. JR.
        FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL 11/18/02
24      11/13/2002
        SUBPOENA(S) ISSUED.
25      11/18/2002                             RIDGELY HENRY DUPONT
        TRIAL CALENDAR-JURY TRIAL-PLED GUILTY-PSI ORDERED. SENTENCING DATE
```

```
                  SUPERIOR COURT CRIMINAL DOCKET              Page    3
                      ( as of  10/10/2006 )

State of Delaware v.  GUANGO F CORREA                  DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.          AKA: DAVID E JONES
Defense Atty:                                      BOBBY CORREA

      Event
No.   Date          Event                                   Judge
-------------------------------------------------------------------------
      1/14/03
26    11/19/2002
      LETTER FROM PARALEGAL OFFICE TO LLOYD SCHMID, ESQUIRE
      RE: MOTION.
27    01/14/2003                              RIDGELY HENRY DUPONT
      SENTENCING:  CONTINUED FEBRUARY 11, 2003 AT 9:00 A.M. (HDR)
      DEFENSE TO OBTAIN MEDICAL RECORDS
28    02/11/2003                              RIDGELY HENRY DUPONT
      SENTENCING CALENDAR, SENTENCING CONTINUED TO 2/25/03 AT 9:00 A.M.
      DEFENDANT TO SIGN RELEASE FOR DEFENSE ATTORNEY TO OBTAIN MENTAL
      STATUS OF DEFENDANT.
29    02/25/2003                              RIDGELY HENRY DUPONT
      SENTENCING CALENDAR: DEFENDANT SENTENCED.
30    03/11/2003
      MOTION FOR MODIFICATION OF SENTENCE FILED (PRO SE).
31    04/21/2003
      MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE).
32    04/22/2003
      NOLLE PROSEQUI FILED BY ATTORNEY GENERAL D. KELLEHER AS TO COUNTS 1,3
33    04/25/2003                              RIDGELY HENRY DUPONT
      ORDER OF REFERENCE
      DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF IS REFERRED TO
      COMMISSIONER ANDREA MAYBEE FREUD FOR PROPOSED FINDINGS AND
      RECOMMENDATIONS PURSUANT TO 10 DEL.C. SECTION 512(B) AND
      CRIMINAL RULE 62.
34    04/25/2003                              FREUD ANDREA MAYBEE
      ORDER OF BRIEFING
      1) DEPARTMENT OF JUSTICE SHALL FILE A LEGAL MEMORNADUM BY MAY 30, 2003
      2) ANY REPLY BY THE MOVANT SHALL BE FILED BY JUNE 30, 2003.
35    04/28/2003
      LETTER FROM PARALEGAL OFFICE TO DENNIS KELLEHER, ESQUIRE
      RE: NOTICE THAT THE DEFENDANT HAS FILED A MOTION FOR POSTCONVICTION
      RELIEF.
36    04/30/2003                              RIDGELY HENRY DUPONT
      MOTION FOR MODIFICATION OF SENTENCE DENIED.
      PURSUANT TO THE SENTENCE ORDER, THE DEFENDANT SHALL UNDERGO A
      PSYCHIATRIC AND PSYCHOLOGICAL EVALUATION WITH RESULTS PROVIDED TO THE
      COURT WITHIN 60 DAYS WITH RECOMMENDATIONS. THE COURT WILL CONSIDER THE
      DEFENDANT'S APPLICATION UPON RECEIPT OF SAME.
37    05/01/2003
      TRANSCRIPT FILED - TRANSCRIPT OF SENTENCING ON 2/25/03.
38    05/05/2003                              WITHAM WILLIAM L. JR
```

```
                  SUPERIOR COURT CRIMINAL DOCKET              Page    4
                     ( as of  10/10/2006 )
```

State of Delaware v.  GUANGO F CORREA                      DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.        AKA: DAVID E JONES
Defense Atty:                                    BOBBY CORREA

```
       Event
No.    Date          Event                              Judge
-----------------------------------------------------------------------------
       ORDER: THE PETITION FOR WRIT OF HABEAS CORPUS IS SUMMARILY DISMISSED
39     05/07/2003
       TRANSCRIPT OF PLEA HEARING FILED.
       NOVEMBER 18, 2003
       VENDITA F. CLINE, OFFICIAL COURT REPORTER
40     05/14/2003
       LETTER FROM JAYME JACKSON, ACTING CLASSIFICATION OFFICER TO JUDGE
       RIDGELY   RE: DEFENDANT NOT CAPABLE OF COMPLETING CONFRONTATIONAL
       PROGRAMMING REQUIRED FOR KEY PROGRAM.  OFFICER IS RECOMMENDING A
       MENTAL HEALTH PROGRAM CALLED THE SPECIAL NEEDS UNIT IN THE MEDIUM
       HOUSING UNIT.   PER JUDGE RIDGELY ON 05/14/03, PREPARE MODIFIED
       SENTENCING ORDER FOR THIS MENTAL HEALTH PROGRAM.
41     05/23/2003
       MOTION FOR REDUCTION OF SENTENCE FILED (PRO SE).
42     05/29/2003
       LETTER FROM PARALEGAL OFFICE TO GUANGO CORREA
       RE: REQUESTS FOR ACTION BY THE COURT MUST BE IN THE FORM OF A MOTION
43     06/03/2003
       STATE'S RESPONSE FILED TO MOTION FOR POSTCONVICTION RELIEF
       (D. KELLEHER).
45     06/05/2003
       MOTION FOR REDUCTION OF SENTENCE FILED (PRO SE).
44     06/06/2003
       LETTER FROM PARALEGAL OFFICE TO GUANGO CORREA
       RE: YOUR REQUEST FOR ACTION, IF ANY, IS UNCLEAR AND THE COURT IS
       RETURNING THIS CORRESPONDENCE TO YOU WITHOUT CONSIDERATION. IF YOU
       NEED LEGAL ASSISTANCE, PLEASE MAKE APPOINTMENT WITH DCC PARALEGAL.
47     06/09/2003
       DEFENDANT'S LETTER FILED.
       RE: CREDIT TIME.
46     06/10/2003
       LETTER FROM PARALEGAL OFFICE TO GUANGO CORREA.
       RE:MOTIONS MUST INCLUDE A CERTIFICATE OF SERVICE
48     06/11/2003
       AFFIDAVIT OF GUANGO CORREA IN SUPPORT OF MOTION FOR MODIFICATION OF
       SENTENCE FILED.
49     06/11/2003
       PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
       REFERRED TO JUDGE: WITHAM
       DATE REFERRED: 06/11/03
       CIVIL CASE NO: 03M-06-007
50     06/12/2003                              WITHAM WILLIAM L. JR.
```

SUPERIOR COURT CRIMINAL DOCKET                Page    5
( as of   10/10/2006 )

State of Delaware v.  GUANGO F CORREA                    DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.          AKA: DAVID E JONES
Defense Atty:                                      BOBBY CORREA

         Event
No.    Date           Event                              Judge
--------------------------------------------------------------------------------
       ORDER: THE PETITION FOR WRIT OF HABEAS CORPUS IS DENIED
51   06/12/2003
       DEFENDANT'S LETTER FILED.
       RE: SENTENCE.
53   06/16/2003
       DEFENDANT'S LETTER FILED.
       RE: EXPLANATION OF SENTENCE.
54   06/17/2003
       DEFENDANT'S LETTER FILED.
       RE: REQUEST FOR TRANSCRIPTS; INQUIRY ABOUT PROBATION.
       NOTE: COURT WILL SEND SENTENCE ORDER FOR EXPLANATION OF SENTENCE.
52   06/24/2003
       DEFENDANT'S LETTER FILED.
       RE: SENTENCE.
55   06/26/2003
       LETTER FROM PARALEGAL OFFICE TO GUANGO CORREA
       RE: REQUESTS FOR TRANSCRIPTS
56   06/30/2003
       MOTION FOR MODIFICATION OF SENTENCE FILED.(PRO SE)
57   06/30/2003
       DEFENDANT'S LETTER FILED.
       RE:PENDING MOTION.
58   07/03/2003
       DEFENDANT'S LETTER FILED.
       RE:INCORRECT SENTENCE.
59   07/03/2003
       DEFENDANT'S LETTER FILED.
       RE:INCORRECT SENTENCE.
60   07/03/2003
       DEFENDANT'S LETTER FILED.
       RE:INCORRECT SENTENCE.
61   07/07/2003
       MOTION FOR MODIFICATION OF SENTENCE FILED.(PRO SE)
62   07/07/2003
       SUPPLEMENT TO MOTION FOR POSTCONVICTION RELIEF AND DEFENDANT'S REPLY
       BRIEF FILED (PRO SE)
63   07/09/2003
       MOTIONS FOR MODIFICATION/REDUCTION/REVIEW OF SENTENCE DENIED.
       DEFENDANT'S SENTENCE WAS MODIFIED TO SPECIAL NEEDS UNIT ON 5/14/03.
64   07/14/2003
       MEMORANDUM FILED FROM PARALEGAL OFFICE TO COMMISSIONER FREUD
       RE: MOTION FOR POSTCONVICTION RELIEF HAS COMPLETED BRIEFING.

Look Here

```
                SUPERIOR COURT CRIMINAL DOCKET          Page    6
                   ( as of  10/10/2006 )
```

State of Delaware v.  GUANGO F CORREA                    DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.        AKA: DAVID E JONES
Defense Atty:                                    BOBBY CORREA

```
         Event
No.      Date          Event                            Judge
-------------------------------------------------------------------------------
         *REMOVED FROM THE LIST*
65   07/15/2003
         LETTER FROM PARALEGAL OFFICE TO GUANGO CORREA.
         RE:REQUESTS FOR ACTION BY THE COURT MUST BE IN THE FORM OF A MOTION.
66   07/15/2003
         DEFENDANT'S LETTER FILED.
         RE: LEGAL PAPAERWORK; REQUEST FOR TRANSCRIPTS; CASE IN SUSSEX COUNTY.
67   07/18/2003
         PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
         REFERRED TO JUDGE: VAUGHN
         DATE REFERRED: 07/18/03
         CIVIL CASE NO: 03M-07-014
68   07/18/2003
         MOTION FOR REDUCTION OF SENTENCE FILED (PRO SE).
69   07/21/2003
         DEFENDANT'S SUPPLEMENTAL REPLY BRIEF TO MOTION FOR POSCONVICTION
         RELIEF FILED (PRO SE).
70   07/21/2003                             VAUGHN JAMES T. JR.
         ORDER: THE PETITION FOR WRIT OF HABEAS CORPUS IS DISMISSED
71   07/21/2003
         DEFENDANT'S LETTER FILED.
         RE: CALCULATION OF TIME SERVED. HABEAS CORPUS DENIED ON THIS DATE.
72   07/21/2003
         DEFENDANT'S LETTER FILED.
         RE: CALCULATION OF TIME SERVED. HABEAS CORPUS DENIED ON THIS DATE.
73   08/13/2003                             FREUD ANDREA MAYBEE
         COMMISSIONER'S REPORT AND RECOMMENDATIONS FILED.
         RECOMMENDATION THAT THE COURT DENY CORREA'S MOTION AS PROCEDURALLY
         BARRED BY RULE 61(I)(3).
74   08/14/2003
         MOTION FOR MODIFICATION OF SENTENCE FILED.(PRO SE)
75   08/25/2003                             RIDGELY HENRY DUPONT
         MOTION FOR REDUCTION/MODIFICATION OF SENTENCE DENIED.
76   08/28/2003
         DEFENDANT'S LETTER FILED.
         RE: REASONS FOR NOT RESPONDING TO MOTION FOR POSTCONVICITON RELIEF.
77   09/02/2003
         PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
         REFERRED TO JUDGE: WITHAM
         DATE REFERRED: 9-2-03
         CIVIL CASE NO: 03M-09-001
78   09/03/2003                             WITHAM WILLIAM L. JR.
```

```
                   SUPERIOR COURT CRIMINAL DOCKET              Page    7
                      ( as of  10/10/2006 )
```

State of Delaware v.  GUANGO F CORREA                    DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.          AKA: DAVID E JONES
Defense Atty:                                      BOBBY CORREA

```
       Event
No.    Date           Event                              Judge
------------------------------------------------------------------------
       ORDER: THE PETITION FOR WRIT OF HABEAS CORPUS IS DISMISSED
84   09/03/2003
       NOTICE OF APPEAL: 403, 2003
79   09/04/2003
       LETTER FROM PARALEGAL OFFICE TO GUANGO CORREA
       RE: APPEAL PROCESS; PENDING MOTION FOR POSTCONVICTION RELIEF; COURT
       IS AWAITING DEFENDANT'S REPLY BRIEF. IF YOU NEED LEGAL ADVICE, PLEASE
       MAKE AN APPOINTMENT WITH DCC PARALEGAL.
80   09/08/2003
       LETTER FROM DCC TREATMENT OFFICE TO PRESIDENT JUDGE RIDGELY
       RE: UPDATE ON INMATE GUANGO CORREA'S STATUS. HAS NOT BEEN ABLE TO
       ENTER SPECIAL NEEDS UNIT AS HE HAS REMAINED ON THE WAITING LIST SINCE
       YOUR HONOR'S ORDER OF MAY 14, 2003. OPINION OF MENTAL HEALTH STAFF
       AND DCC TREATMENT STAFF THAT CORREA DOES NOT NEED THE SPECIALIZED CARE
       OF THE SPECIAL NEEDS UNIT AT THIS TIME, BUT IF AT ANY TIME HE DE-
       COMPENSATES AND PLACEMENT IS RECOMMENDED, WILL AGAIN BE CONSIDERED.
       CURRENT MULTI-DISCIPLINARY TREATMENT PLAN OUTLINED.
81   09/08/2003
       MOTION FOR REDUCTION OF SENTENCE FILED (PRO SE).
82   09/09/2003
       DOCUMENT FILED REGARDING SUPREME COURT APPEAL NO. 430, 2003
       DOCKET SHEET RE: NOTICE OF APPEAL FROM ORDER DATED 8/13/03 (COMRAR).
       NOTICE TO SHOW CAUSE ISSUED TO APPELLANT 8/29/03.
83   09/23/2003
       MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE).
85   10/09/2003
       MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE).
86   10/09/2003
       MOTION FOR MODIFICATION OF SENTENCE FILED (PRO SE).
87   10/17/2003                                 HOLLAND RANDY J.
       DOCUMENT FILED REGARDING SUPREME COURT APPEAL NO. 430, 2003 (COMRAR).
       ORDER: PURSUANT TO SUPREME COURT RULE 29(B), APPEAL IS DISMISSED.
88   10/28/2003
       NOTICE OF APPEAL 530, 2003
89   10/28/2003
       DOCUMENT(S) FILED REGARDING SUPREME COURT APPEAL. DOCKET
90   10/29/2003
       NOTICE OF APPEAL 532, 2003
91   11/05/2003
       PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
       REFERRED TO JUDGE: RIDGELY
       DATE REFERRED: 11/05/03
```

SUPERIOR COURT CRIMINAL DOCKET          Page     8
( as of  10/10/2006 )

State of Delaware v.  GUANGO F CORREA                     DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.       AKA: DAVID E JONES
Defense Atty:                                    BOBBY CORREA

```
        Event
No.     Date          Event                          Judge
-------------------------------------------------------------------------
        CIVIL CASE NO: 03M-11-005
92      11/07/2003                            RIDGELY HENRY DUPONT
        ORDER: THE PETITION FOR WRIT OF HABEAS CORPUS IS DENIED.
93      11/21/2003                            RIDGELY HENRY DUPONT
        ORDER: IT IS ORDERED THAT:
        (A) THE COMMISSIONER'S REPORT AND RECOMMENDATION IS ADOPTED BY THE
            COURT;
        (B) THE DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF IS DENIED.
94      11/24/2003
        COPY OF DOCKET REQUESTED AND SENT.
95      12/01/2003
        DOCKETING ERROR.
96      12/01/2003                            RIDGELY HENRY DUPONT
        MOTIONS FOR REDUCTION OR MODIFICATION OF SENTENCE DENIED.
97      12/01/2003
        PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
        REFERRED TO JUDGE: WITHAM
        DATE REFERRED: 12/01/03
        CIVIL CASE NO: 03M-12-002
98      12/02/2003                            WITHAM WILLIAM L, JR.
        ORDER: THE PETITION FOR WRIT OF HABEAS CORPUS IS DISMISSED.
100     12/11/2003
        MANDATE FILED FROM SUPREME COURT:  APPEAL DISMISSED.
        SUPREME COURT CASE NO: 530, 2003
99      12/23/2003
        MOTION FOR REDUCTION OF SENTENCE FILED (PRO SE).
101     12/30/2003
        DEFENDANT'S LETTER FILED.
        RE: REQUEST FOR HELP CONCERNING NO-CONTACT ORDER WITH DAVID E. JONES.
        FAXED BY PARALEGAL OFFICE TO EVELYN STEVENSON, DCC CLASSIFICATION, FOR
        THE ACTION DEEMED APPROPRIATE BY DOC.
102     01/14/2004                            RIDGELY HENRY DUPONT
        MOTION FOR REDUCTION OF SENTENCE DENIED.
103     02/04/2004
        MOTION FOR MODIFICATION OF SENTENCE FILED (PRO SE).
104     03/02/2004                            RIDGELY HENRY DUPONT
        MOTION FOR MODIFICATION OF SENTENCE DENIED.
105     09/10/2004
        MOTION FOR MODIFICATION OR CORRECTION OF ILLEGAL SENTENCE FILED
        (PRO SE).
106     09/21/2004
        PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
```

```
                    SUPERIOR COURT CRIMINAL DOCKET          Page    9
                       ( as of  10/10/2006 )
```

State of Delaware v.  GUANGO F CORREA                    DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.         AKA: DAVID E JONES
Defense Atty:                                     BOBBY CORREA

```
         Event
No.      Date             Event                              Judge
-------------------------------------------------------------------------
         REFERRED TO JUDGE: WITHAM
         DATE REFERRED: 09/21/04
         CIVIL CASE NO: 04M-09-009
107   09/23/2004                                VAUGHN JAMES T. JR.
      ORDER: THE PETITION FOR WRIT OF HABEAS CORPUS IS DISMISSED
108   10/08/2004
      DEFENDANT'S LETTER FILED.
      RE: DELAWARE CORRECTIONAL CENTER RECORDS DEPARTMENT HAS MISCALCULATED
      SENTENCE ORDER.
109   11/05/2004                                WITHAM WILLIAM L. JR.
      MOTION FOR MODIFICATION OR CORRECTION OF ILLEGAL SENTENCE IS DENIED.
      11/3/04.
      DEFENDANT DID RECEIVE CREDIT PER PSI AND SENTENCE.
117   11/08/2004                                WITHAM WILLIAM L. JR.
      PROGRESS REPORT FROM PROBATION AND PAROLE FILED.  MODIFY SENTENCE TO
      HOME CONFINEMENT FOR THE BALANCE OF HIS LEVEL 4 TERM.
110   11/15/2004
      PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
      REFERRED TO JUDGE: WITHAM
      DATE REFERRED: 11/15/04
      CIVIL CASE NO: 04M-11-008
112   11/15/2004
      DEFENDANT'S LETTER FILED.
      RE: REQUEST FOR SENTENCE CLARIFICATION .
113   11/15/2004
      MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE).
111   11/16/2004                                WITHAM WILLIAM L. JR.
      ORDER: THE PETITION FOR WRIT OF HABEAS CORPUS IS DENIED.
114   11/22/2004                                WITHAM WILLIAM L. JR.
      ORDER OF REFERENCE
      THIS 19TH DAY OF NOVEMBER, 2004, DEFENDANT'S MOTION FOR POSTCONVICTION
      RELIEF IS REFERRED TO COMMISSIONER ANDREA MAYBEE FREUD FOR PROPOSED
      FINDINGS AND RECOMMENDATIONS PURSUANT TO 10 DEL.C. SECTION 512(B) AND
      CRIMINAL RULE 62.
115   11/22/2004                                FREUD ANDREA MAYBEE
      ORDER OF BRIEFING
      THIS 19TH DAY OF NOVEMBER, 2004, IT IS ORDERED THAT:
      1) DEPARTMENT OF JUSTICE SHALL FILE A LEGAL MEMORANDUM ON OR BEFORE
      DECEMBER 27, 2004.
      2) ANY REPLY BY THE MOVANT SHALL BE FILED BY JANUARY 27, 2005.
116   11/22/2004
      LETTER FROM PARALEGAL OFFICE TO COUNSEL
```

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    10
                       ( as of  10/10/2006 )
```

State of Delaware v.  GUANGO F CORREA                      DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.          AKA: DAVID E JONES
Defense Atty:                                      BOBBY CORREA

```
       Event
No.    Date          Event                              Judge
-------------------------------------------------------------------------
       RE: NOTICE THAT THE DEFENDANT HAS FILED A MOTION FOR POSTCONVICTION
       RELIEF, PRO SE.
118    11/30/2004
       DOCUMENT FILED REGARDING SUPREME COURT APPEAL. "NOW, THEREFORE, IT IS
       ORDERED, PURSUANT TO SUPREME COURT RULES 6 AND 29(B), THAT THE WITHIN
       APPEAL IS DISMISSED."
119    12/03/2004
       MANDATE FILED FROM SUPREME COURT:  APPEAL DISMISSED.
       SUPREME COURT CASE NO: 455, 2004
120    12/08/2004
       DEFENDANT'S LETTER FILED.
       RE: MODIFIED SENTENCE ORDER.
121    12/14/2004
       STATE'S RESPONSE TO MOTION FOR POSTCONVICTION RELIEF FILED
       (D. KELLEHER).
125    12/22/2004
       DEFENDANT'S LETTER TO PROTHONOTARY FILED.
       RE: REQUESTS AN UPDATE ON HABEAS CORPUS PETITION; DEPARTMENT OF
       CORRECTION DID NOT PROPERLY CREDIT TIME.
122    01/07/2005
       DEFENDANT'S REPLY BRIEF REGARDING MOTION FOR POSTCONVICTION RELIEF
       FILED (PRO SE).
123    01/07/2005
       DEFENDANT'S LETTER TO PROTHONOTARY FILED.
       RE: NEW ADDRESS UPON RELEASE FROM VOP CENTER:
           1738 IRISH HILL ROAD
       ____FELTON, DE  19943
           TELEPHONE 284.8808.
124    01/11/2005
       DEFENDANT'S REQUEST FOR CASE BALANCE SENT.
126    02/07/2005
       MEMORANDUM FILED FROM PARALEGAL OFFICE TO COMMISSIONER FREUD
       RE: DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF HAS COMPLETED BRIEF-
       ING AND APPEARS READY FOR YOUR HONOR'S REPORT AND RECOMMENDATION.
       *NOTE: REMOVED FROM THE PENDING LIST 4/12/05 DUE TO CAPIAS RETURN AND
       SUBSEQUENT VOP HEARING 4/22/05 (RBY).*
127    02/07/2005
       MOTION FOR MODIFICATION OF SENTENCE FILED (PRO SE).
128    02/23/2005                           WITHAM WILLIAM L. JR.
       CAPIAS ISSUED FOR VIOLATION OF PROBATION.
       NOTE: FILE WITH AMF RE: MTNPCR. RETURN FILE TO CAPIAS FILES. (PQB).
129    04/12/2005                           FREUD ANDREA MAYBEE
```

```
                 SUPERIOR COURT CRIMINAL DOCKET                Page    11
                    ( as of  10/10/2006 )

State of Delaware v.  GUANGO F CORREA                    DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.      AKA: DAVID E JONES
Defense Atty:                                  BOBBY CORREA


       Event
No.    Date         Event                              Judge
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
       CAPIAS RETURNED IN SUPERIOR COURT.
       BAIL SET AT:
       CASH BAIL                            900.00 100%
       VOP HRG: 4/22/05 AT 9:00 A.M.
130    04/13/2005
       SUBPOENA(S) MAILED TO PROBATION OFFICER FOR APPEARANCE FOR VIOLATION
       OF PROBATION HEARING ON 04/22/05 AT 8:30 A.M. (JY)
131    04/22/2005                                YOUNG ROBERT B.
       VIOLATION-OF-PROBATION HEARING:  DEFENDANT FOUND IN
       VIOLATION.SENTENCED.
132    05/02/2005
       AMENDED MEMORANDUM FILED FROM PARALEGAL OFFICE TO COMMISSIONER FREUD
       RE: DEFENDANT'S SECOND MOTION FOR POSTCONVICTION RELIEF HAD FINISHED
       BRIEFING, BUT WAS REMOVED FROM THE PENDING LIST, DUE TO CAPIAS RETURN
       AND VOP. MOTION IS NOW READY FOR YOUR HONOR'S REPORT AND RECOMMENDA-
       TION.
133    05/04/2005                                YOUNG ROBERT B.
       PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
       REFERRED TO JUDGE: YOUNG
       DATE REFERRED: 05/04/05
       CIVIL CASE NO: 05M-05-006
134    05/06/2005
       MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE).
       NOTE: TO BE HANDLED WITH MTNPCR PREVIOUSLY FILED.
135    05/09/2005                                YOUNG ROBERT B.
       ORDER: PETITION FOR WRIT OF HABEAS CORPUS IS SUMMARILY DISMISSED.
136    05/10/2005
       NOTICE OF APPEAL
       SUPREME COURT NO. 181, 2005
137    05/18/2005
       MANDATE FILED FROM SUPREME COURT:  APPEAL DISMISSED.
       SUPREME COURT CASE NO:  181, 2005
138    06/08/2005
       MOTION FOR MODIFICATION OF SENTENCE FILED.(KATHLEEN AMALFITANO, ESQ)
139    07/05/2005                                FREUD ANDREA MAYBEE
       COMMISSIONER'S REPORT AND RECOMMENDATIONS FILED UPON DEFENDANT'S
       SECOND AND THIRD MOTIONS FOR POSTCONVICTION RELIEF: RECOMMENDATION
       THAT THE COURT DENY CORREA'S SECOND AND THIRD MOTIONS FOR POSTCON-
       VICTION RELIEF, FILED NOVEMBER 15, 2004 AND MAY 6, 2005 RESPECTIVELY,
       AS REPETITIVE AND PROCEDURALLY BARRED BY RULE 61(I)(2).
140    07/06/2005
       MEMORANDUM FILED FROM COMMISSIONER FREUD TO PROTHONOTARY
```

SUPERIOR COURT CRIMINAL DOCKET                Page    12
( as of  10/10/2006 )

State of Delaware v.  GUANGO F CORREA                DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.        AKA: DAVID E JONES
Defense Atty:                                      BOBBY CORREA

```
      Event
No.   Date        Event                              Judge
---------------------------------------------------------------------------
      RE: PLEASE SUBSTITUTE THE ATTACHED REVISED PAGE 6 IN THE REPORT AND
      RECOMMENDATIONS DATED JULY 5, 2005: CHANGES "MAY 6, 2004" TO "MAY 6,
      2005."
141   07/15/2005
      COPY OF DOCKET REQUESTED AND SENT.
142   08/03/2005                                 YOUNG ROBERT B.
      MOTION FOR MODIFICATION OF SENTENCE GRANTED. "AS PER ORDER OF EVEN
      DATE."
143   09/27/2005
      STATE'S RESPONSE TO PETITION FOR EXPUNGEMENT OF RECORD FILED (WELCH).
144   10/25/2005                                 WITHAM WILLIAM L. JR.
      ORDER: IT IS ORDERED THAT THE THOUGHTFUL AND WELL-REASONED COMMISSION-
      ER'S REPORT AND RECOMMENDATION IS ADOPTED BY THE COURT AND DEFENDANT'S
      MOTIONS FOR POSTCONVICTION RELIEF ARE DENIED AS REPETITIVE AND PROCE-
      DURALLY BARRED BY RULE 61(I)(2).
145   10/28/2005
      NOTICE OF APPEAL  520, 2005
146   11/04/2005
      NOTICE OF REJECTED PLEADING: PETITION FOR EXPUNGEMENT OF CRIMINAL
      RECORD.
      NOTE: PREVIOUS PETITION FILED WAS RETURNED TO DEFENDANT BY CIVIL
      CASE MANAGER.
147   11/14/2005
      DEFENDANT'S LETTER TO PROTHONOTARY FILED
      RE: MTNMOS. WAS DENIED. SEND THE DOCKET TO DEFENDANT.
148   11/21/2005
      COPY OF DOCKET REQUESTED AND SENT.
149   12/16/2005
      DEFENDANT'S LETTER TO PROTHONOTARY FILED
      RE: VARIOUS MOTIONS, REQUESTS AND PETITIONS FILED.
      NOTE: THE DEFENDANT DOES NOT CURRENTLY HAVE ANY CRIMINAL MOTIONS OR
      PETITIONS PENDING DECISON. NO ACTION TAKEN ON THIS LETTER.
150   12/16/2005
      AMENDED NOTICE OF APPEAL 520, 2005 FILED (PRO SE).
151   12/29/2005
      COPY OF SENTENCE ORDER AND COPY OF 8/3/2005 ORDER REQUESTED AND SENT.
152   12/29/2005
      DEFENDANT'S LETTER TO PROTHONOTARY'S OFFICE FILED
      RE: ORDER OF 8/3/2005. DEFENDANT IS IN THE PROCESS OF BEING FINGER-
      PRINTED AND WILL RE-APPPLY FOR EXPUNGEMENT. THERE WAS AN ERROR ON THE
      PUBLIC DEFENDER'S BEHALF; THERE WAS NO ORDER OF HOME CONFINEMENT.
153   01/04/2006
```

```
                   SUPERIOR COURT CRIMINAL DOCKET              Page    13
                     ( as of   10/10/2006 )

State of Delaware v.  GUANGO F CORREA                   DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.       AKA: DAVID E JONES
Defense Atty:                                   BOBBY CORREA


        Event
No.    Date          Event                              Judge
------------------------------------------------------------------------------
        MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR POSTCONVICTION RELIEF
        FILED (PRO SE).
        NOTE: DEFENDANT HAS NOT FILED A MTNPCR.
155  01/24/2006
        DEFENDANT'S LETTER FILED.
        RE: TITLED "NUMEROUS RESULT ADVISED."
        NOTE: DEFENDANT'S LETTER IS AMBIGUOUS.
156  01/24/2006
        MOTION FOR TRANSCRIPTS FILED (PRO SE).
154  01/27/2006
        MANDATE FILED FROM SUPREME COURT:  APPEAL DISMISSED.
        SUPREME COURT CASE NO: 520, 2005
157  02/27/2006
        MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE).
158  03/14/2006                             YOUNG ROBERT B.
        NOTICE OF NON-COMPLIANCE TO RULE 61 (MOTION FOR POSTCONVICTION RELIEF)
        SENT TO DEFENDANT. YOUR MOTION AND MEMORANDUM OF LAW SEEK RELIEF FROM
        CONVICTIONS ENTERED AT DIFFERENT TIMES. SEE CRIMINAL RULE 61(B)(3).
        ALSO, THE GROUNDS FOR RELIEF ARE UNCLEAR. MOTION FOR TRANSCRIPTS MUST
        INCLUDE APPLICATION TO PROCEED INFORMA PAUPERIS, WITH INMATE ACCOUNT
        TO SUPPORT CLAIM OF INDIGENCY.
159  03/21/2006
        MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE).
160  03/30/2006
        DEFENDANT'S LETTER FILED.
        RE: NOTICE OF INTENT TO GO TO SBI FOR FINGERPRINT COMPARISON TO
        CORRECT CRIMINAL HISTORY. NOTICE OF NEW ADDRESS:59 WOODVILLE, MAGNOLIA
        DE 19962.
161  03/31/2006                             YOUNG ROBERT B.
        NOTICE OF NON-COMPLIANCE TO RULE 61 (MOTION FOR POSTCONVICTION RELIEF)
        SENT TO DEFENDANT. YOUR MOTION AND MEMORANDUM OF LAW SEEK RELIEF FROM
        CONVICTIONS ENTERED AT DIFFERENT TIMES. SEE CRIMINAL RULE 61(B)(3).
        ALSO, THE GROUNDS FOR RELEIF ARE UNCLEAR. THIS MOTION APPEARS TO BE A
        PHOTOCOPY OF THE SAME MOTION RETURNED BY A NOTICE OF NONCOMPLIANCE
        ORDERED BY THE COURT ON MARCH 14, 2006.
162  04/03/2006
        COPY OF DOCKET REQUESTED AND SENT.
163  07/27/2006                             YOUNG ROBERT B.
        OPERATION SAFE STREETS HEARING:  DEFENDANT FOUND IN VIOLATION.
        SENTENCED.
164  07/27/2006                             YOUNG ROBERT B.
        ADMINISTRATIVE WARRANT FILED - SAFE STREET
```

```
                SUPERIOR COURT CRIMINAL DOCKET              Page    14
                  ( as of  10/10/2006 )
```

State of Delaware v.  GUANGO F CORREA                      DOB: 03/04/1965
State's Atty: DENNIS KELLEHER , Esq.          AKA: DAVID E JONES
Defense Atty:                                      BOBBY CORREA

```
      Event
No.   Date        Event                              Judge
-------------------------------------------------------------------------
167   08/03/2006
        DEFENDANT'S LETTER FILED.
        RE: REQUEST FOR A PAYMENT PLAN.
165   08/07/2006
        MOTION FOR MODIFICATION OF SENTENCE FILED (PRO SE).
166   08/09/2006
        MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE).
168   08/14/2006                            YOUNG ROBERT B.
        MOTION FOR MODIFICATION OF SENTENCE DENIED 08-14-06.
169   08/16/2006                            YOUNG ROBERT B.
        NOTICE OF NON-COMPLIANCE TO RULE 61 (MOTION FOR POSTCONVICTION RELIEF)
        SENT TO DEFENDANT. YOUR MOTION MAY NOT BE FILED UNTIL THE TIME FOR
        TAKING APPEAL FROM THE JUDGMENT OF CONVICTION HAS EXPIRED OR, IF AN
        APPEAL IS TAKEN, UNTIL THE RECORD HAS BEEN RETURNED TO THIS COURT
        UPON THE COMPLETION OF THE APPEAL. CRIMINAL RULE 61(B)(4). ALSO,
        THE GROUNDS FOR RELIEF ARE UNCLEAR.
170   08/30/2006
        MOTION FOR MODIFICATION OF SENTENCE FILED (PRO SE).
171   09/01/2006                            YOUNG ROBERT B.
        MOTION FOR MODIFICATION OF SENTENCE DENIED 09-01-06.
        THE ISSUE RAISED IN THIS MOTION WAS FULLY PRESENTED AND CONSIDERED AT
        THE TIME OF SENTENCING.
172   09/19/2006
        DOCUMENT(S) FILED REGARDING SUPREME COURT APPEAL. NOTICE TO SHOW
        CAUSE WHY THE APPEAL SHOULD NOT BE DISMISSED.
173   09/19/2006
        MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE).
174   09/20/2006                            YOUNG ROBERT B.
        NOTICE OF NON-COMPLIANCE TO RULE 61 (MOTION FOR POSTCONVICTION RELIEF)
        SENT TO DEFENDANT. YOUR MOTION MAY NOT BE FILED UNTIL THE TIME FOR
        TAKING AN APPEAL HAS EXPIRED, OF IF AN APPEAL IS TAKEN, UNTIL THE
        RECORD HAS BEEN RETURNED. ALSO, THE GROUNDS FOR RELIEF ARE UNCLEAR.
        APPLICATIONS FOR A MODIFICATION OR REDUCTION OF SENTENCE MUST BE FILED
        PURSUANT TO CRIMINAL RULE 35.
175   10/10/2006
        DEFENDANT'S LETTER FILED.
        RE: INVESTIGATION IS ALMOST COMPLETE WITH THE F.B.I. REQUEST FOR AN
        UPDATED STATUS SHEET SHOWING LIST OF ALIAS NAMES.
176   10/10/2006
        COPY OF DOCKET REQUESTED AND SENT.

              *** END OF DOCKET LISTING AS OF  10/10/2006 ***
                    PRINTED BY: CSCPQUA
```



State of Delaware

DEPARTMENT OF HEALTH AND SOCIAL SERVICES   DIVISION OF PUBLIC HEALTH

Office of Vital Statistics

CERTIFICATION OF BIRTH

NAME:   *GUANGO FITZGERALD CORREA*

DATE OF BIRTH:   MAR 04 1965

CITY/TOWN OF BIRTH:   MILFORD

SEX:   MALE

MOTHER'S MAIDEN NAME:   DORIS ANN WILLIAMS

FATHER'S NAME:

FILE DATE:   MAR 12 1965

STATE FILE NUMBER:   107-65-001737

DATE ISSUED:   JAN 04 2007

State Registrar

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Delaware Division of Public Health.

Any alteration of this document is prohibited. Do not accept unless on security paper with the raised seal of the Office of Vital Statistics.

S437012

## LIST OF ALIAS NAMES

STATE OF DELAWARE
VS.
GUANGO F CORREA
DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:
0204015491

DAVID E JONES
JUAN F CORREA
DAVID E JOHNSON
DAVID SMITH
DAVID E JACKSON
GUANGO CORREA
CORREA GUANGO
WALTER J JONES
ROBERT F CORREA
ROBERT WILLIAMS
JUAN CORREA

Sussex 5th

ALIAS NAMES

**APPROVED ORDER**    4    June 20, 2005 15:06

## LIST OF ALIAS NAMES

STATE OF DELAWARE
VS.
GUANGO F CORREA
DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:
0205013182

DAVID E JONES
JUAN F CORREA
DAVID E JOHNSON
DAVID SMITH
DAVID E JACKSON
GUANGO CORREA
CORREA GUANGO
WALTER J JONES
ROBERT F CORREA
ROBERT WILLIAMS
JUAN CORREA
GUANGO F CORREAN
GUANGO F GORRIEA
BOBBY CORREA

AS WELL AS NEW Castle County did NOT TAKE

This our OFF their Computer System yet

After the United State Department of Justice

Had remove the List of Alias, and remove dem change

OFF of Guango F Corea, (1) Criminal History Record) That what the State

of Deleware Violated on

**APPROVED ORDER**    4    July 27, 2006 15:07

LIST OF ALIAS NAMES

STATE OF DELAWARE
        VS.
GUANGO F CORREA
DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:
        0205013182

DAVID E JONES
JUAN F CORREA
DAVID E JOHNSON
DAVID SMITH
DAVID E JACKSON
GUANGO CORREA
CORREA GUANGO
WALTER J JONES
ROBERT F CORREA
ROBERT WILLIAMS
JUAN CORREA
GUANGO F CORREAN
GUANGO F GORRIEA
BOBBY CORREA

AS WELL AS NEW CASTLE County did Not TAKE

THis out oFF THEre Computer System Yet

After THE United STATE. DePArtment, oF Justice

Had Remove MY List oF ALias And Jones CHArges

OFF OF GUANGO F Correa ① CRiminal History Record)

THAt whAt THE STATe oF Del. Violated on)

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

STATE OF DELAWARE

     VS.

GUANGO F CORREA

Alias: See attached list of alias names.

DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:                          CRIMINAL ACTION NUMBER:
0205013182                            VK02-05-0782-02
                                      VIOL O/PROBATN
                                      ORIG. CHARGE:
                                      ASSAULT 2ND(F)

COMMITMENT

### VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 27TH DAY OF JULY, 2006, IT IS THE ORDER OF THE
COURT THAT: The defendant is found  in violation.
Defendant is sentenced as follows:


 AS TO VK02-05-0782-02 : TIS 11 Del.C.061200A1FD
 VIOL O/PROBATN - FOUND IN VIOLATION

Effective July 27, 2006  the defendant is sentenced
as follows:

 - The defendant is placed in the custody of the Department
of Correction for 2 year(s) at supervision level 5


 - Suspended after serving 30 day(s)  at supervision level 5


 - Followed by 6 month(s)  at supervision level 4 **WORK
RELEASE**

 - Followed by 1 year(s)  at supervision level 3


 - Hold at supervision level 5

 - For  supervision level 4 **WORK RELEASE**

**APPROVED ORDER**    1    February 14, 2007 14:02

$04
UNITED STATES POSTAGE
MAILED FROM ZIP CODE 19977

IIM GUAYO Correa
SBI# 00116060   UNIT 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.Js
X-RAY   Judge Joseph T Farnum Jr

Office of the clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware 19801

Messay Plese Contact Sussex Court
Prothonotary).