D.I. # _____

# CIVIL ACTION
# NUMBER: 07 cv 151 (JJF)

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here  JUN 22 2007  RODNEY SQ STA WILMINGTON DE 19801 USPS

Sent To: WARDEN TOM CARROLL DELAWARE CORRECTIONAL CENTER
Street, Apt. No.; or PO Box No.: 1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977    07 CV 151 JJF

7003 1680 0002 2585 9202

PS Form 3800, June 2002          See Reverse for Instructions