D.I. #_____

# CIVIL ACTION
# NUMBER: _____07 cv 151 (JJF)_____

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark: RODNEY SQ STA WILMINGTON DE 19801, JUN 22 2007, USPS

7003 1680 0002 2585 9226

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No.: 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801    07cv 151 JJF

PS Form 3800, June 2002        See Reverse for Instructions