United States District Court
For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 07cv151 JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X ~~MS~~  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name) M. Lamon   C. Date of Delivery 6/23/07 |
| | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>**WARDEN TOM CARROLL**<br>**DELAWARE CORRECTIONAL CENTER**<br>**1181 PADDOCK RD.**<br>**SMYRNA, DE 19977** | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7003 1680 0002 2585 9202 | 07cv151 JJF |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |



FILED
JUN 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE