IN THE united, STATES DISTRICT Court/
For THE DISTRICT OF, DELAWARE

Gunage Fitzgald Corres

vs                                    CiVil- Action, NO 07-151-JJF.

Thomas, CARROLL.
Warden. and JosEph R.
Biden, III, Attorney
General, OF THE STATE OF DEL)



FILED

JUN 2 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Aid received your Request and you, Responds. ow THE
Legal Notice, on 2254, Rule 4, And noting THAT PETITIONER
Has Failed to File, His AEdpA Election, Form) DDo to THIS
Process, and to my knowledge "I Have speak to the MHU
Law-Library OTNOT I did not NEED THAT. To Completed with
THIS Process >I would Appreciated, iF, you would Sin the Form
So I CAN Completed THAT Request, of, AEdpA Election Form

Now To your ATTENTION THE STATE OF, Delaware) I Have Try TO Get
THE STATE TO Correct them They Mistake, ON, O THE LIST OF A Lies
DA Charge THAT was Remove, By THE US Department, OF Justice
Federal Bureau oF Investigation, ClarEbng, WV, 26'301.>

1/My did remove, THE List of, Ailas And A Charge off of
Gunage F, Corea @Criminal- History Record)

questions Back in 2005, CASE number) 02 a50131S2 -VK020507S201 on ou/cq
05, THE Pr office. Said THE, Mr Corres, Use, IIALias name in it is uncover
Correa. D Criminal History Record, @ Court Docket) THAT, was THE
Terry, oF, Probation To Be Violate)) Now THE real questions
After THE. Usi Department oF Justice, Federal Buresu oF
Investigation Dremove, THE List oF Ailas off oF Correa)-Criminal
History Record) And A) Remove A Charge

WHAT was THE Figh Justice) or THAT event, ② CHonge
THE wrong Person, Probotion, and Violotating THAT Person
on Account of, A Mistake)


THE State of Delowore need to
Hold THey Self, ACcountable

and THE 14th Amended, was violated, By THE State of Delowore
and THE 4th Jurful was Violate

Smple  Corret try to get His Feligious name to Bishop moses Fitzgerld Black
But, THE State of Delowore Has Dismiss THAT Petition, was Dismiss
For the reason ① LIST OF ALias ② And CHorge) on Centron
① Criminal, History Recore THAT WHAT THE STATE of Delowore
will Violated)                    Guorge Lewes
                                  018450

Message
sent,   Request no probotion in THE STATE of Delowore or Any States
Do to this reason of, ① my Probotion was Violated Do To A LIST of
ALias with which Has Been Remove From my Record
By THE US FBI)

       02o5613/82 - VKo2o5078201  on 04/22/05  WHAT Violated THE
       Term, of Probotion ① A List OF ALIAS'  No Furth

07/27/06 Case number 02o5013182  VKo2o5078202

       THIS is WHy the Court System Can not Find my FILE in
       THy Computer System)  IN THE Croey

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

GUANGO FITZGERALD CORREA,　　：　C.A. No. 07X-03-003 THG

　　　　　　Petitioner,　　　　：

　　　　　　v.　　　　　　　　　：

STATE OF DELAWARE,　　　　　：

　　　　　　Respondent.　　　　：

# ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS,* DISMISSING
# PETITION SEEKING EXPUNGEMENT, AND PROVIDING INSTRUCTIONS
## ON FUTURE FILINGS BY PETITIONER

Guango Fitzgerald Correa ("Correa") has pending before this Court a petition seeking an expungement of his criminal history and a motion to proceed *in forma pauperis.*

I address the motion to proceed *in forma pauperis* first. Correa has failed to provide the Court with a copy of his inmate account summary as 10 Del. C. § 8804 requires. Correa also has failed to list on the affidavit the numerous cases which he previously has filed. Thus, the motion is DENIED because he has not complied with the statute and requirements of this Court. The Court normally would provide Correa with the opportunity to comply with the statute and submit the information required by the affidavit. However, such time and effort would be wasteful because the Court has reviewed Correa's petition and is dismissing it because it is legally

1

and factually meritless.

Correa has filed voluminous materials. Unfortunately, it is virtually impossible to determine what it is he is seeking. He attaches copies of letters to and from various governmental agencies, copies of his criminal history, letters to other entities. Despite all of the filings, he does not state anywhere what it is he is seeking to have expunged and why he is entitled to that expungement.

This Court is aware from a criminal matter in this Court, State v. Correa, Del. Super., Def. ID# 0204015491, and a previously filed expungement matter, Correa v. State, Del. Super., C.A. No. 03X-10-005, that Correa has contended in the past that David E. Jones used his name for some crimes which appeared on Correa's criminal history. He wanted the crimes David E. Jones committed removed from his criminal history.

In connection with the above-captioned cases, this Court sent Correa a letter dated November 24, 2003, which contained the following paragraph:

    4. You filed a Petition for Expungement of Criminal Record on October 27, 2003
    (C.A. No. 03X-10-005-ESB). The Court will not entertain a Petition for
    Expungement of Criminal Record until you can provide proof that you have
    initiated an investigation regarding identification with the State Bureau of
    Identification and that investigation has been completed. Upon the conclusion of
    such investigation, you may file a Petition for Expungement of Criminal Record so
    long as you provide the Court with documentation from the State Bureau of
    Identification with your petition.

Paperwork Correa has submitted in the currently pending matter states that in 2005, the State Bureau of Identification removed all references to David E. Jones from Correa's criminal record and that the fingerprints for all of the offenses remaining on his criminal record matched Correa. In other words, Correa's current criminal history contains crimes for which only Correa was charged. Thus, Correa's own documentation establishes that the problem with his criminal

2

history regarding David E. Jones has been resolved and nothing needs to be expunged from his criminal history.

However, Correa has submitted some other documents which indicate his goal has changed. It seems, although it is not perfectly clear, that he also wants this Court to remove from its system all aliases and incorrect dates of birth that have been attached to his name. That is not possible. Once another name is attached to a person, whether the name is a misspelling or a name that was provided by the defendant or a name the system attaches, that name becomes an alias and that information stays with a defendant's criminal history. The same applies to any date of birth connected to the defendant. The incorrect name and/or date of birth do not make the criminal history incorrect; in fact, they correctly reflect that the name and/or date of birth were attached to the defendant at some point some how. That information provides an accurate reflection of a defendant's criminal history. Correa is not entitled to an expungement of the aliases and incorrect dates of birth.

Correa also has submitted paperwork attacking a decision of the Court of Common Pleas in Kent County denying him a name change. If Correa is appealing that decision, he has not correctly filed the appeal. Furthermore, advancing such an argument is not a matter which belongs with a petition seeking an expungement.

Finally, Correa has filed a letter to the Sussex County Prothonotary's Office dated April 26, 2007, that contains a hodgepodge of numerous subjects but does not actually address any of them. Because this Court cannot decipher what Correa is asserting, it will not address this filing.

In conclusion, Correa is not entitled to an expungement of his criminal history and the petition is DISMISSED.

3

Additionally, due to the great number of filings Correa is submitting, this Court is initiating the following procedures regarding Correa's filings.

The Prothonotary's Office is not to accept any further filings from Correa unless they comply with the rules of this Court. Any new filings either must be accompanied with a payment of costs or a complete motion to proceed *in forma pauperis*. Super. Ct. Civ. R. 112. The complaint or petition must contain a short and plain statement of the claim showing that Correa is entitled to relief and a demand for the relief to which he deems himself entitled. Super. Ct. Civ. R. 8(a). The Court will not attempt to decipher what Correa is asserting; in particular, it will not review letters and documents to and from other entities and try to decide what claim Correa might be stating by attaching those documents. If the petition or complaint is not clear and/or if Correa does not submit payment for costs or a completed *in forma pauperis* motion, the document(s) shall be returned to Correa without docketing.

Furthermore, this Court now has rendered a decision on the issue of Correa's criminal history. It will not reconsider this issue. Any pleading which attempts to repackage or restate this expungement matter shall be returned to Correa without this Court docketing the document.

IT IS SO ORDERED THIS ____ DAY OF MAY, 2007.

JUDGE

cc: Prothonotary's Office
Kent County Prothonotary's Office
New Castle County Prothonotary's Office
State v. Correa, Def. ID# 0204015491
The Honorable Robert B. Young

4



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306

June 4, 2007

Mr. Guango F. Correa, 00180807
Delaware Correctional Center, Unit 23
1181 Paddock Road
Smyrna, DE  19977

Dear Mr. Correa:

Reference is made to your correspondence postmarked April 24, 2007.  You requested a copy of your FBI record.

Enclosed is a copy of your current FBI identification record.  We provided your record to you with our previous letter dated September 11, 2006.  The record has not changed since that time.

Sincerely yours,

*Kimberly J. Del Greco/mes*

Kimberly J. Del Greco
Section Chief
Identification and Investigative
  Services Section
Criminal Justice Information
  Services Division

Enclosure



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306

March 9, 2007

Mr. Guango F. Correa, 00180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Dear Mr. Correa:

This responds to your letter dated January 8, with enclosures, concerning your records.

You indicate that you will soon be released and will want to obtain your driver's license again, but your records are an obstacle to that goal. You request a list of aliases and information about a charge that was removed.

We suggest that you ask your counselor for assistance in directing your requests to the appropriate state authorities, since the FBI has no jurisdiction in state matters regarding issuing or suspending of drivers' licenses.

Your enclosures are returned.

Sincerely yours,

*Kimberly J. Del Greco/mw*

Kimberly J. Del Greco
Section Chief
Identification and Investigative
 Services Section
Criminal Justice Information
 Services Division

Enclosures (4)



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306

December 5, 2006

Mr. Guango F. Correa, 00180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Correa:

We are in receipt of two packages of your
correspondence. Attached please find your Delaware Department
of Correction photo identification card which is returned to
you.

Please refer to our previous letter dated
September 11, 2006. Enclosed with that letter was a copy of
your current FBI identification record. The letter advised
you that my staff had contacted the various contributors to
obtain the most updated data for your record. The letter also
advised that, if you wish to challenge the current record, you
need to specifically identify the alleged deficiency and
provide any available documentation to support the challenge.

We are taking no action upon your record at this
time, as it is difficult to determine whether a valid
challenge is contained within your voluminous correspondence.
Particularly since we recently conducted a thorough review of
your FBI identification record, we will not repeat the entire
review. If you have a specific challenge to the current
record, please be specific as to what data you are challenging
and why. It would be to your advantage to submit your
challenge as a brief letter instead of a large stack of
documents.

All entries on your FBI identification record are
supported by fingerprints and are thus assured to pertain to
you, not any other individual. All descriptors pertaining to
David E. Jones were removed from your record in 2005.

You may wish to carefully review your FBI
identification record and determine whether the disputed

Mr. Guango F. Correa, 00180807

information appears there or whether it actually appears on
another agency's record, in which case you should direct your
questions to the pertinent agency. Your identification record
and fingerprints are returned to you, along with your other
enclosures.

Sincerely yours,

*Kimberly J. Del Greco/mes*

Kimberly J. Del Greco
Section Chief
Identification and Investigative
  Services Section
Criminal Justice Information
  Services Division

Enclosures

# DELJIS Web Applications
server.deljis.state.de.us

| DELJIS Menu | Web Searches | Support/Help |

## Charge Summary Inquiry On: CORREA, GUANGO F

**INCORRI**

If there is
this recor
is not cor
here Tech



Date: 1/29/2007    Last Update Date: 09/06/2006
Token: A0004240

**IDENTIFICATION INFORMATION:**

LiveScan/Mugshot(s) Available - Click To View
Click to View Enlarged DMV Photo and Signature

Click to compare DMV Photo And AFIS LiveScan Photo

| SBI Number: | Driver's License(s): | Social Security Number(s): |
| --- | --- | --- |
| 00180807 | DE 0994801 - Click to View | 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 |
| | | 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 |

Name(s) Used:                    Date(s) of Birth:      GuAygo Correo
01 CORREA , GUANGO F            03/04/1965   →as well √
02 WILLIAMS , ROBERT            03/30/1961   — 8/13/63, David. Eugene Jones
06 CORREA , JUAN                08/13/1963
09 GORRIEA , GUANGO F           12/11/1965 —— Guango F Correa
10 CORREA , BOBBY               08/16/1961 —
11 CORREAN , GUANGO F           03/04/1968 —
                                03/03/1965 → Guougo r correa

Sex: Male   Race: Black   Height: 5'11   Weight: 210lbs
Eye Color: Brown   Hair Color: Gray   Place of Birth:

Non-Amenable: No

Current DOC Status: SENTENCED INMATE
Current DOC Agency/Institution: DELAWARE CORR INSTITUTION
Click to view DOC History

Click to view Address History

Address: 59 WOODVILLE

MAGNOLIA , DE 19962  County:

**SCARS, MARKS AND TATTOOS:**



# Office of Treatment Services
## Maximum Housing Unit - Medium High Unit
### Delaware Correctional Center
### Smyrna, Delaware 19977

To:   Guango Correa 180807      *BU5*
      MHU 23

From: Todd Kramer
      MHU 23 Counselor

Date: April 16, 2007

---

I have received your letter through in-house mail. See the attached form. I see only variations of your name in the State System.

Thank you for your patience.

Cc:   File

Date 04/13/07     Criminal Justice Information System
Name Index Inquiry

**MASTER**
SBI 00180807
LAST NAME CORREA     FIRST NAME GUANGO     MI F SUFFIX
RACE B SEX M DOB 03 04 1968 *Jumbly*

APPLICANT STATUS:     OFFICER STATUS:
MARK WITH AN 'X' TO VIEW APPLICANT STATUS: _

ALIAS D.O.B. 03041965 *Correct Here* 03301961 08131963 12111965 08161961 *NOT Correa 04-03-65*

ALIAS   LAST-NAME     FIRST-NAME MI SUFFIX     D.O.B.

| ALIAS | LAST-NAME | FIRST-NAME | MI | SUFFIX | D.O.B. |
|-------|-----------|------------|-----|--------|--------|
| | CORREA | ROBERT | | | 03 04 1968 |
| | CORREA | RICHARD | F | | 03 04 1968 |
| | WILLIAMS | ROBERT | | | 03 04 1968 |
| | CORREA | GUANGO | | | 03 04 1965 |
| | CORREA | JUAN | F | | 03 04 1965 |

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
    --    Menu   Quit   --    --    --    --   Info   Escp   --    --    --

---

Date 04/13/07     Offender Alias Inquiry

SBI Number 00180807   *All Store of Delaware Need to Correct Alley Mistake in Spilling Ale Last Name*

| Seq | Alias Name | | | Status & Date | Corr Name | Birth Date |
|-----|-----------|--------|-----|---------------|-----------|------------|
| 1 | CORREA | GUANGO | F | PRISON | P | 03/04/1965 |
| 2 | WILLIAMS | ROBERT | | PRISON | | 03/04/1968 *James Birthday* |
| 3 | CORREA | ROBERT | F | PRISON | | 03/04/1965 |
| 4 | CORREA | GUANGO *Dover Police* | | PRISON | | 03/04/1965 |
| 6 | CORREA | JUAN | | PRISON | | 03/04/1965 |
| 7 | CORREA | GUANGO *Dover Police* | | PRISON | | 03/04/1965 |
| 8 | CORREA | JUAN F | | PRISON | | 03/04/1968 *James Britton* |
| 9 | GORRIEA | GUANGO *Dover Police* | | PRISON | | 03/04/1968 *James Britt* |
| 10 | CORREA | BOBBY | | PRISON | | 03/04/1965 |
| 11 | CORREAN | GUANGO *Dover Police* | | PRISON | | 03/04/1968 *James Britton* |

No more entries to display

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
    Help   Menu   Quit   --    --    --    --   Info   Escp   --    --    --

*Guongo Fitzgerald, Correa Birthday 03-04-65*
*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*

# SUPERIOR COURT
### OF THE
## STATE OF DELAWARE

E. SCOTT BRADLEY
*JUDGE*

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5256

January 8, 2007

Guango F. Correa
SBI# 00180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

       Re:    Def. ID# 0204015491
               Letter filed January 4, 2007

Dear Mr. Correa:

     You are not incarcerated pursuant to an order of this Court. You were sentenced on August 19, 2002 to two (2) years at level V with credit for ninety (90) days previously served, suspended for two (2) years at level III probation, consecutive to any probation now serving.

     You continue to write to the Court regarding the identity of David E. Jones. The Court has advised you to contact the State Bureau of Identification regarding this matter. Likewise, the State Bureau of Identification has confirmed that in 2005 all references to David E. Jones on your criminal record were deleted. Additionally, the State Bureau of Identification verified that the fingerprints for all of the offenses on your criminal record matched you.

     Future correspondence to this Court regarding this issue will be docketed and placed in your file with no response from the Court. IT IS SO ORDERED.

                                Very truly yours,

                                E. Scott Bradley

ESB:tll

cc:    Prothonotary's Office
       Department of Justice

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY**

**STATE OF DELAWARE**

     **VS.**

**GUANGO F CORREA**

**Alias: See attached list of alias names.**

**DOB: 03/04/1965
SBI: 00180807**

**CASE NUMBER:**                      **CRIMINAL ACTION NUMBER:**
**0205013182**                        **VK02-05-0782-02**
                                         **VIOL O/PROBATN**
                                           **ORIG. CHARGE:**
                                          **ASSAULT 2ND(F)**

**COMMITMENT**

### VIOLATION OF PROBATION SENTENCE ORDER

**NOW THIS 27TH DAY OF JULY, 2006, IT IS THE ORDER OF THE
COURT THAT:** The defendant is found  in violation.
Defendant is sentenced as follows:

  **AS TO VK02-05-0782-02 : TIS 11 Del.C.061200A1FD
VIOL O/PROBATN - FOUND IN VIOLATION**

**Effective July 27, 2006  the defendant is sentenced
as follows:**

  - The defendant is placed in the custody of the Department
of Correction for 2 year(s) at supervision level 5

  - Suspended after serving 30 day(s)  at supervision level 5

  - Followed by 6 month(s)  at supervision level 4 **WORK
RELEASE**

  - Followed by 1 year(s) at supervision level 3

  - Hold at supervision level 5

  - For  supervision level 4 **WORK RELEASE**

## SPECIAL CONDITIONS BY ORDER

**STATE OF DELAWARE**
**VS.**
**GUANGO F CORREA**
**DOB: 03/04/1965**
**SBI: 00180807**

**CASE NUMBER:**
**0205013182**

All previous terms and conditions are reimposed.

See Notes

**NOTES**
The defendant is to be given credit for Level 4 time while being held at Level 5 for the Level 4 sentence.

_____
**JUDGE ROBERT B YOUNG**

THIS IS WHere Run AT Now, Never Been To Work Relose Rule 2e, The denfan, do 90 day at, Level 5, Avoid Shot Avibble) THe Depotmul of Correting small drea, The Confun. at. Level FD Probosts,

Which They Never did)

**STATE OF DELAWARE**
        **VS.**
**GUANGO F CORREA**
**DOB: 03/04/1965**
**SBI: 00180807**

Probation is concurrent to any probation now serving.

## LIST OF ALIAS NAMES

**STATE OF DELAWARE**
     **VS.**
**GUANGO F CORREA**
**DOB: 03/04/1965**
**SBI: 00180807**

              **CASE NUMBER:**
                 **0205013182**

DAVID E JONES
JUAN F CORREA
DAVID E JOHNSON
DAVID SMITH
DAVID E JACKSON
GUANGO CORREA
CORREA GUANGO
WALTER J JONES
ROBERT F CORREA
ROBERT WILLIAMS
JUAN CORREA
GUANGO F CORREAN
GUANGO F GORRIEA
BOBBY CORREA

**APPROVED ORDER**      4      June  4, 2007 11:06

# Offender Status Sheet

Date: 02/09/2007

| SBI #: | 00180807 | Name: GUANGO F CORREA | | Sex: M | |
|---|---|---|---|---|---|
| Location(s): DCC | | Level(s): 4 | Race: BLACK | DOB: 03/04/1965 | Sex Offender: [] |
| AKA: | ROBERT WILLIAMS; ROBERT F CORREA; GUANCO F CORREA; JUAN CORREA; GUANGO F CORREAN; JUAN F CORREA; GUANGO F GO| | | | | |
| Offender Type: | Sentenced | | Officer(s): | | |

Start Date: 02/10/2007    MED: 08/09/2007    STRD: 07/27/2007    ADJ: 07/27/2007    PED:    Statutory Days Earned: 13.00

| CASE #/ Crime Type | CRA#/ Judge | Charge/Date/ Sentence/Sentence Date | Status/ Eff Date | Length Yr M D | Start Dt | MED | STRD | Adj Date | CR/Wk |
|---|---|---|---|---|---|---|---|---|---|
| 02050 13182 | VK0205078202 | VIOL O/PROBATN | Current | 6  0 | 02/10/2007 | 08/09/2007 | 07/27/2007 | 07/27/2007 | |
| U8 | Robert B Young | STANDARD   07/27/2006 07/27/2006 | | | | | | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VK0205078202 | 4 | CRT1 | Other Conditions: | THIS IS THE LEVEL 4 PORTION OF YOUR SENTENCE. SENTENCED TO 6 MONTHS LEVEL 4 WORK RELEASE FOLLOWED BY 1 YEAR LEVEL 3. HOLD AT LEVEL 5 FOR SPACE AVAILABLE LEVEL 4 WORK RELEASE. LB |

Saprisc
Sead

1800 8516060

Title 11 Rule 28                Sintas Policy

1) Where a defendant is directly SENTENCED To Level 4 W.R.C

residential treatment or, Home Confinement And Has awaited

90 day Placement, Pending slot Avaibility From February 10 2007

unto 2) MAY 9, 2007 will Be THE 90 day Period) well way beyond

THE reason date. At Level V 1) Incarceration, AT THE Department of Correct

ion). Since 1) February 10, 2007 2) Pending slot is Avilability AT Level V

For A Period OF, 111 Hurnder (ONE) A 11 day waiteding For A slot Avaibility

For 1) Work Relose 2) Court order) (or ONE Half, of Level 4, SENTENCE

(wichever is less) 1) THE department 2) May Place THE individual AT level 3

Day reporting CentER Evaluation Phase. on Another Comparable Alternative

iF THE DRC is NOT Available: All THE Department 1) Shall make

appropriate 1) SENTENCE modification. recommend. to THE Sentencing

Judge. upon Completion, OF SENTENCE



**PUBLIC DEFENDER OF THE STATE OF DELAWARE**
THE SYKES BUILDING, 45 THE GREEN
DOVER, DELAWARE 19901

**LAWRENCE M. SULLIVAN**
**PUBLIC DEFENDER**

**KATHLEEN K. AMALFITANO**
**ASSISTANT PUBLIC DEFENDER**

**BRIAN J. BARTLEY**
**CHIEF DEPUTY**

**TELEPHONE**
**(302) 739-4476**

June 4, 2007

Guango Correa
SBI# 00180807
Webb Correctional Facility
Wilmington, DE 19801
N440

RE: State v. Guango Correa ID# 0205013182

Dear Mr. Correa:

Upon further review of your case and the Sentencing Order, please be advised that if you do not get to Work Release prior to your scheduled release date of July 27, 2007 then that time will be taken care of. Your Sentencing Order clearly states that you will receive Level IV Credit time while you are serving any Level V time waiting for space to be available at Level IV. I have enclosed a copy of the Sentencing Order for you.

For these reasons it would not be a good idea to file a Motion for Review of Sentence with the Court. Good luck to you in your future endeavors.

Very Truly Yours,

KATHLEEN K. AMALFITANO, ESQUIRE
Assistant Public Defender

KKA/msc

enc.

George Fitzgerald Correa
200 Webb Correctional Facility
20 Greenbank Rd
Wilmington, De, 19808



OFFICE OF THE Clerk
United States District Court
844 N King Street Lockbox 18
Wilmington Delaware 19801