IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

George Fitzgerald Corres
    Petitioner.   §
        )
    VS        §    Civil Action No 07-151-JJF
Thomas Carroll    §
        §

Update on, Legal Notice, As To NEW Address, Need to Be Notify The Court, System on a NEW Address After Release on 07/27/07 if, I get Release, under Case Number 0605013182 - VK02 05-0782-02/ Work Release Never went to Work Release Address) 7012 North Dupont Hwy Felton Delaware 19943) 302-647-7744 George Mozely, All Information To Address) question Corres was Transfree to WEBB FACILITY 302-995-6124 200 Green Bank Road) Wilm, DE 19808) To Lost me in the State System, Corres is Wtly Beyond His Level 4 Sentencing under Title 11, Rule 28) where a defendant is directly sentenced To Level 4, Work Release, residential treatment, or Home Finement/ and Has waited) 90 days Placement Pending slot available, They Shall Day Reporting Center, Evaluation, The PNOG) may PLACE, the individual At Level 3 if the D.R.C. is not Available, and the Department Shall make Appropriate, Senteen Modification/Recomend to the Sentencing Judge upon Completion.

07cv151JJF

FILED
JUL 10 2007
RGScan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

George Fitzgerald
WEBB Correctional Facility
200 Green Bank Road
Wilm DE 19808

WEBB CORRECTIONAL FACILITY
200 GREENBANK ROAD
WILMINGTON, DE 19808

SOUTH JERSEY NJ 080
02 JUL 2007 PM 2 L

Office of Mr. Clerk
United States District Court
844 N King Street lockbox 18
Wilm, Del 1980

# SEALED DOCUMENT