OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 11, 2007

TO: Guango F. Correa
    #180807
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

**RE:  Letter received on 7/10/07**
**     Civ. No. 07-151 JJF**

Dear Mr. Correa:

   The Clerk's office is in receipt of your letter filed on 7/10/07 in the above noted civil action. This document does not form to District of Delaware Local Rule of Civil Practice and Procedure 5.1.1(a). **Any** document you present for filing must be **on 8.5 by 11** inch white paper.

   Enclosed you will find a courtesy copy of District of Delaware Local Rule of Civil Practice and Procedure 5.1.1(a).

                                          Sincerely,

/rpg                                      PETER T. DALLEO
                                          CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: as noted