IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGO F. CORREA,          ) | |
|                            ) | |
|     Petitioner,       ) | |
|                            ) | |
| v.                         ) | Civ. Act. No. 07-151-JJF |
|                            ) | |
| THOMAS CARROLL, et al.,    ) | |
|                            ) | |
|     Respondents.      ) | |

MOTION FOR EXTENSION OF TIME
TO FILE CERTIFIED STATE COURT RECORDS

1. The petitioner, Guango F. Correa, has applied for federal habeas relief challenging his continued incarceration in the State of Delaware.

2. By the terms of the Court's order, the respondent is directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. On August 7, 2007, Respondents filed an Answer to Correa's petition for writ of habeas corpus.

4. Due to the case load handled by Deputy Attorneys General in the Appeals Division, the undersigned has been unable to obtain and have certified from the state supreme court in Dover the certified state records in order to file them contemporaneously with the answer. The undersigned presently anticipates obtaining and copying the records on or before September 21, 2007.

4. Respondents submit that an extension of time to and including September 21, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Gregory E. Smith
        Gregory E. Smith, I.D. No. 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware  19801
        (302) 577-8398

Dated:  August 7, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGO F. CORREA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. Act. No. 07-151-JJF |
| | ) |
| THOMAS CARROLL, et al., | ) |
| | ) |
| Respondents. | ) |

STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

COMES NOW, Deputy Attorney General Gregory E. Smith, Counsel for Respondent, and pursuant to D. Del. LR 7.1.1 does hereby make the following statement:

1. The undersigned has not corresponded or attempted to contact Petitioner as he is a probationer, but anticipates that the instant Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
Dated: August 7, 2007                (302) 577-8398

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUANGO F. CORREA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 07-151-JJF |
| | ) | |
| THOMAS CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

Whereas, Respondents have requested an extension of time in which to file certified copies of state court records to the answer to Petitioner's petition for writ of habeas corpus and has presented reasonable cause for the request;

IT IS SO ORDERED this ____ day of _____, 200__, that Respondent shall submit certified copies of state court records on or before September 21, 2007.

_____
Joseph J. Farnan, Jr.
Judge
United States District Court

**CERTIFICATION OF SERVICE**

The undersigned certifies that on August 7, 2007, he electronically filed the attached *Motion for Extension of Time to File State Court Records* with the Clerk of Court using CM/ECF.  The undersigned further certifies that on August 7, 2007 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Guango F. Correa
59 Woodside Drive
Magnolia, Delaware  19962

                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

                                              /s/  Gregory E. Smith
                                              Gregory E. Smith, ID # 3869
                                              Deputy Attorney General
                                              820 North French Street, 7th Floor
                                              Carvel State Building
                                              Wilmington, Delaware 19801
                                              (302) 577-8398