## Other Orders/Judgments
1:07-cv-00151-JJF Correa v. Carroll et al
HABEAS, PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 8/15/2007 at 12:27 PM EDT and filed on 8/14/2007
**Case Name:**         Correa v. Carroll et al
**Case Number:**       1:07-cv-151
**Filer:**
**Document Number:** No document attached

**Docket Text:**
SO ORDERED D.I. [16] First MOTION for Extension of Time to *File Certified State Court Records* filed by Thomas L. Carroll, Attorney General of the State of Delaware. Setting Deadlines: Notice of Compliance deadline set for 9/21/2007. Signed by Judge Joseph J. Farnan, Jr. on 8/14/2007. (lec)


**1:07-cv-151 Notice has been electronically mailed to:**
Gregory E. Smith  greg.smith@state.de.us

**1:07-cv-151 Notice has been delivered by other means to:**

Guango F. Correa
#180807
John L. Webb Correctional Facility
200 Greenbank Road
Wilmington, DE 19808

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

FILED
AUG 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

07-151

Scanned

Guenno F Correa
#18
Jota
200
VARI

NIXIE           197   DE   1         00   08/19/07
          RETURN TO SENDER
          REFUSED
          UNABLE TO FORWARD

BC: 19899001019         *1527-13730-15-39