IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUANGO F. CORREA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 07-151-JJF |
| | ) | |
| THOMAS CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit copies of the following certified state court records:

a. Notice to Show Cause, issued August 29, 2003, *Correa v. State*, No. 430, 2003.

b. Appellant's Response to Notice to Show Cause, *Correa v. State*, No. 430, 2003.

c. Order, dated September 26, 2003, *Correa v. State*, No. 430, 2003.

d. Notice to Show Cause, issued October 24, 2003, *Correa v. State*, No. 530, 2003.

e. Order, dated November 24, 2003, *Correa v. State*, No 530, 2003.

f. Appellant's Opening Brief, filed December 1, 2003, *Correa v. State*, No. 559, 2003.

g. State's Answering Brief and Appendix, filed, January 14, 2004, *Correa v. State*, No. 559, 2003.

h. Order, dated March 25, 2004, *Correa v. State*, No. 559, 2003.

i. Notice to Show Cause, issued October 13, 2004, *Correa v. State*, 455, 2004.

j. Appellant's response to Notice to Show Cause, filed October 21, 2004, *Correa v. State*, No. 455, 2004.

k. Order, dated November 16, 2004, *Correa v. State*, No. 455, 2004.

l. Notice to Show Cause, issued October 24, 2005, *Correa v. State*, No. 520, 2005.

m. Appellant's Response to Notice to Show Cause, filed November 8, 2005, *Correa v. State*, No. 520, 2005.

n. State's Answer to Appellant's Response to Notice to Show Cause, filed November 18, 2005, *Correa v. State*, No. 520, 2005.

o. Order, dated January 9, 2006, *Correa v. State*, No. 520, 2005.

p. Notice to Show Cause, issued September 18, 2006, *Correa v. State*, No. 505, 2006.

q. Appellant's Response to Notice to Show Cause, filed October 2, 2006, *Correa v. State*, No. 505, 2006.

r. Appellant's Supplemental Response to Notice to Show Cause, filed October 2, 2006, *Correa v. State*, No. 505, 2006.

s. Order, dated November 16, 2006, *Correa v. State*, No. 505, 2006.

t. Appellant's Opening Brief, filed February 14, 2007, *Correa v. State*, No. 654, 2006.

u. Supplement to Appellant's Opening Brief, filed February 15, 2007, *Correa v. State*, No. 654, 2006.

v. State's Motion to Affirm, filed February 22, 2007, *Correa v. State*, No. 654, 2006.

w. Order, dated March 15, 2007, *Correa v. State*, No. 654, 2006.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Gregory E. Smith
    Gregory E. Smith, I.D. No. 3869
    Deputy Attorney General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware  19801

Dated: September 17, 2007    (302) 577-8398

**CERTIFICATION OF SERVICE**

The undersigned certifies that on September 17, 2007, he electronically filed the attached *Answer* with the Clerk of Court using CM/ECF. The undersigned further certifies that on September 18, 2007 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Guango F. Correa
59 Woodside Drive
Magnolia, Delaware  19962

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Gregory E. Smith
    Gregory E. Smith, ID # 3869
    Deputy Attorney General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398