To Clerk of the U.S. District Court
date 5/15/08
From Guango Fitzgerald Correa
SBI# 00160807
Rs Appeal Civ Act. No 07-151-JJF.



According to your position, on the appeal, it say that if the petition can demonstrate that the Sub Sotition unless the petitioner demonstrates either cause for the procedural default and actual prejudice resulting therefrom or that a fundamental miscarriage of justice will result, if the court does not review the claims) McCandless vs Vaughn Exhausted

Correa has exhausted and demonstrates, about the prejudice! ① How the Prothonotary office has made a mistake on state identity charger the wrong person, for a charge call shoplifting out of Sussex County Superior Court, has a warrant out for David E Jones/ under A/K/A Guango F Correa) question Correa, was arrest by the state of Delaware State Police Troop 3 or Police Station, and Correa was submitt to the Department of Correction, under David E Jones) this call false impersonment) ② False arrest. That is call prejudice) and wrongful prosecution and Correa was arrest, and did time 4 that charger!!!!

RECEIVE[D]

MAY 19 2008

[District Court stamp]

AO 241 (Rev 12/04)  Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|
| Name (under which you were convicted): Guango F/R Genel Correa  A/K/A  David E Jens | Docket or Case No.: |
| Place of Confinement: Department of Correctional  Smyrno Del  1181 Paddock Road 19977 | Prisoner No.: |

Petitioner (include the name under which you were convicted)         Respondent (authorized person having custody of petitioner)

Guango F Correa A/K/David E Jens    v.    Custio

The Attorney General of the State of

## PETITION

Cirminal History Record  
was Abuss

1. (a) Name and location of court that entered the judgment of conviction you are challenging:  
   Kent Court Superior Court. 415 THE Green Dover Del 19901

   (b) Criminal docket or case number (if you know): Post Conviction. was dismiss 2008

2. (a) Date of the judgment of conviction (if you know): Dismiss  
   (b) Date of sentencing: October 10, 2007, The State of Delaware is not gave me

3. Length of sentence: Time Served.

4. In this case, were you convicted on more than one count or of more than one crime?    ☒ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:  
   Violated of Probation

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty        ☐ (3) Nolo contendere (no contest)  
   ☒ (2) Guilty            ☐ (4) Insanity plea

   Correo was under medication at that time,

AO 241 (Rev. 12/04)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

*it was supest to be the violated of probation coores wasn't no violated*

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury   ☐ Judge only   *N/A*

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes   ☐ No

9. If you did appeal, answer the following: *581*

(a) Name of court: *Supreme Court*

(b) Docket or case number (if you know): *Dismiss*

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised: *I try to raised but they did not wont to hcre at*

(g) Did you seek further review by a higher state court?   ☐ Yes   ☒ No

If yes, answer the following: *N/A*

(1) Name of court: *N/A*

(2) Docket or case number (if you know): *N/A*

(3) Result: *N/A*

(4) Date of result (if you know):

AO 241 (Rev. 12/04)                                                                                              Page 4

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?     ☑ Yes     ☐ No

If yes, answer the following:     *Dismiss*

(1) Docket or case number (if you know): 581

(2) Result:     n/i

(3) Date of result (if you know): n/a

(4) Citation to the case (if you know): n/a

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?     ☐ Yes     ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court:

(2) Docket or case number (if you know):   N/A

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☑ No

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: *N/A*

    (2) Docket or case number (if you know): *N/A*

    (3) Date of filing (if you know): *N/A*

    (4) Nature of the proceeding: *N/A*

    (5) Grounds raised: *N/A*

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☑ No

    (7) Result:

    (8) Date of result (if you know): *N/A*

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: *AN*

    (2) Docket or case number (if you know): *N/A*

    (3) Date of filing (if you know): *N/A*

    (4) Nature of the proceeding: *N/A*

    (5) Grounds raised:

~AO 241 (Rev. 12/04)                                                                                                                    Page 6

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes    ☑ No

      (7) Result:

      (8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

      (1) First petition:    ☐ Yes    ☑ No

      (2) Second petition:    ☐ Yes    ☑ No

      (3) Third petition:    ☐ Yes    ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    <u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

  (b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241
(Rev. 12/04)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 12/04)

Page 8

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: THE Condition was All term oF Probation Are reimpost,

GROUND TWO: You Cont Win

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Correa Violated Probation 23 time And Have 73 Arrest THE Judge said, But THE Judge still gave Correa 1year III Levels all over again. Judge James T Vaughn, He Also Sentecing Correa to Level III Probation As To All THE Judge in THE Superior Court. Are playing with THE System Correa Been in THE System For 35 year on Probation Level III Probation

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: it was Dismiss

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): N/A

Date of the court's decision: N/A

AO 241 (Rev. 12/04)

Page 9

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

N/A

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241 (Rev. 12/04)   Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241
(Rev. 12/04)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*The issues Correa Try to Raise No Body want to Hers and*

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

*Correa is Entitle To Petition on his ground of Flase Imperisonmant on Cirmal Impersonmat. was incercarated under Awothre*

**GROUND FOUR:** *None.*

*Correa Whole Cirmal Histay Record was in Violated*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Correa Has Been in The System on the Account of All term of Conditions Are Reimpose. Sentence*

(b) If you did not exhaust your state remedies on Ground Four, explain why:

*This is the Abuse How the Judge Just want to you in the System*

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    ☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241
(Rev. 12/04)

Page 12

**Kent County Superior Court   Rule 61**
Name and location of the court where the motion or petition was filed:

**Dismiss**

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?      ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):  **N/A**

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

**N/A**

(e)   Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

**No one wont to Here it  Just Dismiss This Petition**

AO 241
(Rev. 12/04)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ☒ Yes    ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☒ Yes    ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

   *Dismiss*

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

Deputy Attorney General
Department of Justice
102 W Water Street Dover Del. 19901

🔍AO 241                                                                    Page 14
(Rev 12/04)    GREGORY BABOWAL ESQUIRE

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging: Try to But Dismiss

(a) At preliminary hearing:

(b) At arraignment and plea: N/A

(c) At trial: N/A

(d) At sentencing: All term of Condition All remiposed

(e) On appeal: Level III Probation

(f) In any post-conviction proceeding: (1) Dismiss

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 12/04)                                                                                                                    Page 15

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 12/04)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on  April 1 08  (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_____
[insert appropriate court]

* * * * *