(1)

To: MARCIA M WALDRON

date: 7/31/08

From: Guango Fingered Correa

SBI 00150000

RECEIVED AUG - 6 2008 U.S.C.A. 3rd

Re: uptodate. this is my opportunity to those issues about the State of Delaware Kent county court System) And Superior court / and the Supreme-court Allway will Consider And AFFirm with the Superior court Under this case number 02 05 13 1822 0607206146 - VK06 - 07 09880 1

now under Iviolation of Probation, Sentence order

sentence order October 26 20(court gave Correa a one year Sentencing R 12 month) and out of the 12 month Sentence, you 24 days) good time) Now Beyond this Sentencing Correa is been Held Elage) in the Department of Corrections all the court know How to Say your case Have Been Denied or Dismiss—

question the State of Delaware will Abuse this System Any time they want) to

Let Look Here! - Hold AT sup Supervision Level (5)

question — Until Space is Available AT supervision Level 4 Crest

Now this is my Attention To (you)

Now Correa waited to go to the Program the Department of Correctional they will - Hold you) Any know That) Now Correa Has waited at the Department of Correctional For (61 days) Previously Credit For time Previously (Served) now question if the Superior court - Criminal Docket Docket Sheet Said on - Previously Order of October 26, 2007 Court Order) Approver order Docket Meet the Court, Has Credit For time previously served

question Why the Department of Correctional Cen not Credit Correa time Previously Served) Gave Correa That Credit

(2)

Now my question to you is. Correa lost His 61 days For Time Served Previously Served) Let Look AT A one year Sentence) That 12 month Sentence: IF A Court order TO do 12 month Sentence For 1year Sentence) The Department of Correction gave you For one year 24 day good times) That will Take it to 11 month Sentence Oct Nov Dec Jan Feb march April may June July Aug Sept October 2008 From October 11 2007 That is A one year Sentence)

Now This is A Approve order From October 11. 2007 As you can See on In The Superior Court of The State of Delaware In And For Kent Court.

question Here:
This is How The Department of Corrections Department of Record made A Mistake) Some Ass whole From The Department of Correctional was Confuse! The Court Has put in The original Sentence order. 0205013182 0207006146) VK06-07-098801- on Ident Theft of October 26, 2007 Approver order) As D Can Say In Ass Hold Took out The original Action Number out of The State Nation wide Computer System) Forged The original Docketment in The State National wide State Computer System to 12/05/07) So Correa can do 61 day more! and That is total wrong Correa try to Explore it in A State or Superior Court writ of Habeas Copus which The Law Library Has Told me To File And Argue About My good time) And That Petition was Denial

Her    Hold AT Supervision (5) - Until Space is Available) AT Supervision AT Supervision Level 4 Crest

//

3

Now question on the last page you will (see) question here about the Department of Justice Kent Count 102 West Water Street Dover Delaware 19904 and that Petition Joseph R. Biden III Attorney General explanation in his Petition to Judge William Williams JrJ on October 11. 2007) Explanation about JASC And Crest Program

question is Hold at supervision (5) — until space is available at Here supervision level (4) Crest)

if the Department of Correction Record Record Department) ① motion for credit for the Previously Served under this Case number) 0205013182 0607006146 V1606-07-09F801

Messege Sent

The Public defender) name Mrs) Sandra W. Dean, Esquire Please call Her She call to the Department of Correction trying to get my Release) Address Assistant Public Defender Public Defender's office) the Sykes Building 45 the Green Del 19901)

Please Call Mrs Sandra W Dean)
(302) 739-4476
The Third Circuit I need you to Spete in to get me Relase Time Served
I need your Help Please
Get me out I don't Have any open Charge at all



JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
KENT COUNTY
102 WEST WATER STREET
DOVER, DELAWARE 19904

CIVIL DIVISION (302) 739-7641
FAX (302) 739-7652
CRIMINAL DIVISION (302) 739-4211
FAX (302) 739-6727
TTY (302) 739-1545

RECEIVED
AUG - 6 2008
U.S. C.A. 3rd

April 15, 2008

The Honorable Andrea Maybee Freud
Commissioner - Superior Court
38 The Green
Dover, DE 19901
c/o Kent County Prothonotary

RE:   STATE V. CORREA
      Cr. I.D. No. 0205013182 & 0607006146

Dear Commissioner Freud:

    Please accept this letter as the State's response to defendant Guango Correa's Motion for Post Conviction Relief filed pursuant to Superior Court Criminal Rule 61 in the above case.

    The defendant has raised two allegations in support of his Motion. First, the defendant alleges that he had a "lack of [,] communication" with his probation officer resulting in a Crest sentence. He further states in Ground One that he "did not have a fair chance to explain the situation". He states that he can't do the Crest Program for one year but can do it for six months. Second, he argues that TASC and his probation officer were "aware of the situation" and waited a few months to arrest the defendant. He indicates that his arrest was based on "false information".

    A review of the Motion clearly demonstrates that the defendant has not established a need for the Court to hold a hearing on these issues. It appears that the defendant was sentenced by Judge Witham on October 11, 2007. The sentence included a one year commitment to the Crest Program. It does not appear that this sentence was illegal. Further, it is difficult to understand what the defendant's basis is for this Motion.

*As you can see Correa was Arrest on October 11, 2007 Why Cant the Court understand But it show on the Status Sheet Correa was Submitt to the Department of P____*

Petitioner has not alleged any cause for his default. Moreover, the Court concludes that Petitioner cannot demonstrate any prejudice stemming from the alleged erroneous alias. The record reveals that the State Bureau of Identification removed all references to David E. Jones from Petitioner's criminal history in 2005,[4] and Petitioner's instant challenge involves the VOP II sentence he received in July 2006. Therefore, Petitioner cannot demonstrate how the improper David E. Jones alias actually affected the VOP II sentence.

---

petition for a writ of habeas corpus, and second, when he appealed the Superior Court's denial of a Rule 35(b) motion. For example, in Correa v. State, No.654,2006, Order (Del. Mar. 15, 2007), the Delaware Supreme Court refused to review the merits of the claim because it was improperly raised in a petition for the writ of habeas corpus. In Correa v. State, 940 A.2d 945 (Table), 2007 WL 4110622 (Del. Nov. 20, 2007), the Delaware Supreme Court refused the review the merits of the claim because the Rule 35(b) motion was repetitive. However, a petitioner does not exhaust state remedies by presenting a claim in an improper procedural manner. See, e.g., Nickerson v. Snyder, 2002 WL 237869, at *2 (Feb. 1, 2002); Castille, 489 U.S. at 351. Therefore, in these circumstances, Petitioner did not exhaust state remedies by presenting his improper alias claim to the Delaware Supreme Court during his state habeas appeal or during his Rule 35(b) appeal.

The Court also notes that, at this juncture, Petitioner cannot return to the Delaware State Courts to litigate the improper alias issue because the appeal periods for all of the Superior Court's decisions regarding the VOP II sentence have expired. Additionally, if Petitioner filed a new Rule 61 motion raising this claim, it would be denied as untimely under Rule 61(i)(1), as procedurally defaulted under Rule 61(i)(3), and as formerly adjudicated under Rule 61(i)(4). See e.g. Bright v. Snyder, 218 F. Supp. 2d 573, 580 (D. Del. 2002).

[4]See Correa v. State, 2007 WL 1518967 (Del. Super. Ct. May 22, 2007).

12

```
                   SUPERIOR COURT CRIMINAL DOCKET              Page      1
                       ( as of   06/27/2008 )

State of Delaware v.  GUANGO F CORREA                  DOB: 03/04/1965
State's Atty: GREGORY R BABOWAL , Esq.    AKA: DAVID E JONES
Defense Atty: WILLIAM T DEELY , Esq.           DAVID E JONES
                                               GUANGO CORREA
                                               GUANGO R CORREA
                                               ROBERT WILLIAMS
                                               ROBERT F CORREA
                                               JUAN CORREA
                                               GUANGO F CORREAN
                                               GUANGO F GORRIEA
                                               BOBBY CORREA




Assigned Judge:

Charges:
Count      DUC#           Crim.Action#      Description         Dispo.      Dispo. Date
-----------------------------------------------------------------------------------------
 001       0607006146     IK06070995        THEFT SENIOR        NOLP        08/09/2006
 002       0607006146     IK06070996        THEFT SENIOR        NOLP        08/09/2006
 003       0607006146     IK06070997        THEFT SENIOR        NOLP        08/09/2006
 004       0607006146     IK06070998        THEFT SENIOR        NOLP        08/09/2006
 005       0607006146     IK06070999        THEFT SENIOR        NOLP        08/09/2006
 006       0607006146     IK06071000        THEFT SENIOR        NOLP        08/09/2006
 007       0607006146     IK06071001        THEFT SENIOR        NOLP        08/09/2006
 008       0607006146     IK06071002        THEFT SENIOR        NOLP        08/09/2006
 009       0607006146     IK06071003        THEFT SENIOR        NOLP        08/09/2006
 010       0607006146     IK06071004        FORGERY 2ND         NOLP        08/09/2006
 011       0607006146     IK06071005        FORGERY 2ND         NOLP        08/09/2006
 012       0607006146     IK06071006        FORGERY 2ND         NOLP        08/09/2006
 013       0607006146     IK06071007        FORGERY 2ND         NOLP        08/09/2006
 014       0607006146     IK06071008        FORGERY 2ND         NOLP        08/09/2006
 015       0607006146     IK06071009        FORGERY 2ND         NOLP        08/09/2006
 016       0607006146     IK06071010        FORGERY 2ND         NOLP        08/09/2006
 017       0607006146     IK06071011        FORGERY 2ND         NOLP        08/09/2006
 018       0607006146     IK06071012        FORGERY 2ND         NOLP        08/09/2006
 019       0607006146     IK06070988        IDENT THEFT >62     GLTY        08/09/2006
           0607006146     VK0607098801      VIOL O/PROBATN      VF          10/26/2007
           0607006146     VK0607098802      VIOL O/PROBATN      VF          02/25/2008
 020       0607006146     IK06070989        THEFT SENIOR        NOLP        08/09/2006
 021       0607006146     IK06070990        THEFT SENIOR        NOLP        08/09/2006
 022       0607006146     IK06070991        THEFT SENIOR        NOLP        08/09/2006
 023       0607006146     IK06070992        FORGERY 2ND         NOLP        08/09/2006
 024       0607006146     IK06070993        FORGERY 2ND         NOLP        08/09/2006
 025       0607006146     IK06070994        ATT THEFT $1000     NOLP        08/09/2006

          Event
No.       Date            Event                                 Judge
-----------------------------------------------------------------------------------------
```

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

VS.

GUANGO F CORREA

Alias: See attached list of alias names.

DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:
0205013182
0607006146

CRIMINAL ACTION NUMBER:
VK06-07-0988-01
VIOL O/PROBATN
ORIG. CHARGE:
IDENT THEFT >62(F)
VK02-05-0782-03
VIOL O/PROBATN
ORIG. CHARGE:
ASSAULT 2ND(F)

COMMITMENT

## VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 26TH DAY OF OCTOBER, 2007, IT IS THE ORDER OF THE COURT THAT: The defendant is found in violation. Defendant is sentenced as follows:

AS TO VK06-07-0988-01     TIS 11 Del.C.0854000aFD
VIOL O/PROBATN - FOUND IN VIOLATION

Effective October 11, 2007 the defendant is sentenced as follows:

- The defendant is placed in the custody of the Department of Correction for 8 year(s) at supervision level 5

- Suspended for 1 year(s) at supervision level 4 **CREST**

- Upon successful completion at supervision level 4 **CREST**

- Balance of sentence is suspended for 1 year(s) supervision level 3 **CREST AFTERCARE**

**APPROVED ORDER**    1    October 26, 2007 09:10

06/18/2008
Guango Correa 00180807



Mr. Correa,

Our hands in the records Office are tied when it comes to the effective date of your sentence. That is the date that Judge James T Vaughn Jr. Ordered as the effective date of your sentence. If you want it to be changed you are going to have to file a Habeus Corpus. The issue is one that we have no control over. It is between you and your Judge.

J Cabana
Correctional Records Clerk

Dec 5, 2007   12/05/07

I/M Brophy Corey
SB # 0516560   UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
(Low BCC Playing With People Mail)

U.S.M.S. X-RAY

Mrs. Marcia M. Waldron
United States Court of Appeals
for the Third Circuit
21400 United States Court House
601 Market Street
Philadelphia 19106 1779

This Depo...

The Department of Correction ... the Wrong Effective date as of 12/05/07 is the wrong Effective. All State Notional world 2 Computer System) October 11, 2004 is the correct Effective date

The Court System Kent County is doing nothing About Correa should been Release Release Correa on time Serve July 17, 2008

Coli

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

August 8, 2008

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re:  Correa v. Carroll
     D. Del. No. (07-cv-00151)

Dear Mr. Dalleo:

    Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered 5/9/08 which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was placed in prison mail on 7/31/08 and should be docketed as of that date.**

    This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

    Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

    Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By:  /s/ Chiquita Dyer
     Legal Assistant

Enclosure
cc:  Guango F. Correa (w/out enclosure)