① 

To Maroia M Waldrou

date 7/31/08

From Guango Fingedul Corren

SBI 00150800

RECEIVED AUG -6 2008 U.S. C.A. 3rd

Re: uptodate. this is my opportunity to these issues about the State of Delaware Kent county Court system) And Superior Court/ and the Supreme-court Allway will Considise And Affirm with the Superior court Under this case number 0205013188 0602006146 - VK06-0709880-1

**now sentence order october 26 20—** under I-Violation of Probation, Sentence order (Court gave Corren a one year sentencing A 12 months) and out of the 12 month sentence, you 24 days) good times) Now Beyond this sentencing Corren is been Held Elagey in the Department of Corrections all the court know How to say your case Have been Denied or Dismiss —

**question** — the State of Delaware will Abuse this system any time they want) to

Let Look Here: — Hold at Sup Supervision Level (5)

**question** — Until Space is Available at supervision Level 4 Crest

Now this is my Attention to (you)

Now Corren waited to go to the Program the Department of Correctional they will — Hold you) Any know That) Now Corren Has waited at the Department of Correctional For (61 days) Previously Credit For Time Previously (served) now question if the Superior court — Criminal Docket Docket Sheet Said. On — Previously order: of October 26, 2007 Court order) Approver order Docketment the Court, has Credit For Time Previously served

**question** Why the Department of Correctional Can not Credit Corren time Previously served) gave Corren that Credit

(2)

Now my question to you is. Correa lost his 61 days for time served Previously Served) Let Look at A one year Sentence) That 12 month Sentence: If A court order to do 12 month Sentence for 1 year Sentence) The Department of Correction gave you for one year 24 day good time) That will take it to 11 month sentence Oct Nov Dec Jan Feb march April may June July Aug Sept October 2008 From October 11 2007 That Is A one year Sentence)

Now this is A Approve order From October 11 2007 As you can see on In The Superior Court of The State of Delaware In And For Kent Court.

question Here: This is How The Department of Corrections Department of Record made A Mistake) Some Ass whole From The Department of Correctional was Confused The Court. Has put in The original Sentence order. 02 05013182 0207006146) VIK06-07-0988OI- on Ident Theft of October 26, 2007 Approver order] As I can say In ASS Hold. Took out This original Action Number out of The State Nation wide Computer System) Forged The Original Docketment In The State Nation wide State Computer System to 12/05/07) So Correa can do 61 day more And that is total wrong Correa try to Explore it in A State or Superior Court Writ of Habeas Corpus which The Law Library Has told me to File

Her And Argue About my (good time) And my Petition was Denial Hold At Supervision (5) - Until space is Available) At Supervision At Supervision Level 4 Crest

//

3

Now question on the last page you will (see) question here about the Department of Justice Kent Count 102 West Water Street Dover Delaware 19904 and that Petition Joseph R. Biden III Attorney General Explanes in his petition to Judge William Williams JrJ on October 11, 2007) Explanes about JASC And Crest Program

question is Hold at Supervision (5) — Until Space is Available at Here supervision level (4) CREST)

IF the Department of Correction Record Record Department) ① motion for Credit for the Previously Served under this case number) 0205013182 0607006146 √1606-07-09FB01

Message Sent

The Public defender) name Mrs) Sandra W. Dean, Esquire Please call her she call to the Department of Correction trying to get Ms Release) Address Assistant Public Defender Public Defender's Officer) the Sykes Building 45 The Green Del 19901)

Please call Mrs Sandra W Dean)
(302) 739-4476
The Third Circuit I need you to spete in to get my Relase Time Served
I need your Help Please
Get me out I don't Have any open Charge at all



**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
KENT COUNTY
102 WEST WATER STREET
DOVER, DELAWARE 19904

CIVIL DIVISION (302) 739-7641
FAX (302) 739-7652
CRIMINAL DIVISION (302) 739-4211
FAX (302) 739-6727
TTY (302) 739-1545

RECEIVED
AUG - 6 2008
U.S.C.A. 3rd

April 15, 2008

The Honorable Andrea Maybee Freud
Commissioner - Superior Court
38 The Green
Dover, DE 19901
c/o Kent County Prothonotary

    RE:  STATE V. CORREA
          Cr. I.D. No. 0205013182 & 0607006146

Dear Commissioner Freud:

    Please accept this letter as the State's response to defendant Guango Correa's Motion for Post Conviction Relief filed pursuant to Superior Court Criminal Rule 61 in the above case.

    The defendant has raised two allegations in support of his Motion. First, the defendant alleges that he had a "lack of [,] communication" with his probation officer resulting in a Crest sentence. He further states in Ground One that he "did not have a fair chance to explain the situation". He states that he can't do the Crest Program for one year but can do it for six months. Second, he argues that TASC and his probation officer were "aware of the situation" and waited a few months to arrest the defendant. He indicates that his arrest was based on "false information".

    A review of the Motion clearly demonstrates that the defendant has not established a need for the Court to hold a hearing on these issues. It appears that the defendant was sentenced by Judge Witham on October 11, 2007. The sentence included a one year commitment to the Crest Program. It does not appear that this sentence was illegal. Further, it is difficult to understand what the defendant's basis is for this Motion.

*As you can see Correa was Arrest on October 11, 2007 Why Cant the Court understand But if Show on the Status sheet Correa was Submitt to the Department of P___*

Petitioner has not alleged any cause for his default. Moreover, the Court concludes that Petitioner cannot demonstrate any prejudice stemming from the alleged erroneous alias. The record reveals that the State Bureau of Identification removed all references to David E. Jones from Petitioner's criminal history in 2005,[4] and Petitioner's instant challenge involves the VOP II sentence he received in July 2006. Therefore, Petitioner cannot demonstrate how the improper David E. Jones alias actually affected the VOP II sentence.

---

petition for a writ of habeas corpus, and second, when he appealed the Superior Court's denial of a Rule 35(b) motion. For example, in Correa v. State, No.654,2006, Order (Del. Mar. 15, 2007), the Delaware Supreme Court refused to review the merits of the claim because it was improperly raised in a petition for the writ of habeas corpus. In Correa v. State, 940 A.2d 945 (Table), 2007 WL 4110622 (Del. Nov. 20, 2007), the Delaware Supreme Court refused the review the merits of the claim because the Rule 35(b) motion was repetitive. However, a petitioner does not exhaust state remedies by presenting a claim in an improper procedural manner. See, e.g., Nickerson v. Snyder, 2002 WL 237869, at *2 (Feb. 1, 2002); Castille, 489 U.S. at 351. Therefore, in these circumstances, Petitioner did not exhaust state remedies by presenting his improper alias claim to the Delaware Supreme Court during his state habeas appeal or during his Rule 35(b) appeal.

The Court also notes that, at this juncture, Petitioner cannot return to the Delaware State Courts to litigate the improper alias issue because the appeal periods for all of the Superior Court's decisions regarding the VOP II sentence have expired. Additionally, if Petitioner filed a new Rule 61 motion raising this claim, it would be denied as untimely under Rule 61(i)(1), as procedurally defaulted under Rule 61(i)(3), and as formerly adjudicated under Rule 61(i)(4). See e.g. Bright v. Snyder, 218 F. Supp. 2d 573, 580 (D. Del. 2002).

[4]See Correa v. State, 2007 WL 1518967 (Del. Super. Ct. May 22, 2007).

12

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page     1
                         ( as of  06/27/2008 )

State of Delaware v.  GUANGO F CORREA                     DOB: 03/04/1965
State's Atty: GREGORY R BABOWAL , Esq.    AKA: DAVID E JONES
Defense Atty: WILLIAM T DEELY , Esq.           DAVID E JONES
                                               GUANGO CORREA
                                               GUANGO R CORREA
                                               ROBERT WILLIAMS
                                               ROBERT F CORREA
                                               JUAN CORREA
                                               GUANGO F CORREAN
                                               GUANGO F GORRIEA
                                               BOBBY CORREA




Assigned Judge:

Charges:
Count     DUC#         Crim.Action#     Description        Dispo.     Dispo. Date
-------------------------------------------------------------------------------
 001    0607006146     IK06070995       THEFT SENIOR       NOLP       08/09/2006
 002    0607006146     IK06070996       THEFT SENIOR       NOLP       08/09/2006
 003    0607006146     IK06070997       THEFT SENIOR       NOLP       08/09/2006
 004    0607006146     IK06070998       THEFT SENIOR       NOLP       08/09/2006
 005    0607006146     IK06070999       THEFT SENIOR       NOLP       08/09/2006
 006    0607006146     IK06071000       THEFT SENIOR       NOLP       08/09/2006
 007    0607006146     IK06071001       THEFT SENIOR       NOLP       08/09/2006
 008    0607006146     IK06071002       THEFT SENIOR       NOLP       08/09/2006
 009    0607006146     IK06071003       THEFT SENIOR       NOLP       08/09/2006
 010    0607006146     IK06071004       FORGERY 2ND        NOLP       08/09/2006
 011    0607006146     IK06071005       FORGERY 2ND        NOLP       08/09/2006
 012    0607006146     IK06071006       FORGERY 2ND        NOLP       08/09/2006
 013    0607006146     IK06071007       FORGERY 2ND        NOLP       08/09/2006
 014    0607006146     IK06071008       FORGERY 2ND        NOLP       08/09/2006
 015    0607006146     IK06071009       FORGERY 2ND        NOLP       08/09/2006
 016    0607006146     IK06071010       FORGERY 2ND        NOLP       08/09/2006
 017    0607006146     IK06071011       FORGERY 2ND        NOLP       08/09/2006
 018    0607006146     IK06071012       FORGERY 2ND        NOLP       08/09/2006
 019    0607006146     IK06070988       IDENT THEFT >62    GLTY       08/09/2006
        0607006146     VK0607098801     VIOL O/PROBATN     VF         10/26/2007
        0607006146     VK0607098802     VIOL O/PROBATN     VF         02/25/2008
 020    0607006146     IK06070989       THEFT SENIOR       NOLP       08/09/2006
 021    0607006146     IK06070990       THEFT SENIOR       NOLP       08/09/2006
 022    0607006146     IK06070991       THEFT SENIOR       NOLP       08/09/2006
 023    0607006146     IK06070992       FORGERY 2ND        NOLP       08/09/2006
 024    0607006146     IK06070993       FORGERY 2ND        NOLP       08/09/2006
 025    0607006146     IK06070994       ATT THEFT $1000    NOLP       08/09/2006

         Event
No.      Date          Event                               Judge
-------------------------------------------------------------------------------
```

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

VS.

GUANGO F CORREA

Alias: See attached list of alias names.

DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:
0205013182
0607006146

CRIMINAL ACTION NUMBER:
VK06-07-0988-01
VIOL O/PROBATN
ORIG. CHARGE:
IDENT THEFT >62(F)
VK02-05-0782-03
VIOL O/PROBATN
ORIG. CHARGE:
ASSAULT 2ND(F)

COMMITMENT

### VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 26TH DAY OF OCTOBER, 2007, IT IS THE ORDER OF THE COURT THAT: The defendant is found in violation. Defendant is sentenced as follows:

AS TO VK06-07-0988-01   TIS 11 Del.C.0854000aFD
VIOL O/PROBATN - FOUND IN VIOLATION

Effective October 11, 2007 the defendant is sentenced as follows:

- The defendant is placed in the custody of the Department of Correction for 8 year(s) at supervision level 5

- Suspended for 1 year(s) at supervision level 4 **CREST**

- Upon successful completion at supervision level 4 **CREST**

- Balance of sentence is suspended for 1 year(s) supervision level 3 **CREST AFTERCARE**

**APPROVED ORDER**     1     October 26, 2007 09:10

06/18/2008
Guango Correa 00180807



Mr. Correa,

Our hands in the records Office are tied when it comes to the effective date of your sentence. That is the date that Judge James T Vaughn Jr. Ordered as the effective date of your sentence. If you want it to be changed you are going to have to file a Habeus Corpus. The issue is one that we have no control over. It is between you and your Judge.

J Cabana
Correctional Records Clerk

Dec 5, 2007   12/05/07

I/M Brophy Lorca
SBI# 00146367  UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Low BCC Playing with
People MAIL)

Mrs. MARCIA M. WALDRON
United States Court of Appeals
for the Third Circuit
21400 United States Court House
601 Market Street
Philadelphia 19106-1790

To Whom,

The Department of Correction ... has Wrong Effective date as of 12/05/07 is the wrong Effective as the State National world 2 Computer System) October 11, 2009 is the Correct Effective date

The Court System kept Continuing is doing nothing About Correa should been Release Correa on time Serve July 17, 2008

Cori

THIS LETTER WAS SENT BY AN INMATE WHO IS IN STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED, OR FOR THE CONTENTS OF THE LETTER.